IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMANTHA RYALS, | * | |
|    Plaintiff | * | |
| V. | * | Civil Action No. 23-CV-1270(TSC) |
| UNITED STATES OF AMERICA, et al. | * | |
|    Defendants | * | |

\* \* \* \* \* \* \*

## MOTION FOR SUMMARY JUDGMENT ON BEHALF OF
## VIOLETA GROUNDS MANAGEMENT CO., INC.

Defendant Violeta Grounds Management Co., Inc., (hereinafter "Violeta"), by and through its attorneys, William Carlos Parler, Jr. and The Law Offices of William C. Parler, Jr., L.L.C., and in accordance with Federal Rule of Civil Procedure 56, as well as the Local Rules of this Court, hereby files this Motion for Summary Judgment and attached Memorandum, and in support thereof states as follows:

1.    This case arises out of a trip and fall accident that occurred in Lincoln Park on June 10, 2021 while the Plaintiff was walking her dog. The Plaintiff's Complaint seeks recovery against Violeta for negligence (count II), and vicarious liability (count IV). See Complaint, generally.

2.    As explained more fully in Defendant's Memorandum of Points and Authorities in Support of its Motion for Summary Judgment, which is incorporated by reference herein, Defendant Violeta is entitled to judgment as a matter of law on counts II and IV of the Complaint. Violeta neither owed, nor breached any legal duty to the Plaintiff. Violeta is not vicariously liable to the Plaintiff. Violeta adopts and incorporates the attached Memorandum of Grounds and Authorities in Support of its Motion for Summary Judgment.

3. This is a dispositive motion which does not give rise to a duty to confer pursuant to Local Rule 7(m). However, to the extent that this Court considers any portion of Defendant's Motion to be a nondispositive motion, Plaintiffs do not consent to the relief requested.

*/s/ Willaim C. Parler, Jr.*
WILLIAM CARLOS PARLER, JR.
Bar No.: 389967
**THE LAW OFFICES OF**
**WILLIAM C. PARLER, JR., LLC**
311 Gailridge Road
Timonium, Maryland 21093
(410) 832-1885
w.parler@parlerlaw.com
*Attorneys for Defendant, Violeta Grounds Management Co., Inc.*

### **REQUEST FOR HEARING**

Pursuant to Local Civil Rule 7(f), Defendant hereby requests a hearing its Motion for Summary Judgment.

*/s/ Willaim C. Parler, Jr.*
WILLIAM CARLOS PARLER, JR.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May 2025, a copy of the aforegoing was served by Notice of Electronic Filing generated by CM/ECF on all counsel of record:

Michael S. Olin, Esq.
Alaina Fotiu-Wojtowicz, Esq.
Robert Visca, Esq.
BRODY FOTIU-WOJTOWICZ, PLLC
200 SE 1st Street, Suite 400
Miami, Florida 33131
alaina@bfwlegal.com
molin@bfwlegal.com
robert@bfwlegal.com
docketing@bfwlegal.com
*Attorneys for Plaintiff*

John Bardo, Esq.
DOJ-USAO
601 D Street NW
Washington, DC 20530
john.bardo@usdoj.gov
*Attorneys for United States of America*

Joseph Boury, Esq.
Litchfield Cavo LLP
420 Lexington Avenue, Suite 2104
New York, NY 10170
boury@litchfieldcavo.com
*Attorneys for The Davey Tree Expert Company*

                                        */s/ William C. Parler, Jr.*
                                        WILLIAM C. PARLER, JR.