# EXHIBIT 1

# VOLUME II

## NPS-National Capital Area Solicitation Landscape Maintenance

## Written Technical Proposal

## Original

## Solicitation # 140P3020R0006

## Submitted by



&

Teaming Partner



Commercial Grounds Management

Violeta Document Production 000001

## VOLUME II – Written Technical Proposal
## TABLE OF CONTENTS

Table of Contents

**A. Subfactor 1: Mobilization**

**B. Subfactor 2: Staffing Approach**
       Seasonal and Additional Staffing
       Key Personnel

**C. Subfactor 3: Grounds Maintenance**
       Relevant Experience and Operational Procedures
       Quality Control Plan
       Assigned Equipment
       **General Narratives of Grounds Maintenance Task 3.03 through 3.12 as shown in the SOW**

**D. Subfactor 4: Snow Removal / Ice Control**

Violeta Document Production 000002

# A. Subfactor 1: Mobilization

Violeta Document Production 000003

Team Violeta/Davey      December 30, 2019      # 140P3020R0006- Landscape Maintenance

## VOLUME II – Technical Information

## Subfactor 1: Mobilization

Team Violeta Grounds Management Inc. if awarded this contract will implement a plan to first be ready to provide Request for Quotes to NPS Management that oversee the expansive list of NPS / NCA sites. Team Violeta/Davey will have a minimum of 4 management / estimator staff in place that are familiar and well versed with understanding IDIQ Requirements and Landscape Maintenance Specification.
With this IDIQ contract being awarded to at least (3) vendors we would immediately start requiting staff and advertise for all landscape crew position. Methods used for acquiring staff would be Davey's Requiting Web Site, advertising in local paper, employee referral bonus program, advertising with privet requiting sites, H2B VISA Labor Certification Program, job fairs and other requiting venues.
Team Violeta/ Davey both have training programs in place to train new employees and old in the most current horticultural practices. This training is more detailed in Subfactor 2.
Do to the fact that there is no immediate award of services under this IDIQ contract and that request for quotes we be required and awarded based on Best Value we are not sure what and how much equipment will be required. Team Violeta/Davey have a good and adequate inventory of equipment that is required to be used in this contract and can purchase new equipment as the requirements change. See detailed list in Subfactor 3: Grounds Maintenance

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Violeta Document Production 000004

# B.  Subfactor 2: Staffing Approach

Violeta Document Production 000005

Team Violeta/Davey    December 30, 2019    # 140P3020R0006- Landscape Maintenance

## VOLUME II – Technical Information

## Subfactor 2: Staffing Approach

Violeta has been performing grounds maintenance services for the National Park Service in Washington, DC for the last six years, first as a subcontractor and now as a prime contractor. Davey, as our teaming partner, has also been performing the grounds As our teaming partner, Davey has been performing the grounds maintenance and related (IDIQ) landscape services at the the National Mall and Memorial Parks and our plan is to retain our entire current staff for this new contract. This provides significant advantages to both Team Violeta/Davey and the Government as the learning curve is effectively eliminated.

The average length of service for our existing field staff assigned to this project is 8+ years. They are all trained in the acceptable quality levels expected in the Performance Work Statement. Each employee has been trained in First Aid/CPR in addition to required training in environmental issues concerning Hazardous Communication and Hazardous Material Handling. Furthermore, the management team as gained vast knowledge of the park sites with in the (NCR) over our past 45 plus years working with (NPS) staff.

All staff understands the secure nature of these sites and importance of proper identification.

## Seasonal and Additional Staffing

Additional staffing as necessary is accomplished with the aid of our National Recruiting Department located at our corporate office. Their role is to assist the Project Manager in the search for qualified recruits to fill our team needs. The following is a brief summary of our recruiting procedures.

- Each manager and supervisor is assigned a school or community organization within their geographic area which they will personally cultivate and develop for recruits to Team Violeta/Davey.

- Regular scheduled visits are made to make presentations, assist in training and demonstrations, and discuss current job openings and career opportunities to students and staff.

- Recruiting contacts receive regular mailings from Team Violeta/Davey Corporate Staff in the form of newsletters, technical bulletins, etc.

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Team Violeta/Davey    December 30, 2019    # 140P3020R0006- Landscape Maintenance

- Employees have the opportunity to receive bonus for referring new employees to the company through our Employee Referral Program. This has been our most successful program.

## Key Personnel

### A.    Key Management Personnel – Assigned to Contract

Sheila Wright - President, Violeta Grounds Management Inc.

Sheila is the majority owner of Violeta Grounds Management Co, Inc since it was founded in 2009. She is an ISA Certified Arborist, a certified Pesticide Applicator (including rodenticide) in DC, VA and MD and also holds a Manager – Exterior certification from the National Association of Landscape Professionals. She currently holds a Certificate in Landscape Technology through Montgomery College. Through Sheila's efforts, Violeta is currently MBE MDOT certified, MBE/WBE certified in Baltimore, 8(a) certified and EDWOSB certified through SBA. She will be part of the key management personnel as well as the main corporate support personnel for this contract.

Jeremy Wright – Vice-President of Violeta Grounds Management Co., Inc. (Project Manager)

Jeremy has more than 20 years in the Landscape Industry and is well versed in all aspects of the industry. He has been the project manager for Georgetown Waterfront Park (NPS Rock Creek) for the last 10 years. He is a former IPM monitor for Bartlett Tree Expert company, former landscape installation foreman for D and A Dunlevy Landscape. Jeremy is currently the tree preservation Project Manager for the Purple Line Construction – MDOT. After extensive experience in the field, Jeremy decided to start a company along Sheila Wright. He is a Licensed Tree Expert in MD.

Elman Lobos – Field Supervisor – Violeta Grounds Management Co., Inc.
Elman has been in the landscape industry for 20 years. He is a former employee for companies that are leaders in the industry such as Davey, Brightview, Brickman, Valley Crest and Ruppert. Elman is comfortable leading teams of 30-40 people as well as being the project manager on large contracts.

---

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Team Violeta/Davey    December 30, 2019    # 140P3020R0006- Landscape Maintenance

Brenden Lowe- Assistant Branch Manager (Project Manager for Davey)

Brenden currently holds the position of Assistant Branch Manager for our Lorton, Virginia branch. An employee of Davey since 2015, Brenden has over 10 years' experience in the industry. He is a 2017 graduate of The Davey Institute of Grounds Management, 2018 graduate of The Davey Advanced Leadership Training and 2019 graduate of The Davey Manager Training.

Brenden will be the Project Manager to this contract and be responsible for understanding and implementing all aspects of the contract. He will be providing daily scheduling of services as outlined in the Performance Work Statement to the COR. Brenden will also provide Quality Control to ensure the all performance levels are at their highest.

## B.    **Davey Local Support**

Chris Moushey- Branch Manager (Quality Control Manger)

Chris currently holds the position of Branch Manager for our Lorton, Virginia branch. He has been with Davey for 23 years and in the green industry for over 25 years. Chris started as a mowing foreman with Davey in 1997 and quickly moved up to Project Manager of a 1200-acre mixed use property managing both the new construction and maintenance of the landscape. Chris has worked as an Account Manager as well as an Assistant Branch Manager during his Davey career. He is a 2000 graduate of The Davey Institute of Grounds Management. He is a Planet Industry Certified Manager and a current Virginia Registered Pesticide Technician.

