# EXHIBIT 3

# PERFORMANCE WORK STATEMENT
# FOR
# GROUNDS MAINTENANCE SERVICES

**Capital Hill Parks (CAHI)**
**Mary McLeod Bethune Council House National Historic Site (MAMC)**
**Frederick Douglass National Historic Site (FRDO)**
**Carter G Woodson National Historic Site (CAWO)**
**May 2020**

**PERFORMANCE WORK STATEMENT**
**FOR**
**GROUNDS MAINTENANCE SERVICES**

**1. DESCRIPTION OF SERVICES.** The contractor shall provide all personnel, equipment, tools, supervision, and other items and services necessary to ensure that grounds maintenance is performed in a manner that will maintain healthy grass, trees, shrubs, and plants and present a clean, neat, and professional appearance. All services shall be performed in accordance with requirements and specifications as identified within the National Capital Area Landscape Maintenance IDIQ. Attached is a spreadsheet that will be filled out by the contractor to show a schedule of values for each task at each reservation. See attached maps for specific parks and reservations.

## 1.1. MOWING and LINE TRIMMING (3.10)

**1.1.1 Mowing** Turf shall be maintained in accordance with schedule of services and IDIQ specifications.
- Grass clippings shall be removed or mulched when visible after mowing.
- Contractor shall maintain turf at height specified within schedule of services, never cutting more that 1/3 of the leaf blade in any one cutting. This may mean that mowing will be required at frequency which depends upon weather patterns and seasonal changes.
- All grounds shall appear well manicured upon completion of work. Contractor shall ensure that clippings are not excessive, piled, or left in windrows on mowed turf areas.
- The Contractor shall inspect/police turf areas for litter and debris prior to mowing. Contractor shall ensure that litter is removed prior to mowing and not mown over, cut up and/or mown debris shall not be left on turf areas.
- The Contractor shall schedule mowing and trimming services so that it does not interfere with Special Events and/or outdoor activities.
- Special Events may require mowing prior to normally scheduled services, the COR will provide special events schedule and coordinate work with Contractor. The COR will notify the Contractor as soon as a special event requirement is known, but no less than 24 hours prior to the event.

**1.1.2 Trimming.** All areas shall be trimmed concurrent with mowing operations in accordance with schedule of services and IDIQ specifications.

- Grass and weeds shall be trimmed around trees, shrubs, buildings, fences, poles, posts, fire hydrants, parking lot bumper blocks, boulders, and other fixed obstacles.
- Trimming height shall match surrounding area grass heights.
- This task involves all improved grounds within mowing areas.

## 1.2 HARDSCAPE EDGING (3.03, D, b)
**1.2.1** Sidewalks, driveways, curbs, and other concrete or asphalt edges located within and adjacent to the mowing areas shall be edged in accordance with schedule of services and IDIQ specifications.

- Edging shall include removal of vegetation from cracks in sidewalks, driveways, and curbs within .5 inch of the edged surface and to a depth of 2.0 inches.
- Remove weeds growing in sidewalk and hardscape areas. All weeds shall be removed or eradicated manually, mechanically or chemically (with COR approved herbicide).

## 1.3  LEAF REMOVAL (3.03, H)

**1.3.1**  The Contractor shall carefully remove all leaves from all turf and mowing areas, ornamental planting beds, seasonal displays, fence lines, and non-planted areas in accordance with the schedule of services and IDIQ specifications. specifications.
- Leaves shall not be blown into woodlines or left in piles where build up may restrict vegetative growth.

## 1.4  MULCHING (3.03, E) and BED EDGING (3.03, D, b)

**1.4.1**  The Contractor shall carefully remove existing mulch, edge, and apply fresh mulch to ornamental, shrub, and flower beds, and tree rings within areas of service in accordance with schedule of services and IDIQ specifications. Beds and tree rings occur within turf areas as well as along hard edges such as sidewalks.
- Mulching shall occur in spring season, prior to release of dormancy, and again in fall season, prior to winter dormancy.

## 1.5  WEED REMOVAL (3.03, F, a)

**1.5.1**  The Contractor shall carefully remove unwanted vegetation in ornamental, shrub, and flower beds, as well as tree rings within areas of service in accordance with schedule of services and IDIQ specifications.
- Weed removal services will be performed upon request of COR, up to quantity of contracted services.

