# EXHIBIT 4

## Capitol Hill Parks and Historical Homes

Lowe, Brenden <Brenden.Lowe@davey.com>

Tue 6/16/2020 10:23 AM

To: Lewis_Harris@nps.gov <Lewis_Harris@nps.gov>
Cc: Sheila Wright <sheila@violetalandscape.com>; Piquette, Joshua <Joshua.Piquette@davey.com>

1/

Morning Lewis,

Josh will continue to be your POC for mowing operations. Please reach out to him to schedule a walkthrough of the new reservations. Sheila and I are breaking down the duties Violetta will be responsible for and the duties Davey will be responsible for. This will be outlined for you shortly. Currently the plan is for Davey to continue mowing operations and for Violetta to handle the bed maintenance and mulching. Please let us know if you have any questions. We are looking forward to tackling this together with Violetta.

Thank you,

**Brenden Lowe** | Branch Manager
The Davey Tree Expert Company
Alexandria / DC Branch
Office: 571-642-0104 | Cell: 202-577-5732
http://www.davey.com

Violeta Document Production 000127