Chris will be the Quality Control Manager and back-up Project Manager on the contract during Brenden's absence. He will assume all the same responsibility's as it pertains to the implementation of this contract. Chris will also be providing Quality Control inspection of the sites to ensure the highest levels of Quality are being meet.

Mike Whetzel - Horticulturist / Arborist for this Contract

Michael Whetzel- Mr. Whetzel has been with Davey for over 28 years. In this time, he has served as a Sales Service Representative, Assistant Manager and District Manager, the position he currently holds. Mike is an ISA Certified Arborist and Virginia Certified Horticulturist. He has over 30 years of experience in the green industry. Mike will provide the Certified Arborist / Horticulturist requirements of this contract.

---

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Violeta Document Production 000008

Team Violeta/Davey    December 30, 2019    # 140P3020R0006- Landscape Maintenance

**Larry Cammarata – Irrigation Specialist for this Contract**

Larry is a Site Sustainability and Water Management Consultant with over 39 years of national and international experience in the design, management, and installation of landscape and agricultural-based water management systems. He has led initiatives in horticultural-based "Green Management" with a heavy emphasis on balance, sustainability, and water-soil-plant integration.

**Sheila G. Wright – Violeta**:
Commercial Pesticide Applicator for this Contract (see attached certification)

**Jeremy Wright-Snow/Ice Removal**:

Vice-President of Violeta Grounds Management Co., Inc. (Project Manager for Snow removal services)

## **Corporate Support Davey**

Robert Craft – Mr. Craft has been with Davey for more than 38 years. He currently is the Government Business Developer for our Northern Virginia Commercial Grounds Management office located in Chantilly, Virginia. He has vast experience in the management of people and large-scale commercial projects. Rob is a 1988 graduate of The Davey Institute of Tree Sciences.

Dan Joy, Vice President and General Manager, Davey Commercial Landscape services. 40 years with Davey. (100% corporate). Named "Outstanding Davey Manager" eight consecutive years. Received "Certified Arborist" recognition by International Society of Arboriculture and Certified Landscape Professional by the Associated Landscape Contractors of America. Graduate, Davey Institute of Tree Sciences. Manager of Davey's largest and most successful branch operation for 15 years prior to promotion.

Sean Fitzgerald, Regional Technical Advisor, The Davey Institute, Kent, Ohio. Mr. Fitzgerald serves as Davey's regional technical advisor. In this capacity, he supports Davey's field operations in all areas related to technical excellence. Soil testing, problem diagnosis, advanced technical training and pesticide program development are some of the services he provides to field operations.

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Team Violeta/Davey    December 30, 2019    # 140P3020R0006- Landscape Maintenance

Tim Brown, Regional Safety Trainer.  Tim travels the Mid-Atlantic region working with Davey operations to strengthen our commitment to safe operations.  He provides on-site first aid, CPR and safe operations training for field crews, loss control training for supervisors and managers, conducts quarterly safety meeting as well as unannounced safety audits as needed to assure that safe work practices are followed.

## Corporate Support Violeta Grounds Management Inc.

Sheila Wright - President, Violeta Grounds Management Inc. Sheila is the majority owner of Violeta Grounds Management Co, Inc since it was founded in 2009. She is an ISA Certified Arborist, a certified Pesticide Applicator including rodenticide) in DC, VA and MD and also holds a Manager – Exterior certification from the National Association of Landscape Professionals. She currently holds a Certificate in Landscape Technology through Montgomery College. Through Sheila's efforts, Violeta is currently MBE MDOT certified, MBE/WBE certified in Baltimore, 8(a) certified and EDWOSB certified through SBA.

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

# C. Subfactor 3: Grounds Maintenance

Violeta Document Production 000011

Team Violeta/Davey    December 30, 2019    # 140P3020R0006- Landscape Maintenance

## VOLUME II– Technical Information

## Subfactor 3: Grounds Maintenance

## Relevant Experience and Operational Procedures

Violeta understands the requirements of superior performance on this contract. As a minority, woman-owned small business we are very in tune to the importance of the historical monuments that surround our nation's capital.

As our proposal will demonstrate, we can provide the relevant experience, key personnel, trained staff, proper equipment, proven scheduling and Work Control procedures, effective QC Plan, significant relevant past performance, and the corporate resources to support this effort. We believe that our pricing is very fair, assuring quality performance with no risk to the government.

## Overview of Methods and Approaches for Delivering Quality Grounds Management Services

Violeta will staff this project following our proven process for delivering successful grounds maintenance performance.   The following is an overview of what we have found to be the key ingredients of a successful project:

- strong corporate support
- experienced project leadership
- carefully selected staff
- ongoing skills development
- proper and reliable equipment
- task planning with the customer's changing schedule in mind
- timely internal performance audits
- prompt correction of deficient performance
- regular reporting to the customer

We will further develop each of these key factors elsewhere in the response to demonstrate our approach to delivering quality turf and general grounds maintenance services.

## Overall Operational Concept

Team Violeta/Davey utilizes a work zone concept to break projects down into work zones. This concept provides numerous advantages particularly during the start up phase of a new project. Work zones are identified by establishing areas that can be completed within a day's work for the established crew. This aids in establishing the weekly/monthly schedule, provides the opportunity to build in time for the unavoidable

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Team Violeta/Davey    December 30, 2019    # 140P3020R0006- Landscape Maintenance

down time discussed in Section C, ensuring that 100% compliance is met of the work requirements.

Team Violeta/Davey's workday will start at 7:00 a.m. At that time crews will convene at the Grounds Facility staging area and receive their respective daily task to perform from their respective supervisor. Once the work force is deployed the PM will immediately seek out the COR to discuss the planned activities for the day.

Throughout the day all Team Violeta/Davey employees will actively participate in the Quality Control Plan (QCP) by inspecting not only their own work but also the work of their peers to assure all performance is meeting or exceeding the established acceptable standards.

Staffing levels will be established with the intention of keeping work hours to 40 hours per week to minimize overtime. It is understood that the contractor will be required to provide services outside of the regularly scheduled work week to accommodate for critical deadlines, unusual requirements or unscheduled work stoppages that prevent work from being accomplished during normal hours.

Once daily task are completed crews will reconvene at the Grounds Facility staging area for a brief de-scoping of the days activities. This de-scoping will assist the PM in developing the next days work plan or task.  Upon the completion of this de-scoping discussion the Quality Control Manager (QCM), PM or both will inspect the day's activities to assure all were performed to acceptable standards. If not, the appropriate corrective actions will be scheduled into the following day's activities.

## Proposed Subcontracting

As previously mentioned, Violeta intends to utilize Davey as a teaming subcontractor in the performance of this work. Davey brings more than 138 years of experience in horticultural services. Davey's technical knowledge, practical experience, past performance and relevant experience is second to none in the landscape industry.

As part of this agreement, Davey will provide the Project Manager and additional contract labor along with providing capital to equip the job with the appropriate equipment necessary.