## 1.6  BED PREP (3.03, C) and PLANTING SEASONAL FLOWERS (3.03, I, J, b)

**1.6.1**  The Contractor shall carefully prepare planting beds for seasonal flower installation, and plant seasonal flowers within areas of service in accordance with schedule of services and IDIQ specifications.
- Seasonal flower change outs shall occur during late spring and early fall.
- FRDO – Flower bed in front of the historic home. Summer annuals and fall pansies.
- MAMC – Urn at front of historic home. Summer annuals and fall pansies.

## 1.7  PRUNING (3.04, A, B, C)

**1.7.1**  The Contractor shall carefully prune or shear all shrubs, hedgerows, and roses within areas of service in accordance with schedule of services and IDIQ specifications.
- Pruning services will be performed upon request of COR, up to quantity of contracted services.

2  **RECORDS AND REPORTS**  The Contractor shall maintain complete and accurate records of all work performed under this PWS.  The Contractor shall provide all collected data to the COR both electronically and in hard copy.

2.1  **Communication**

**Daily.**  The Contractor shall provide the status of on-going efforts and work plans for the day.  The Contractor shall also notify the COR of circumstances that affect the Landscape Maintenance Program, as well as safety, health, and fire hazards.

**Monthly Report.**  The Contractor shall electronically submit monthly reports detailing Contractor performance.  At minimum the Contractor shall include:

- A performance overview
- Product Application Data (i.e. mulch, topsoil, herbicides, etc.)
- Recycled and Composted Organic Waste Data
- Plant Removal Data
- Quantified QC documentation
- Special or notable performance accomplishments
- Recognized trends; i.e. species population, product application or performance, seasonal, etc.
- Recommended corrective actions
- Updates/progress reports, pertinent schedules
- Herbicide use –date, quantity and location
- A calendar of events, plans, meetings, and/or special situations for the next 60 days

**Periodic Submittals.**  The Contractor shall submit the following documents upon receipt:
- Revised Key personnel/ resumes (outline form) as personnel changes are made
- Current copies of required professional licenses/certificates
- Proof of successful completed training for all personnel as required by law and regulation
- Safety meeting reports including, but not limited to content, attendance, instructor/meeting leader, location, length, etc.
- Product label and MSDS of new/different/alternative product(s)