In addition to the above, the government would benefit from the availability of Davey's corporate support in the arena of safety, training, and consultation, scientific and technical assistance. Davey's local branch network with offices in Lorton, Richmond and Chantilly, Virginia; Gaithersburg, Maryland; Annapolis, Maryland and Baltimore, Maryland would be available to provide support for special events and emergency response when needed.

Davey's subcontracting involvement will be in compliance with FAR 52.219-14.

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Team Violeta/Davey    December 30, 2019    # 140P3020R0006- Landscape Maintenance

## Training Program

Employee training and development are among Team Violeta/Davey's highest priorities. This assures that our customers receive the most competent and professional services available.

Effective contract performance begins with proper employee selection. This can only occur with constant and ongoing recruiting efforts. As a professional staffing company, this is our specialty. We recruit, interview and select the professionals who understand the importance of a project of this critical nature. And, when partnered with Davey's industry leading horticultural training, our grounds management team is superior to any other in the industry.

Our employee training program begins at the point of hire with all new employees completing basic orientation and being trained in Hazardous Material Communications to enlighten them to the potential hazardous materials they may be exposed to in their employment and the appropriate way to handle such. Once on board all employees begin their "Qualified Landscaper Training" which is an interactive program working directly with their immediate supervisor. This program assures that every employee has received training in the safe and correct performance of all basic landscape tasks including proper and safe equipment operation. Within the first 90 days of employment each employee will be trained in First Aid/CPR, General and Personal Safety policy and procedures, Electrical Hazards and all practical aspects of common landscape activities.

Each step of this training is documented and signed off on by the employee's immediate supervisor.

Once the "Qualified Landscaper Training" program is complete the employee is then eligible to begin the "Qualified Landscape Foreman" training which follows much the same process incorporating leadership and customer service training along with more advanced horticultural training.

Remedial training is ongoing with the use of weekly safety tailgate meetings with all team members, spring kick off training rodeos, seasonal specific task training, quarterly safety training and educational visits from The Davey Institute's regional technical representative. Davey offers on-line landscape extension training to all GreenLeaf and Davey employees for a wide variety of subjects ranging from all aspects of the landscape industry to customer service and management training.

Annually, select landscape crew leaders are chosen to attend the Davey Institute of Grounds Management, (DIGM) a week-long course concentrating on both the technical and practical aspects of all phases of grounds management. Senior foreman or those identified as promotable candidates for the future are selected to participate in the Davey Institute of Tree Sciences, (DITS) a month-long course held at The Davey

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Team Violeta/Davey      December 30, 2019      # 140P3020R0006- Landscape Maintenance

Institute teaching plant physiology, plant identification, insect/disease diagnosis and treatment and turf care.

Relevant Experience and Qualifications

As previously described Davey's role in Team Violeta/Davey is to provide the technical expertise, practical and relevant experience and qualifications to perform a contract of the magnitude of the (NPS / NCR area. Davey will also provide several key personnel.

Having performed award winning grounds maintenance and landscape services at locations such as Arlington National Cemetery, The Capital, The White House, Peterson Air Force Base, Air Force Academy Housing, Pentagon, WWII Memorial, Air Force Memorial and many others we are well versed and experienced in working project of similar complexity.

Our experience in serving the above-mentioned properties has provided us with many of the same challenges that will be experienced in servicing NPA/NCR. High visibility, historic importance, intense and ever-changing security procedures, special events and ceremonies and high expectations to not only meet, but exceed the requirements outlined in the PWS are not only conditions we are accustomed to, but also conditions we excel in.

## Planning, Estimating & Scheduling Capabilities

The ability to successfully perform a project of the magnitude and complexity of NPS/NCR area requires a proven, thorough and highly structured schedule and logistics plan. Team Violeta/Davey's past performance serving the Government on projects similar to this one has allowed us to fine tune this Work Control Plan to provide efficient operating procedures. This assures the timely completion of tasks as required in the PWS providing acceptable quality levels of performance on a consistent basis.  On the following pages we will provide thorough details of our Work Plan including staffing, equipment requirements and operational narrative specific to each individual task.

Estimating will be preformed by the project mangers using the unit price pricing that is provided with our bid. If a project manager is unfamiliar with the task request, he will be able to reach out to a very seasoned and experienced staff from the various offices Davey has in the NCR area for assistant. Task request will be provided by the due date set forward by the requesting NPS office.
Scheduling of services

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Team Violeta/Davey    December 30, 2019    # 140P3020R0006- Landscape Maintenance

## Quality Control Plan (Quality Control Flow Chart Attached)

### Policy

It is Violeta Grounds Management Inc.' (VIOLETA) policy that performance standards are determined, achieved and maintained throughout all operational elements and that the QC Plan provides for the detection of actual or potential deficiencies, marginal performance and trends or conditions that could result in unsatisfactory performance. It is also our policy that this plan provides for timely, effective remedial and preventive action.

### Scope

This plan applies to all personnel employed at Violeta/Davey and provides for monitoring all service requirements included in the Scope of Work (SOW) Part III Specific Task ensuring acceptable quality levels are attained.

### Implementation

During the project phase-in we will further refine the following QC Plan, to the specific requirements of the contract, in accordance with the applicable regulations and procedures.

The plan is implemented by performing both scheduled and unannounced inspections of all functional areas, procedures, equipment and facilities. Violeta Corporate Headquarters will provide assistance, advice and authoritative guidance to the Quality Control Manager, Project Manager and supervisory personnel who participate in deficiency reporting. By using the results of the QC Plan's inspection process, we analyze the internal system's workings and apply the latest developments in management and efficiency concepts to make further improvements in quality and responsiveness.

### Responsibilities and Authority

The QC Plan is a formal, organized system to identify and control operational/procedural deficiencies. It ensures timely corrective action is taken; inspections and actions are recorded, reported, and then documented in a historical file. To ensure the QC Plan is effectively executed, specific responsibilities are assigned as follows.

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Violeta Document Production 000016

Team Violeta/Davey    December 30, 2019    # 140P3020R0006- Landscape Maintenance

## Project Manager (PM)

The PM issues policy guidance for the execution of the SOW tasks for the overall project, reviews inspection reports, audits quality control reports on a regular basis, issuing remedial directives and taking management actions necessary to ensure that the performance of tasks is kept at an acceptable level according to the SOW. The PM has the ultimate responsibility for ensuring that total work performance of the Project Team meets or exceeds Acceptable Quality Levels (AQL) specified in the contract's SOW or other documentation. The Project Manager will periodically evaluate the performance of the Quality Control Manager internally, rate his performance and make necessary changes where and if applicable, and send a file report to Violeta's Corporate Headquarters. The PM actively participates in performance evaluation meetings and meets with the COR as requested or required. The PM attends all meetings to be held if a performance discrepancy is reported.

## Quality Control Manager (QCM)

- The QCM reports daily to the Project Manager. The QCM's responsibility is the establishment and maintenance of the QC Plan, ensuring it meets contractual requirements.

- Provide guidance and assistance in formulating effective QC procedures for all functional areas encompassed by the SOW.

- Provide guidance and assistance in resolving QC problems at the functional level in all responsibilities.

- Monitors, inspects and audits for conformance to contractual requirements in terms of Government specifications/standards within all functional areas through monthly audits and unscheduled inspections.