## SCHEDULE/ LOCATIONS OF SERVICES

| Area | Reservation Name/Area | Reservation Number | 3.10 - Mowing and Line Trimming | 3.03, D, b - Hardscape Edging | 3.03, H - Leaf Removal | 3.03, E - Mulching and 3.03, D, a - Bed Edging | 3.03, F, a - Weed Removal in Beds and Tree Rings | Prep, 3.03, I - Planting, and 3.03, J, b - Planting Annual | 3.04, A, B, C - Pruning Shrubs, Hedges, Roses |
|---|---|---|---|---|---|---|---|---|---|
| FRDO | Frederick Douglass Home, 1411 W, St SE | 716 | maintain 3" turf height | 4x's annually | 3x's annually | 2x's annually (spring/fall) | 4x's annually | 2x's annually (spring/fall) | 3x's annually |
| MAMC | Mary McLeod Bethune Home, 1318 Vermont Ave NW | N/A | maintain 3" turf height | 4x's annually | 3x's annually | 2x's annually (spring/fall) | 4x's annually | 2x's annually (spring/fall) | N/A |
| CAWO | Carter Woodson Home, 1538 9th St NW | N/A | maintain 3" turf height | 4x's annually | 3x's annually | N/A | N/A | N/A | N/A |
| CAHI | Lincoln Park, East Capitol St, btwn 11th and 13th Sts NE and SE | 014 | maintain 3" turf height | 4x's annually | 3x's annually | 2x's annually (spring/fall) | 4x's annually | N/A | 3x's annually |
| CAHI | Stanton Park, C St btwn 4th and 6th Sts NE | 015 | maintain 3" turf height | 4x's annually | 3x's annually | 2x's annually (spring/fall) | 4x's annually | N/A | 3x's annually |
| CAHI | Folger Park, D St, btwn 2nd and 3rd Sts SE | 016 | maintain 3" turf height | 4x's annually | 3x's annually | 2x's annually (spring/fall) | 4x's annually | N/A | 3x's annually |
| CAHI | Marion Park, E St, btwn 4th and 6th Sts SE | 018 | maintain 3" turf height | 4x's annually | 3x's annually | 2x's annually (spring/fall) | 4x's annually | N/A | 3x's annually |
| CAHI | Seward Square, Seward Sq SE btwn 4th and 6th Sts SE | 038, 039, 040, 041, 042, 043 | maintain 3" turf height | 4x's annually | 3x's annually | 2x's annually (spring/fall) | 4x's annually | N/A | 3x's annually |
| CAHI | Penn Ave Triangle, Pennsylvania Ave btwn 3rd St and Independence Ave SE | 037 | maintain 3" turf height | 4x's annually | 3x's annually | 2x's annually (spring/fall) | 4x's annually | N/A | 3x's annually |
| CAHI | Penn Ave Triangle, Pennsylvania Ave btwn 10th St and E Sts SE | 050 | maintain 3" turf height | 4x's annually | 3x's annually | 2x's annually (spring/fall) | 4x's annually | N/A | 3x's annually |
| CAHI | Penn Ave Triangle, Pennsylvania Ave btwn 12th St and E Sts SE | 051 | maintain 3" turf height | 4x's annually | 3x's annually | N/A | N/A | N/A | N/A |
| CAHI | Penn Ave Triangle, Pennsylvania Ave btwn 13th St and G Sts SE | 052 | maintain 3" turf height | 4x's annually | 3x's annually | 2x's annually (spring/fall) | 4x's annually | N/A | 3x's annually |