- Monitors, inspects and audits performance with respect to operational and technical standard procedures established for each functional area through monthly audits and scheduled inspections of completed work.

- Prepares a checklist during inspections and summarize a written report of results following each inspection. A copy of the completed checklist is presented to the PM following all inspections.

- Maintain historical files of all project inspections/audits, deficiencies, and corrective actions taken, so they are easily retrievable and available to the PM and COR.

- Maintain the QC procedure and inspection process.

---

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Team Violeta/Davey    December 30, 2019    # 140P3020R0006- Landscape Maintenance

## Supervisory Personnel

Crew Leaders conduct inspections, using checklist to assess performance. Essentially, they support the QCM in maintaining an acceptable level of performance within their various areas of responsibility. Specific responsibilities include:

- Performing initial, in-process and final inspections of their respective functional areas of responsibility as set forth in the contract SOW, on a daily basis.

- Conducting unannounced inspections of those areas where the quality of support services has resulted in more than occasional complaint, making follow-up inspections to ensure that corrective action has been taken and work performance in that area is performed in accordance with established procedures and standards.

- Accomplishing other inspections at the frequency directed by the QCM and PM.

- Preparing, and then submitting to the QC and PM a report on each inspection of completed work as well as maintaining files recording corrective actions.

- Conducting reinforcement training for project team members found to exhibit substandard workmanship.

- Ensuring project team members are aware of acceptable quality levels and standards of workmanship.

Each project team member is responsible for inspecting their completed work, ensuring the quality of work meets or exceeds the acceptable quality levels and standard industrial practices. In this manner, all work performed receives 100 percent inspection.

## Safety, Environmental Education and Training

Each of the above-mentioned items is critical to the success of Violeta's performance as a company and also to this project. Throughout the course of this contract Violeta:

- Will ensure all work is conducted in a safe and environmentally sound manner.

- Violeta/Davey Safety Program can be provided to the government upon request.

- Will ensure all work is performed in compliance with OSHA and other Government regulations at NPS/CAR sites.

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Violeta Document Production 000018

Team Violeta/Davey       December 30, 2019       # 140P3020R0006- Landscape Maintenance

## Safety, Environmental Education and Training (Cont.)

- Educates our personnel in their responsibilities for protecting the environment and provides the necessary environmental training enabling personnel to perform their duties in a manner consistent with the Government's policy.

- Will provide employee training and personnel development training, including on-the-job training to ensure acceptable quality levels.

## Procedures

The basis for checking, thus verifying the level for a functional element is a twofold quality inspection system. It comprises the consistent use of checklists throughout the project and a centralized program for conducting quality assessments in accordance with SOW requirements. Necessary checklists are prepared, and QC inspections are conducted for each functional area.

QC checklists are prepared for the entire project covering the salient points of each activity or function within its respective functional area. They may be simple or very detailed. Further these checklists are designed to show for all levels of management and supervision, the level of quality to be maintained for satisfactory performance. Each parallels or exceeds the contract specifications and acceptable quality levels established for that respective functional area. Therefore, each checklist is an important element in the QC Plan. Checklists will provide the QCM, PM and supervisors with a convenient tool for continually assessing the services being performed.

Sample QC checklists typical of those in use on other grounds maintenance projects are tailored to specific SOW requirements. A sample checklist can be provided upon request. The checklist is used to continually evaluate our performance in each functional area of the contract. All such QC inspections are documented. Copies of each completed checklist, plus accompanying information, will be passed on to the PM following each inspection. Discrepancies noted on the checklists are brought to the attention of the respective crew leaders immediately.

These records are collected at the end of each week and kept on file in the PM's office. They will be available to the COR and representatives during the term of the contract and for a period after the contract until all claims arising from this contract are settled.

A key element in implementing and maintaining a dynamic and effective QC Plan is the Company's quality inspection system. It will be a project wide, centrally managed QC Plan. The QCM will be responsible for performing the required QC inspections. This function includes a daily review and analysis of completed inspections (initial, in process and final) with the PM.

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Team Violeta/Davey    December 30, 2019    # 140P3020R0006- Landscape Maintenance

Supervisory personnel correct deficiencies at the time of identification. Even though the deficiency is corrected, it is recorded on the inspection checklist, the QCM's work report and reported, along with corrective action taken to the PM. Supervisors will then take corrective action or provide proper training to prevent reoccurrence of deficiencies. Supervisors must also be alert to potential deficiencies. A potential deficiency is treated as an actual deficiency, and immediate action is taken to prevent its occurrence.

### Assigned Equipment

The following equipment is currently dedicated to the performance of this project. Additional capital has been approved and dedicated for replacement and updating current fleet as required.

### (See Equipment List Attached)

### General Narratives of Grounds Maintenance Task Required in Part III of SOW

#### 3.03 Site Preparation:

➢ Methods and Logistics
➢

All soil amendments and aggregates will be of the highest quality and standers and meet the requirements set forth in the SOW.

Site preparation as it pertains to the SOW will be performed by trained and qualified personal. These steps will be implemented on a per task basis and based on type of tasked presented such as (stripping old grasses, planting bed preparation ,edging, mulching, planting bed maintenance, ground cover, perennial & annual & bulb maintenance, leaf removal, planting tree and shrubs, Warranty Requirements and Mechanical Tree Transplanting at time of order. All site work will be coordinated between the COR and Project Manager to mark out planting bed and tree locations of said work so as to not leave any chance for error. In addition, upon marking of planting bed or tree locations the proper utilities (miss utility) will be notified of said work.

➢ Scheduling

Scheduling will be coordinated with the COR within 72 hrs. of time the Task Order was received.

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Team Violeta/Davey     December 30, 2019     # 140P3020R0006- Landscape Maintenance

## 3.04 Pruning:

## PRUNING

## (1) TREES

➤ Number of Employees Required

➤ Equipment Necessary        (see assigned equipment list)


➤ Methods & Logistics

Davey being the oldest and largest tree care company in North America is well versed in the proper methods and logistics of pruning large trees. All work will be accomplished with or under the supervision of ISA Certified Arborist. Care will be taken to assure protection to the general public from injury during all pruning operations by assigning ground personnel to monitor and direct both pedestrian and vehicular traffic out of harm's way.

All debris will be removed from the work areas simultaneously as the pruning operations are taking place. All work areas will be "broom" clean prior to relocation to the next work area.

➤ Scheduling

Pruning would be scheduled before May 15th and after October 1.


## (2) SHRUBS & Ground Covers

➤ Number of Employees Required

➤ Equipment Necessary        (see assigned equipment list)

➤ Methods and Logistics

Care shall be taken to maintain the natural shape and characteristics of all shrubs except those designed to be formally sheared. Major pruning shall occur during the winter months by selectively thinning and removing up to 25% of existing old wood. Size will be maintained utilizing drop crotch pruning methods to preserve a natural appearance. Ongoing maintenance type pruning will be performed throughout the growing season to remove dead, diseased or infested branches and to retain the

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE
OF THIS PROPOSAL OR QUOTATION

desired size to the space limitations. All pruning will be accomplished with hand pruners, pole pruners, loppers and hand saws and shears.