| CAHI | Penn Ave Triangle, Pennsylvania Ave btwn 14th St and G Sts SE | 053 | maintain 3" turf height | 4x's annually | 3x's annually | N/A | N/A | N/A | N/A |
| CAHI | Penn Ave Triangles at Potomac Metro, Pennsylvania Ave btwn Potomac Ave and 14th St SE, North and South Side Pennsylvania Avenue | 054, 054C, 054E, 054F | maintain 3" turf height | 4x's annually | 3x's annually | 2x's annually (spring/fall) | 4x's annually | N/A | 3x's annually |
| CAHI | Pennsylvania Avenue Median, Pennsylvania Avenue SE at 2nd St SE to Pennsylvania Avenue at Barney Circle SE | 037A, 037B, 038A, 041A, 041B, 044A, 047A, 047B, 050A, 051A, 052A, 053A, 054A, 054B, 054D | maintain 3" turf height | 4x's annually | 3x's annually | 2x's annually (spring/fall) | 4x's annually | N/A | 3x's annually |
| CAHI | Massachusetts Ave Triangle, Massachusetts Avenue btwn 2nd and D Sts NE | 082 | maintain 3" turf height | 4x's annually | 3x's annually | N/A | N/A | N/A | N/A |
| CAHI | Massachusetts Ave Triangle, Massachusetts Avenue btwn 3rd and D Sts NE | 083 | maintain 3" turf height | 4x's annually | 3x's annually | N/A | N/A | N/A | N/A |
| CAHI | Virginia Ave Triangle, Virginia Ave and I St, btwn 4th and 5th Sts SE | 122 | maintain 3" turf height | 4x's annually | 3x's annually | N/A | N/A | N/A | N/A |
| CAHI | Virginia Ave Triangle, Virginia Ave btwn east side of 7th and K Sts SE | 124A | maintain 3" turf height | 4x's annually | 3x's annually | N/A | N/A | N/A | N/A |
| CAHI | Maryland Avenue Triangles, Maryland Ave between 3rd St and Constitution Ave NE to Maryland Ave at 14th and G Sts NE | 205, 206, 207, 208, 209, 210, 211, 212, 213 | maintain 3" turf height | 4x's annually | 3x's annually | 2x's annually (spring/fall) | 4x's annually | N/A | 3x's annually |
| CAHI | Florida Ave Triangle, Florida Ave between N and West of 4th Sts NE | 279 | maintain 3" turf height | 4x's annually | 3x's annually | N/A | N/A | N/A | N/A |
| CAHI | Florida Ave Triangle, Florida Ave between M and East of 6th Sts NE | 280 | maintain 3" turf height | 4x's annually | 3x's annually | 2x's annually (spring/fall) | 4x's annually | N/A | 3x's annually |
| CAHI | Florida Ave Triangle, Florida Ave between 9th St and West Virginia Ave NE | 281 | maintain 3" turf height | 4x's annually | 3x's annually | N/A | N/A | N/A | N/A |
| CAHI | Florida Ave Triangle, Florida Ave and I St, West of Orren St, NE | 283 | maintain 3" turf height | 4x's annually | 3x's annually | N/A | N/A | N/A | N/A |
| CAHI | I Street, between 5th and 6th Sts, NE | 315 | maintain 3" turf height | 4x's annually | 3x's annually | N/A | N/A | N/A | N/A |

