Shrubs/hedges designed to be formally sheared will be so with the use of hand or gas-powered shears. Every attempt will be made to maintain the bottom of the shrub or hedge wider than the top to prevent shading of the lower portion of the plants.

All debris will be cleaned up simultaneously and work areas made "broom" clean prior to moving to the next work area.

➢ Scheduling

Major hand pruning will be accomplished during the dormant season.

Shearing will start when new growth reached 3" and continue throughout the growing season on 30-day intervals.

### 3.05 Aeration

➢ Number of Employees Required

➢ Equipment Necessary   (see assigned equipment list)
➢
➢ Methods and Logistics

Prior to beginning any type of aeration or Air Excavation, all irrigation heads will be identified and marked to prevent unnecessary damage to irrigation systems and Miss Utility will be notified as well. Team Violeta / Davey are well versed in all aspects of using and preforming the different types of Aeration as these services have been performed on many of the sites listed in the SOW and will be qualified with the references we are submitting.

All hard surface areas surrounding work area will be blown clean.

➢ Scheduling

March, prior to pre-emergence application. Potentially again in the fall as part of the turf renovation process.

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Team Violeta/Davey    December 30, 2019    # 140P3020R0006- Landscape Maintenance

## 3.06 Seeding

➢ Number of Employees Required

➢ Equipment Necessary          (see assigned equipment list)

➢ Methods and Logistics

Seed supplied by the contractor will be approved by the COR prior to use. All seed varieties and cultivars shall meet the current University od MD Turfgrass Technical Updates or the current VA Turfgrass Variety Recommendation List as published by VA Poly Institute.

Team Violeta / Davey are well versed in all aspects of using and preforming the different types of Seeding methods described in the SOW (Broad Cast Seed, Slit Seeding and Hydro Seeding) as these services have been performed on many of the sites listed in the SOW and will be qualified with the references we are submitting. Only the highest quality of product will be purched and used in conjunction with performing these different services.

Area will be thoroughly watered immediately after seeding is completed and kept moist through the germination period. Areas will be closed off by fencing as requested by the COR and the maintenance provided as directed such as fertilization, liming, mowing ext.

➢ Scheduling

Scheduling will depend on the type of grass seed being applied. Warm Season grass we be requested May through August and Cool Season grasses would be requested September – November and March through June.

## 3.06 Sodding

Sod supplied by the contractor will be approved by the COR prior to use. All sod of Cool Season type shall be 90% Tall Fescue and 10% Kentucky Bluegrass seed, this would include Kentucky Bluegrass seed / sod as well. All seed varieties and cultivars shall meet the current University od MD Turfgrass Technical Updates or the current VA Turfgrass Variety Recommendation List as published by VA Poly Institute.
Warm Season Sod such as Bermudagrass and Zoysia Grass shall be certified as 100% certified seed.

Team Violeta / Davey are well versed in all aspects of installing and preforming the different types and sizes and methods described in the SOW (Standard Cut, Large Roll

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Violeta Document Production 000023

Team Violeta/Davey    December 30, 2019    # 140P3020R0006- Landscape Maintenance

Thick Cut)) as these services have been performed on many of the sites listed in the SOW and will be qualified with the references we are submitting.
Only the highest quality of product will be purchased and used in conjunction with performing these different services.

Area will be thoroughly watered immediately after seeding is completed and kept moist through the germination period. Areas will be closed off by fencing as requested by the COR and the maintenance provided as directed such as fertilization, liming, mowing ext.

➢ Scheduling

Scheduling will depend on the type of grass seed being applied. Warm Season grass we be requested May through August and Cool Season grasses would be requested September – November and March through June.


## 3.08 Fertilization


➢ Number of Employees Required

➢ Equipment Necessary          (see assigned equipment list)

➢ Methods and Logistics

Turf shall be fertilized in with approved fertilizer by the COR at a pre-determined application rate as indicated in the Task Order. Application rates will be determined based upon label recommendations. All application equipment will be calibrated prior to delivery of fertilizer to lawn. Davey typically utilized a 10 ft swath spacing to minimize overlap or skipping. On completion of application all adjoining hard surfaces will be blown clean of fertilizer granules.


➢ Scheduling

Application will be determined by Task Order.


USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Team Violeta/Davey    December 30, 2019    # 140P3020R0006- Landscape Maintenance

## 3.09 Pesticide Application

➢ Number of Employees Required

➢ Equipment Necessary          (see assigned equipment list)

➢ Methods and Logistics

All pesticides shall be approved by the COR prior to application and a Material Safety Data Sheet shall be provided as well to the COR and one kept in the possion of the applicator. In large turf areas where a boom sprayer may be used, a marker such as a dye colorant or foam will be used to ensure proper coverage. All handheld applications will be made with a bottle sprayer or back-pack sprayer and be of low-pressure volume. All applicators will possess a valid pesticide license for the jurisdiction that they are preforming the work in. (DC, MD or VA)
Strick handling of all pesticides is of the utmost importance and we will schedule all applications with the COR so they may be present at time of mixing. All safety PPE will be followed as well as care and storage of all materials used. An internal logbook of application dates, sites, product used and amount used will be kept in our office to be reviewed by COR.
Calibration of any equipment will be done prior to mixing of any pesticide so as to ensure the correct amounts are being applied.

➢ Scheduling

As required, can be scheduled for off hours if needed.

## 3.10 Mowing and Line Trimming

➢ Number of Employees Required

➢ Equipment Necessary        (see assigned equipment list)

➢ Methods and Logistics

Each member of the crew will have a designated piece of equipment assigned for which they have been thoroughly training in the proper operation and maintenance of. All mowers will be equipped with mulching attachments for the protection of the general public and to help minimize excessive clippings. Prior to mowing all areas will be policed to remove accumulated debris. Mowing will begin by mowing two laps

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Violeta Document Production 000025

around the perimeter to minimize clippings on hard surfaces. Mowing patterns will be alternated weekly to prevent rutting. Mowing sequence will be largest practical mower first, sequencing down to smallest mowers. Every effort will be made to minimize the use of string trimmers as much as possible.

Mowing height and frequency shall be determined by grass type Cool or Warm Season turf and task order requirements.

Line Trimming and Edging will be done utilizing line trimmers and stick edger's to maintain a well-defined edge on all hard surfaces, trees, signs, guardrails, retaining walls, utility boxes or any structures that cannot be easily mowed around. This is to include Tree Rings and Planting Bed edges. Gravel turf interface will be addressed power broom or blowers and undesired plant growth will be chemically controlled.

Upon completion of all mowing, trimming and edging hard surfaces will be blown clean with back-pack blowers.

Mower blades will be sharpened a minimum of every other day.

➢ Scheduling

To be determined by task order.


## 3.11 Miscellaneous Task

➢ Number of Employees Required

➢ Equipment Necessary                    (see assigned equipment list)

➢ Methods and Logistics

The maintenance of Infields and Volleyball Courts will be dictated by task orders. Site maps will be provided to crews performing work to better pinpoint locations of service within the site. A pattern diagram on the proper method of how the groom an infield will also be provided to crews preforming the service. Volleyball courts will have sand blown in from edges of court and fine graded.