National Park Service – Request for Quote

**PLEASE PROVIDE THE FOLLOWING INFORMATION IN QUOTE**:

1. DUNS# AND/OR CAGE CODE:    DUNS# 961837221    CAGE CODE: 5X8Y6

2. SEWP/GSA/NPS CONTRACT # 140P3020R006    EXPIRATION DATE: 03/29/2025

3. DELIVERY TIME OF REQUESTED ITEMS:  DELIVERY:    Or PoP: 07/10/2020    TO: 01/09/2021

4. SHIPPING COST IF APPLICABLE:

5. COMPANY NAME & ADDRESS: Violeta Grounds Management Co., Inc.

6. POC NAME, PHONE, AND EMAIL: Sheila Wright (301)980-5559 sheila@violetalandscape.com

**DISCLAIMER INFORMATION:**

N/A

**NATIONAL CAPITAL PARKS-EAST**
**CAPITAL HILL PARKS & HISTORIC HOMES GROUNDS MAINTENANCE**
**PRICE SCHEDULE**

Violeta Davey 2020

## Base Year

*Provide a pro-rated price fee for the following locations. The rate shall reflect for performance during the dates of 07/10/2020 - 07/14/2020.*

| Area | Reservation Name/Area | Reservation Number | 3.10 - Mowing and Line Trimming cost | 3.01, D.- Hardscape Edging, annual cost | 3.01, D.- Hardscape Edging | 3.03, H - Leaf Removal, annual cost | 3.03, H - Leaf Removal | 3.01, E - Mulching and 3.01, D - Bed Edging, annual cost | 3.01, E - Mulching and 3.01, D - Bed Edging | 3.01, F, e - Weed Removal in Beds and Tree Rings | 3.01, F, e - Weed Removal in Beds and Tree Rings, annual cost | 3.01, C - Bed Prep, 3.01, I - Planting, and 3.01, J, b - Planting Annual Flowers | 3.01, C - Bed Prep, 3.01, I - Planting, and 3.01, J, b - Planting Annual Flowers, annual cost | 3.04, A, B, C - Pruning Shrubs, Hedges, Roses, annual cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRDO | Frederick Douglass Home, 1411 W, St SE | 716 | maintain 3" turf height | $504.00 6x's annually | | 3x's annually | | 2x's annually (spring/fall) | | 4x's annually | | 2x's annually (spring/fall) | | 3x's annually |
| CAHI | Lincoln Park, East Capitol St. btwn 11th and 13th Sts NE at SE | 014 | maintain 3" turf height | $500.00 6x's annually | | 3x's annually | | 2x's annually (spring/fall) | | 4x's annually | | 2x's annually (spring/fall) | | 3x's annually |
| CAHI | Stanton Park, C St btwn 4th and 6th Sts NE | 015 | maintain 3" turf height | $500.00 6x's annually | | 3x's annually | | 2x's annually (spring/fall) | | 4x's annually | | 2x's annually (spring/fall) | | 3x's annually |
| CAHI | Folger Park, D St. btwn 2nd and 3rd Sts SE | 016 | maintain 3" turf height | $500.00 6x's annually | | 3x's annually | | 2x's annually (spring/fall) | | 4x's annually | | 2x's annually (spring/fall) | | 3x's annually |
| CAHI | Marion Park, E St. btwn 4th and 6th Sts SE | 018 | maintain 3" turf height | $500.00 6x's annually | | 3x's annually | | 2x's annually (spring/fall) | | 4x's annually | | 2x's annually (spring/fall) | | 3x's annually |
| CAHI | Seward Square, Seward Sq SE btwn 4th btwn 3rd St and Independence Ave SE | 038, 039, 040, 041, 042, 043 | maintain 3" turf height | $500.00 6x's annually | | 3x's annually | | 2x's annually (spring/fall) | | 4x's annually | | 2x's annually (spring/fall) | | 3x's annually |
| CAHI | Penn Ave Triangle, Pennsylvania Ave btwn 3rd St at Independence Ave SE | 037 | maintain 3" turf height | $500.00 6x's annually | | 3x's annually | | 2x's annually (spring/fall) | | 4x's annually | | 2x's annually (spring/fall) | | 3x's annually |
| CAHI | Penn Ave Triangle, Pennsylvania Ave btwn 12th St at G Sts SE | 050 | maintain 3" turf height | $500.00 6x's annually | | 3x's annually | | 2x's annually (spring/fall) | | 4x's annually | | 2x's annually (spring/fall) | | N/A |
| CAHI | Penn Ave Triangle, Pennsylvania Ave btwn 12th St at G Sts SE | 051 | maintain 3" turf height | $500.00 6x's annually | | 3x's annually | | N/A | | 4x's annually | | N/A | | N/A |
| CAHI | Penn Ave Triangle, Pennsylvania Ave btwn 13th St and G Sts SE | 052 | maintain 3" turf height | $500.00 6x's annually | | 3x's annually | | 2x's annually (spring/fall) | | 4x's annually | | 2x's annually (spring/fall) | | N/A |
| CAHI | Penn Ave Triangle, Pennsylvania Ave btwn 14th St and G Sts SE | 053 | maintain 3" turf height | $300.00 6x's annually | | 3x's annually | | 2x's annually (spring/fall) | | 4x's annually | | N/A | | N/A |
| CAHI | Penn Ave Triangle of Potomac Metro, Pennsylvania Ave btwn Potomac Ave and 14th St SE, North and South Side Pennsylvania Avenue | 054, 054C, 054E, 054F | maintain 3" turf height | $300.00 6x's annually | | 3x's annually | | 2x's annually (spring/fall) | | 4x's annually | | 2x's annually (spring/fall) | | 3x's annually |
| CAHI | Pennsylvania Avenue Median, Pennsylvania Avenue SE at 2nd St SE to Pennsylvania Avenue at Barney Circle SE | 037A, 037B, 038A, 041A, 041B, 044A, 047A, 047B, 050A, 051A, 052A, 053A, 054B, 054D, 054D | maintain 3" turf height | $500.00 6x's annually | | 3x's annually | | 2x's annually (spring/fall) | | 4x's annually | | N/A | | N/A |
| | **Subtotals** | | **$4,304.00** | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |

## TOTAL PRO-RATED COST FOR PERIOD OF PERFORMANCE 07/10/2020 - 07/14/2020:  $4,304.00

*For the locations below, a price fee for each location shall be on a monthly rate. Period of Performance is anticipated to be 07/15/2020 - 06/14/2021. Total price fee on a monthly rate for the 11 month period of performance shall become the price schedule for the award of a task order against an applicable MATOC.*

| Area | Reservation Name/Area | Reservation Number | 3.10 - Mowing and Line Trimming cost | 3.01, D.- Hardscape Edging, annual cost | 3.01, D.- Hardscape Edging | 3.03, H - Leaf Removal, annual cost | 3.03, H - Leaf Removal | 3.01, E - Mulching and 3.01, D - Bed Edging, annual cost | 3.01, E - Mulching and 3.01, D - Bed Edging | 3.01, F, e - Weed Removal in Beds and Tree Rings | 3.01, F, e - Weed Removal in Beds and Tree Rings, annual cost | 3.01, C - Bed Prep, 3.01, I - Planting, and 3.01, J, b - Planting Annual Flowers | 3.01, C - Bed Prep, 3.01, I - Planting, and 3.01, J, b - Planting Annual Flowers, annual cost | 3.04, A, B, C - Pruning Shrubs, Hedges, Roses, annual cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRDO | Frederick Douglass Home, 1411 W, St SE | 716 | maintain 3" turf height | $1,060.00 6x's annually | | $584.00 3x's annually | | $563.00 2x's annually (spring/fall) | | $44.00 4x's annually | | $200.00 2x's annually (spring/fall) | | $200.00 3x's annually |
| CAHI | Lincoln Park, East Capitol St. btwn 11th and 13th Sts NE at SE | 014 | maintain 3" turf height | $583.00 6x's annually | | $345.00 3x's annually | | $255.00 2x's annually (spring/fall) | | $72.00 4x's annually | | N/A | | $532.00 3x's annually |
| CAHI | Stanton Park, C St btwn 4th and 6th Sts NE | 015 | maintain 3" turf height | $583.00 6x's annually | | $345.00 3x's annually | | $255.00 2x's annually (spring/fall) | | $72.00 4x's annually | | N/A | | $532.00 3x's annually |
| CAHI | Folger Park, D St. btwn 2nd and 3rd Sts SE | 016 | maintain 3" turf height | $655.00 6x's annually | | $345.00 3x's annually | | $255.00 2x's annually (spring/fall) | | $72.00 4x's annually | | N/A | | $532.00 3x's annually |
| CAHI | Marion Park, E St. btwn 4th and 6th Sts SE | 018 | maintain 3" turf height | $655.00 6x's annually | | $345.00 3x's annually | | $200.00 2x's annually (spring/fall) | | $72.00 4x's annually | | N/A | | $532.00 3x's annually |
| CAHI | Seward Square, Seward Sq SE btwn 4th btwn 3rd St and Independence Ave SE | 038, 039, 040, 041, 042, 043 | maintain 3" turf height | $653.00 6x's annually | | $345.00 3x's annually | | $225.00 2x's annually (spring/fall) | | $72.00 4x's annually | | N/A | | $532.00 3x's annually |
| CAHI | Penn Ave Triangle, Pennsylvania Ave btwn 3rd St at Independence Ave SE | 037 | maintain 3" turf height | $445.00 6x's annually | | $55.00 3x's annually | | $145.00 2x's annually (spring/fall) | | $38.00 4x's annually | | N/A | | $500.00 3x's annually |
| CAHI | Penn Ave Triangle, Pennsylvania Ave btwn 12th St at G Sts SE | 050 | maintain 3" turf height | $445.00 6x's annually | | $60.00 3x's annually | | $145.00 2x's annually (spring/fall) | | $38.00 4x's annually | | N/A | | $500.00 3x's annually |
| CAHI | Penn Ave Triangle, Pennsylvania Ave btwn 12th St at G Sts SE | 051 | maintain 3" turf height | $445.00 6x's annually | | $60.00 3x's annually | | N/A | | N/A | | N/A | | $500.00 3x's annually |
| CAHI | Penn Ave Triangle, Pennsylvania Ave btwn 13th St and G Sts SE | 052 | maintain 3" turf height | $446.00 6x's annually | | $60.00 3x's annually | | $145.00 2x's annually (spring/fall) | | $38.00 4x's annually | | N/A | | $500.00 3x's annually |
| CAHI | Penn Ave Triangle, Pennsylvania Ave btwn 14th St and G Sts SE | 053 | maintain 3" turf height | $445.00 6x's annually | | $60.00 3x's annually | | $60.00 2x's annually (spring/fall) | | $60.00 4x's annually | | N/A | | N/A |

## TOTAL COST FOR PERIOD OF PERFORMANCE 07/15/2020 - 06/14/2021

| Area | Reservation Name/Area | Reservation Number | 3.10 - Mowing and Line Trimming cost | 3.01, b - Hardscape Edging | 3.01, H - Leaf Removal | 3.01, E - Mulching and 3.01, D, a - Bed Edging | 3.01, F, a - Weed Removal in Beds and Tree Rings | 3.03, C - Bed Prep, 3.01, I - Planting, and 3.01, b - Planting Annual Flowers | 3.04, A, B, C - Pruning Shrubs, Hedges, Roses |
|---|---|---|---|---|---|---|---|---|---|
| CAHI | Penn Ave Triangles at Potomac Metro, Pennsylvania Ave betw Potomac Ave and 14th St SE, betw north and South Side Pennsylvania Avenue | 054A, 054G, 054E, 054F | maintain 3" turf height | 3x's annually | 3x's annually | 2x's annually (spring/fall) | 3x's annually | 3x's annually | $200.00 |
| CAHI | Pennsylvania Avenue Median, Pennsylvania Avenue SE at 2nd St SE to Pennsylvania Avenue at Barney Circle SE | 037A, 037B, 039A, 041A, 041B, 044A, 047B, 050A, 051A, 052A, 053A, 054B, 054D | maintain 3" turf height | 3x's annually | 3x's annually | 2x's annually (spring/fall) | 3x's annually | 3x's annually | |
| | | | $515.00 | $58.00 | $60.00 | $540.00 | $545.00 | $58.00 | $200.00 |
| | **Subtotals** | | **$7,975.00** | **$315.00** | **$2,309.00** | **$7,975.00** | **$2,280.00** | **$594.00** | **$200.00** |