Power Washing of Hardscape Surfaces shall be cleaned as directed by NPS and care will be taken to rope off area from the public to avoid any safety concerns. No power washing will be preformed with temperature are forecasted 36 degrees or below.

Metal Edging will be installed per manufacturers specification and location of installation will be marked out for approval by the COR.

➢ Scheduling

Based on Task Order received.

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION

Team Violeta/Davey    December 30, 2019    # 140P3020R0006- Landscape Maintenance

## 3.12 IRRIGATION

- ➤ Number of Employees Required

- ➤ Equipment Necessary                (see assigned equipment list)

- ➤ Methods and Logistics

The Annual Spring Start – Up will be performed between March 15th – April 15th. A thorough inspection and operations of all aspects of the system will be performed and an itemized report will be provided to the COR. Will consult with COR on any reprograming of dates and times system operates.
Monthly (May – September) irrigation system will be inspected by bringing up each zone to observe coverage and head performance, minor adjustments will be made as required. Reports will be submitted to the COR with required repairs or suggested improvements. We will follow the guidelines set forth in SOW and adhere to local codes in the various municipalities.

At the end of each season each system will be winterized utilizing an air compressor to blow out water from pipes and heads. Backflows and rain sensors will also be winterized

- ➤ Scheduling

Spring Start-Up / March 15th- April 15th
Monthly Inspections May – September
Winterization / Nov. 1st. – Nov. 30th

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE
OF THIS PROPOSAL OR QUOTATION

# Violeta/Davey QUALITY CONTROL
# PROCESS FOR NPS/NCA



Appoint QCM

Contract - specific training provided by Corporate Headquarters of GreenLeaf/Davey

Inspection System:
- Covers all Section III Specific Task.
- Schedules Inspections per Annual Maintenance Plan (work effort determines inspection schedule) including Security Plan and Environmental Compliance
- Randomly assigns 1-2 hours daily to unscheduled inspections
- QC checklist
- QC Record Keeping system to track inspections, preventive and corrective actions
- Verify alignment of inspection methods with PM

Tools:
Part 5
Violeta/Davey QCI
Training Program

Scheduled Inspections Begin

Unscheduled Inspections and Routine Evaluation of Tasks in Process (1)

Follow established schedule

Continued

Violeta Document Production 000028

Inspect:
- Random Samples
- 100% Inspection
- Planned Samples
- Validated Complaints

Excellent Performance

Evaluate sample against SOW standard

Deficient Performance

Acceptable Performance

Include in daily QC report to PM

Schedule re-performance

QC Report to PM

Add entry into "Crew Performance Rating" database

PM Schedules Preventive/corrective re-training for crew (2)

First such deficiency = retraining with PM

Second same deficiency = remedial crew training

Third same deficiency = discipline and possible reassignment of crew leader

FOOTNOTES:

1. While performing unscheduled inspections and routine evaluations if incorrect crew performance is witnessed, QCM has a) the authority to intervene, b) the authority and obligation to shut-down unsafe operations and c) the ability to call PM to site immediately to prevent deficient performance.

2. Crew Leaders are responsible for 100% self inspection prior to task completion.

Violeta Document Production 000029

VIOLETA GROUNDS MANAGEMENT CO., INC.