**TOTAL COST PERIOD OF PERFORMANCE 07/15/2020 – 06/14/2021: $167,816.00**

*For the locations below, a price fee for each location shall be on a monthly rate. Period of Performance is anticipated to be 06/15/2020 - 06/14/2021. Total price fee on a monthly rate for the 12 month period of performance. Period of performance shall become the price schedule for the award of a task order against an applicable MATOC.*

## TOTAL 12 MONTH PRICING FOR PERIOD OF PERFORMANCE 06/15/2020 - 06/14/2021

| Area | Reservation Name/Area | Reservation Number | 3.10 - Mowing and Line Trimming, annual cost | 3.01, b - Hardscape Edging, annual | 3.01, H - Leaf Removal, annual cost | 3.01, E - Mulching and 3.01, D, a - Bed Edging, annual cost | 3.01, F, a - Weed Removal in Beds and Tree Rings, annual cost | 3.03, C - Bed Prep, 3.01, I - Planting, and 3.01, b - Planting Annual Flowers, annual cost | 3.04, A, B, C - Pruning Shrubs, Hedges, Roses, annual cost |
|---|---|---|---|---|---|---|---|---|---|
| FRDO | Frederick Douglass Home, 1411 W St | 716 | $1,050.00 | $58.00 | $164.00 | $164.00 | $58.00 | | $68.00 |
| MAMC | Mary McLeod Bethune Home, 1318 Vermont Ave NW | N/A | $70.00 | $22.00 | $22.00 | $55.00 | $55.00 | $54.00 | N/A |
| CAWO | Carter Woodson Home, 1538 9th St NW | N/A | $500.00 | $33.00 | $33.00 | $55.00 | $54.00 | | N/A |
| CAHI | Lincoln Park, East Capitol St, betw 11th and East of 13th Sts NE | 014 | $820.00 | $44.00 | $345.00 | $128.00 | $36.00 | | N/A |
| CAHI | Stanton Park, C St betw 4th and 6th Sts NE | 015 | $630.00 | $44.00 | $345.00 | $128.00 | $36.00 | | N/A |
| CAHI | Folger Park, D St betw 2nd and 3rd Sts SE | 016 | $655.00 | $44.00 | $345.00 | $128.00 | $36.00 | | N/A |
| CAHI | Marion Park, E St betw 4th and 6th Sts SE | 018 | $655.00 | $44.00 | $345.00 | $125.00 | $36.00 | | N/A |
| CAHI | Seward Square, Seward Sq SE betw 4th St and Independence Ave SE | 037 | $445.00 | $33.00 | $325.00 | $125.00 | $56.00 | | N/A |
| CAHI | Penn Ave Triangle, Pennsylvania Ave betw 3rd St and Independence Ave SE | 050 | $445.00 | $33.00 | $573.00 | $573.00 | $56.00 | $50.00 | N/A |
| CAHI | Penn Ave Triangle, Pennsylvania Ave betw 12th St and D St SE | 051 | $445.00 | $33.00 | $573.00 | $573.00 | $56.00 | $50.00 | N/A |
| CAHI | Penn Ave Triangle, Pennsylvania Ave betw 13th St and D Sts SE | 052 | $445.00 | $33.00 | $573.00 | | $56.00 | $50.00 | N/A |
| CAHI | Penn Ave Triangle, Pennsylvania Ave betw 14th St and D Sts SE | 053 | $445.00 | $33.00 | $573.00 | | $56.00 | $50.00 | N/A |
| | | | | | | | | | **$68.00** |