LIST OF EQUIPMENT TO BE USED IN THIS EFFORT

2017 FORD F-350 PICK UP TRUCK

2015 RAM 5500 DUMP TRUCK

2009 E350 BOX TRUCK

2007 NISSAN TITAN PICK UP

2016 JEEP WRANGLER SNOW PLOW

2000 FREIGHTLINER KNUCKLEBOOM CRANE

2012 20' HAULMARK ENCLOSED TRAILER

2014 22' MAXM DECKOVER TRAILER

2005 18' BRIMAR DUMP TRAILER

2014 12' PROMASTER TRAILER

2008 90XP BRUSH BANDIT CHIPPER

2019 CASE 57C EXCAVATOR

2018 TAKEUCHI TL12R2 TRACK SKID STEER

2010 CASE 435 SKID LOADER

2000 CASE 1840 SKID LOADER

2014 TORO DINGO MINI SKID STEER WITH TRENCHER, AUGER, TILLER, FORK AND BUCKETS

2008 KUBOTA RTV 1100 WITH PLOW AND SALT SPREADER

2013 KUBOTA RTV 500 WITH PLOW AND SALT SPREADER

2010 KUBOTA RTV 900 WITH PLOW AND SALT SPREADER

2008 KUBOTA F3060 WITH PLOW AND MOWER 60"

2014 XMARK RIDE ON AERATOR

2008 32" PLUGR AERATOR

2016 TORO Z-SPRAYER

2015 XMARK LAZER 72"

2016 XMARK LAZER 61"

2016 XMARK 48" WALK BEHIND

Violeta Document Production 000030

2010 XMARK 52" WALK BEHIND

2015 BILLY GOAT LEAF LOADER

2013 LITTLE WONDER VACUUM

2015 LITTLE WONDER PUSH BLOWER

LESCO 50-GAL TREE SPRAYER

LESCO 50-GAL LAWN SPRAYER

2019 WOODMIZER LT40

Violeta Document Production 000031

ASSIGNED EQUIPMENT / Davey

| | COST CENTER 141901 | | |
|---|---|---|---|
| Equipment | Description | ManufSerialNo. | GVWR |
| 1101234 | 12 FORD ESCAPE | 1FMCU9D78CKB87229 | 4,600.000 lb |
| 1101305 | 14 FORD FUSION | 3FA6P0H74ER327229 | |
| 1201963 | 14 FORD F150 | 1FTEX1CM2EFA36234 | 6,700.000 lb |
| 1202058 | 15 FORD TRANSIT CONNECT | NM0LS7F79F1189655 | 5,270.000 lb |
| 1202101 | 03 FORD RANGER | 1FTYR10E73TA10456 | |
| 1300739 | 02 INTNL 4300 BRAND 12' | 1HTMMAAM72H547190 | 25,500.000 lb |
| 1300948 | 08 FORD F550 | 1FDAX56R58EC90880 | 17,950.000 lb |
| 1301061 | 13 FORD F550 | 1FDUF5GT3DEA24729 | 19,500.000 lb |
| 1301114 | 15 FORD F-550 FLAT BED | 1FD0X5GT8FEB64452 | 19,500.000 lb |
| 1301116 | 15 FORD F-550 FLAT BED | 1FD0X5GT1FEB64454 | 19,500.000 lb |
| 1301190 | 17 FORD F-550 | 1FDUF5GT9HEB42385 | 19,500.000 lb |
| 1301193 | 17 FORD F-550 | 1FDUF5GT4HEB42388 | 19,500.000 lb |
| 1301194 | 17 FORD F-550 | 1FDUF5GT6HEB42389 | 19,500.000 lb |
| 1301213 | 18 FREIGHTLINER M2 | 3ALACWFC0JDJY7625 | |
| 1311804 | 97 FORDX F-450 GLNIR CD 411 DA4 D-10'FL | 1FDLF47F0VEB00022 | 15,000.000 lb |
| 1501166 | 12 ISUZU NPR-HD LANDSCAPE BODY | 54DC4J1B5CS804290 | 14,500.000 lb |
| 2201296 | 07 FORD F35E | 1FTWF31P87EA76939 | 11,100.000 lb |
| 2201782 | 10 FORD F250 | 1FTSX2B54AEB43515 | 9,200.000 lb |
| 2201990 | 12 FORD F250 X-CAB | 1FT7X2B67CEA73705 | 10,000.000 lb |
| 2202337 | 14 FORD F150 | 1FTFX1EF6EKG07251 | 7,350.000 lb |
| 2202503 | 15 FORD F-150 | 1FTEX1E80FKF07676 | 6,300.000 lb |
| 2202762 | 17 FORD F-150 | 1FTEX1E81GKF41921 | |
| 2202790 | 17 FORD F-150 | 1FTEX1E80HKC52305 | 6,300.000 lb |
| 2203003 | 12 TOYOTA TACOMA | 5TFUX4EN8DX017103 | |
| 2900065 | 13 FORD F350 X-CAB | 1FT7X3B61DEA24751 | 10,000.000 lb |
| 2900160 | 14 FORD F350 | 1FT7X3BT3EEA93982 | 10,000.000 lb |
| 2900173 | 14 FORD F350 | 1FT7X3B65EEA93976 | 10,000.000 lb |
| 2900345 | 17 FORD F-350 | 1FT8X3B63HEC34701 | 10,400.000 lb |
| 2900376 | 17 FORD F-350 | 1FT8X3B64HEB27446 | |
| 2900395 | 17 FORD F-350 | 1FT8X3B68HEF01685 | 10,400.000 lb |
| 4600515 | 14 HINO 195 | JHHSDL2H1DK001764 | 19,500.000 lb |
| 4600520 | 14 HINO 195 U.S. TRUCK 16' | JHHSDL2H8DK001793 | 19,500.000 lb |
| 4600525 | 15 HINO 195 MORGAN 16' | JHHSDM2H1FK002504 | 19,500.000 lb |
| 4600526 | 15 HINO 195 | JHHSDM2H8FK002452 | 19,500.000 lb |
| 5000828 | 07 KUBOTA L3830GST | | |
| 5000905 | 08 KUBOTA L3940GST | 30415 | |
| 5001005 | 12 BOBCAT 850 | ACS711977 | |
| 5001078 | John Deere 5085E | 1LV5085ECDY210075 | |
| 5001207 | 17 KUBOTA L4760HSTC | 41211 | |
| 5001248 | 17 JOHN DEERE 4052R | 1LV4052RCHH401387 | |
| 5100096 | 16 TORO 5900 | 31500096 | |
| 5100125 | 18 EXMARK LZS88CDYM96RWO | 402520684 | |

| | | | |
|---|---|---|---|
| 5100126 | 18 EXMARK LZS88CDYM96RWO | 402638765 | |
| 5100518 | 04 TORO 580D | 230000426 | |
| 5200018 | 09 KUBOTA RTV 900 | | |
| 5200173 | 16 KUBOTA RTV-X1100CWL-H | 29447 | |
| 5200178 | 16 KUBOTA RTV-X1100CW-T | 30190 | |
| 5200179 | 16 KUBOTA RTV-X1100CWL-A | 30325 | |
| 5300314 | 17 WOODS BB72X | 1358320 | |
| 5500744 | 00 Haulmark 16' | 4XSCB1622YG019886 | 7,000.000 lb |
| 5500812 | 02 BRI-MAR EH18-12 | 43YDC18262C013581 | 9,000.000 lb |
| 5501016 | 06 BRI-MAR EH18-12 | 43YDC24276C051791 | 12,000.000 lb |
| 5501499 | 13 SURE TRAC STR9616TA | 5JW2C2028D2071576 | 7,000.000 lb |
| 5501718 | 15 SURE-TRAC STR9620TA-100 | 5JW2C2025F2113334 | 9,900.000 lb |
| 5501761 | 15 APPALACHIAN FHP-10K-25CG | 541FH2524FM000439 | |
| 5501821 | 16 SURE TRAC STRCH10220TA-100 | 5JW2C2022G2136779 | 9,900.000 lb |
| 5501829 | 16 SURE TRAC STRCH10220TA-100 | 5JW2C2021G2136787 | 9,900.000 lb |
| 5501940 | 17 APPALACHIAN FXALP-5.2K-12CGS | 541FX225HM000325 | 10,000.000 lb |
| 5502010 | 18 SURE-TRAC STRLP10220TA-100 | 5JW2C2020J2228478 | 9,900.000 lb |
| 5502012 | 18 SURE-TRAC STRLP10220TA-100 | 5JW2C2029J2228480 | 9,900.000 lb |
| 5502015 | 18 APPALACHIAN FDW-5.2K-18CG | 5Z5BD1822JS000487 | 10,000.000 lb |
| 5502016 | 18 APPALACHIAN FDW-5.2K-20CG | 5Z5FD2021JS000094 | 10,000.000 lb |
| 5556040 | 71 REIDS D-817 | 712985 | 11,987.000 lb |
| 5900703 | 99 Trynex TX-SP1075 Salt Spreader | | |
| 5900716 | 99 Care Tree System 636 36" Tree Spade | | |
| 5900746 | 00 Befco GRT282 Greenlite Seeder | 211913 | |
| 5900757 | 00 Western 8' | | |
| 5900761 | 00 Western 8' | | |
| 5900773 | 00 Western Pro-Flo 2 | | |
| 5900785 | 01 Pro-Tech SP14 snow pusher | 6169 | |
| 5900831 | 02 WESTERN 8.5' V-PLOW | | |
| 5900864 | 04 BARRETO H13 ROTOTILLER | 9208 | |
| 5900942 | 07 PROTECH 12' | 000000000027899 | |
| 5900978 | 08 BUFFALO TURBINE BT-CPTO | 16652 | |
| 5901023 | 09 FISCHER POLY-CASTER 78004 | 09070830774378004 | |
| 5901086 | 11 SNOW EX SP-9300 | Q1-190613 | |
| 5901268 | 17 SNOWEX VX3210 | 170915300609VX3210 | |
| 5901278 | 18 SNOW-EX VX-2200 | 171220301094VX2200 | |
| 6664835 | 98 FRMST 200+XP | 13701 | 5,850.000 lb |
| 7500215 | 16 JOHN DEERE 81-JDL-92PC60-K | | |
| 7600198 | 16 LT RICH Z MAX ZS5260 | | |
| 7600220 | 17 TORO MULTI-PRO 5800-G | 401252444 | |
| 8400847 | 06 SCAG SWZ48V17KAI | C1000588 | |
| 8400906 | 09 SCAG SWZ52V18KH | A220014 | |
| 8400925 | 09 EXMARK THP17KA483 | 773126 | |
| 8400946 | 10 EXMARK VT24KAS484 | 858697 | |
| 8400995 | 12 EXMARK TTS481KA483 | 312604574 | |
| 8400996 | 12 EXMARK TTS481KA483 | 312604578 | |
| 8400998 | 12 EXMARK TTS481KA483 | 312604604 | |