**6 Month Option (52.217-8)**

**TOTAL: $29,232.00**

| Type | Location | ID | Service | 12 MONTH PERIOD (LOCATIONS OUTSIDE PRO-RATED) | | | | 6 MONTH OPTION PERIOD FOR ALL LOCATIONS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAH | Penn Ave Triangles at Potomac Metro, Pennsylvania Ave near Potomac Ave and 14th St SE, North and South Side Pennsylvania Avenue | 054, 054C, 054E, 054F | maintain 3" turf height | $540.00 | 3x's annually | | | $60.00 | 3x's annually (spring/fall) | | | $73.00 | 3x's annually | $56.00 | $50.00 |
| CAH | Pennsylvania Avenue Median Pennsylvania Avenue SE at 2nd St SE to Pennsylvania Avenue at Barney Circle SE | 037A, 037B, 039A, 041A, 041B, 044A, 047A, 047B, 050A, 051A, 052A, 053A, 054B, 054D | maintain 3" turf height | $500.00 | 3x's annually | | | $60.00 | 3x's annually (spring/fall) | | | $73.00 | 3x's annually | $56.00 | 3x's annually |
| CAH | Massachusetts Ave Triangle, Massachusetts Avenue btwn 2nd and D Sts NE | 082 | maintain 3" turf height | $70.00 | 3x's annually | | | $23.00 | N/A | | | N/A | N/A | N/A | N/A |
| CAH | Massachusetts Ave Triangle, Massachusetts Avenue btwn 3rd and D Sts NE | 083 | maintain 3" turf height | $70.00 | 3x's annually | | | $23.00 | N/A | | | N/A | N/A | N/A | N/A |
| CAH | Virginia Ave Triangle, Virginia Ave and E St btwn 4th and 6th Sts SE | 122 | maintain 3" turf height | $70.00 | 3x's annually | | | $23.00 | N/A | | | N/A | N/A | N/A | N/A |
| CAH | Virginia Ave Triangle, Virginia Ave btwn east side of 7th and E Sts SE | 124A | maintain 3" turf height | $70.00 | 3x's annually | | | $23.00 | N/A | | | N/A | N/A | $56.00 | 3x's annually |
| CAH | Maryland Avenue Triangles, Maryland Ave between 3rd St and Constitution Ave NE and Maryland Ave at 14th and G Sts NE | 205, 206, 207, 208, 209, 210, 211, 212, 213 | maintain 3" turf height | $600.00 | 3x's annually | | | $100.00 | 3x's annually (spring/fall) | | | $73.00 | 3x's annually | N/A | N/A |
| CAH | Florida Ave Triangle, Florida Ave between N and West of 4th Sts NE | 279 | maintain 3" turf height | $70.00 | 3x's annually | | | $23.00 | N/A | | | N/A | N/A | N/A | 3x's annually |
| CAH | Florida Ave Triangle, Florida Ave between M and East of 6th Sts NE | 280 | maintain 3" turf height | $70.00 | 3x's annually | | | $23.00 | 3x's annually (spring/fall) | | | $17.00 | 3x's annually | $56.00 | N/A |
| CAH | Florida Ave Triangle, Florida Ave between 9th St and West Virginia Ave NE | 281 | maintain 3" turf height | $70.00 | 3x's annually | | | $23.00 | N/A | | | N/A | N/A | N/A | N/A |
| CAH | Florida Ave Triangle, Florida Ave and 4 St, West of Gren St NE | 283 | maintain 3" turf height | $70.00 | 3x's annually | | | $23.00 | N/A | | | N/A | N/A | N/A | N/A |
| CAH | I Street, between 5th and 6th Sts NE | 315 | maintain 3" turf height | $70.00 | 3x's annually | | | $23.00 | N/A | | | N/A | N/A | N/A | N/A |
| | | | **Subtotals** | **$9,415.00** | **$18.00** | | | **$2,662.00** | | | | **$1,306.00** | | **$490.00** | **$172.00** |

**TOTAL 6 MONTH OPTION COST  $88,878.00**

COST SUMMARY

| | | | |
|---|---|---|---|
| PRO-RATED: | $54,804.00 | 11 MONTHS (FROM PRO-RATED LOCATIONS): | $107,816.00 |
| | | 12 MONTH PERIOD (LOCATIONS OUTSIDE PRO-RATED: | $107,816.00 |
| | | 6 MONTH OPTION PERIOD FOR ALL LOCATIONS: | $29,232.00 |
| | | | $88,878.00 |

| TOTAL TASK ORDER COST (BASE YEAR + 6 MONTH OPTION) | $290,230.00 |
|---|---|

***NOTE: Contractor is responsible for checking calculations prior to submission. Contractor shall use supporting documents/information subject to this solicitation to submit a valid price. Estimated cost shall include all labor, material, supply, equipment costs as applicable.