Violeta Document Production 000033

| | | | |
|---|---|---|---|
| 8400999 | 14 EXMARK TTS481KA483 | 315600681 | |
| 8401010 | 13 EXMARK TTX650EKCE604 | 312611351 | |
| 8401021 | 13 EXMARK TTS481KA484 | 313615312 | |
| 8401022 | 13 EXMARK TTS481KA484 | 313619986 | |
| 8401042 | 14 EXMARK TTX650EKC604 | 314613855 | |
| 8401043 | 14 EXMARK TTX650EKC604 | 314613693 | |
| 8401070 | 14 EXMARK TTS481KA483 | 315600195 | |
| 8401071 | 14 EXMARK TTS481KA483 | 315600680 | |
| 8401119 | 16 EXMARK TTS541GKA52300 | 316625265 | |
| 8401176 | 17 EXMARK TTS600GKA483E0 | 400173159 | |
| 8401177 | 17 EXMARK TTS600GKA483E0 | 400479892 | |
| 8401178 | 17 EXMARK TTS600GKA483E0 | 400479891 | |
| 8401179 | 17 EXMARK TTS600GKA483E0 | 400173155 | |
| 8500330 | 09 EXMARK LZAS27KC604 | 794258 | |
| 8500359 | 09 EXMARK LZAS27KC604 | 799574 | |
| 8500360 | 09 EXMARK LZAS27KC604 | 800621 | |
| 8500373 | 10 EXMARK LZAS27KC604 | 823226 | |
| 8500420 | 11 EXMARK LZS25EKC604 | 943750 | |
| 8500450 | 11 EXMARK VT25EKC524 | 960725 | |
| 8500495 | 12 EXMARK LZS730EKC604 | 312618922 | |
| 8500496 | 12 EXMARK LZS730EKC604 | 312624085 | |
| 8500545 | 13 EXMARK LZS749EKC724 | 312611975 | |
| 8500557 | 13 EXMARK LZS749EKC604 | 313627352 | |
| 8500558 | 13 EXMARK LZS749EKC724 | 313616628 | |
| 8500626 | 14 EXMARK LZS749EKC604 | 314656720 | |
| 8500709 | 15 EXMARK LZS749AKC72400 | 315658169 | |
| 8500710 | 15 EXMARK LZS749EKC60400 | 315637827 | |
| 8500711 | 15 EXMARK LZS749EKC60400 | 315637829 | |
| 8500712 | 15 EXMARK LZS749EKC60400 | 315637828 | |
| 8500713 | 15 EXMARK LZS749EKC60400 | 315616433 | |
| 8500714 | 15 EXMARK LZS749EKC60400 | 315637815 | |
| 8500715 | 15 EXMARK LZS749EKC60400 | 315616431 | |
| 8500752 | 16 EXMARK LZS749AKC604A1 | 316608041 | |
| 8500753 | 16 EXMARK LZS749AKC604A1 | 316608042 | |
| 8500777 | 16 EXMARK LZS749AKC604A1 | 316660277 | |
| 8500807 | 17 EXMARK VTS730AKC52400 | 400372474 | |
| 8500808 | 17 EXMARK VTS730AKC52400 | 400411578 | |
| 8500810 | 17 EXMARK LZX940EKC60RT0 | 316654530 | |
| 8500811 | 17 EXMARK LZX940EKC60RT0 | 400404155 | |
| 8500812 | 17 EXMARK LZX940EKC60RT0 | 316659162 | |
| 8500813 | 17 EXMARK LZX940EKC60RT0 | 400404153 | |
| 8500884 | 18 JOHN DEERE Z950M | 1TC950MGEJT060128 | |
| 8500885 | 18 JOHN DEERE Z950M | 1TC950MGPJT060165 | |
| 8500991 | 18 JOHN DEERE Z950M | 1TC950MGEJT060629 | |
| 8501018 | 18 MEAN GREEN SK-48 | 11130245 | |
| 8501019 | 18 MEAN GREEN CXR-60 | 120291 | |
| 8501030 | 18 JOHN DEERE Z950M | 1TC950MGPJT070033 | |

Violeta Document Production 000034

| | | | |
|---|---|---|---|
| 8501031 | 18 JOHN DEERE Z950M | 1TC950MGKJT070034 | |
| 8501032 | 18 JOHN DEERE Z950M | 1TC950MGVJT070037 | |
| 8501033 | 18 JOHN DEERE Z950M | 1TC960MDCJT070064 | |
| 8501034 | 18 JOHN DEERE Z960M | 1TC950MGCJT070028 | |
| 8700718 | 01 Giant Vac 6600JDHW | 112001008 | |
| 8700732 | 03 RYAN 544945 | 54494500196 | |
| 8700747 | 04 FINN B-70 STRAW BLOWER | SE-3008 | |
| 8700915 | 14 RYAN JUNIOR | 54495403502 | |
| 8700923 | 14 FRADAN FRQTLV35D | 231065 | |
| 8800659 | 10 CLASSEN LIGTA25D | 002205 | |
| 8800717 | 14 FIRSH AERA-VATOR 60 | 2465 | |
| 8800718 | 14 TORO SR75 | 314000101 | |
| 8800719 | 14 TORO PRO CORE 864 | 314000183 | |
| 8800729 | 15 JOHN DEERE AERCORE 800 | 1TC800ACEET100032 | |
| 9800409 | 13 FORD F-150 - Robert Craft | 1FTFW1EF2DFA22645 | |

# D. Subfactor 3:
# Snow Removal / Ice Removal

Violeta Document Production 000036

Team Violeta/Davey      December 30, 2019      # 140P3020R0006- Landscape Maintenance

## **VOLUME II – Technical Information**

### **3.13 Snow Removal/Ice Control**

➢ Number of Employees Required

➢ Equipment Necessary   (see assigned equipment list)

➢

➢ Methods and Logistics

Team Violeta/Davey monitored constantly the weather during the winter season. Upon the threat of a storm crews are placed on alert to be prepared to be called into duty at any time. Upon the decision to begin a Snow and Ice Removal task, crews will be deployed to sites with the proper predetermined equipment based on the task order received.

Snow removal will be accomplished with the use of a verity of equipment, trucks with snowplows, rubber tire loaders, salt spreaders, dump trucks, snow blowers and shovels where necessary. Ice melting materials will be applied with the use of a truck mounted salt spreader and push spreader. All work is performed with equipment and tools that will not damage the hard surfaces.

Ice melting materials will be purchased in advance and stored at a place designated by the COR. Every attempt will be made to have enough material on hand to handle a Snow and Ice Removal task in its entirety. Team Violeta/Davey will only purchase magnesium chloride or calcium chloride to be used within the roadways and sidewalks in an effort to minimize all damage to hard surfaces and the adjacent turf.

Prior to November 1st meetings will be held with the COR's that we have Task Orders with to review the SOW and exchange contact information. This way all parties have an understand of the expectation of the work being performed.

➢ Scheduling

As previously mentioned, weather is constantly monitored. A telephone tree system has been established in the event a storm occurs during off duty hours. The deployment of crews will begin with a review of the weather event. In the event of a major storm additional manpower is available from both our Chantilly and Washington DC operations.

USE OR DISCLOSURE OF DATA ON THIS SHEET IS SUBJECT TO THE RESTRICTION ON THE TITLE PAGE
OF THIS PROPOSAL OR QUOTATION