# EXHIBIT 6





# Transcript of Samantha Ryals

**Date:** June 27, 2024
**Case:** Ryals -v- United States of America, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

**Page 1**

```
1        IN THE UNITED STATES DISTRICT COURT
2              DISTRICT OF COLUMBIA
3    ------------------------------x
4    SAMANTHA RYALS,            :
5         Plaintiff,            :
6      vs.                      :  Civil Action No.
7    UNITED STATES OF AMERICA,  :  23-CV-1270 (TSC)
8    ET AL.,                    :
9         Defendants.           :
10   ------------------------------x
11
12           DEPOSITION OF SAMANTHA RYALS
13               Washington, D.C.
14             Thursday, June 27, 2024
15                  10:13 AM
16
17
18
19
20   Job No.: 536008
21   Pages: 1 - 151
22   Recorded By: Jaime Breeden
```

**Page 2**

```
1        Deposition of SAMANTHA RYALS,
2    held at the offices of:
3
4
5            PLANET DEPOS - D.C.
6          1100 Connecticut Avenue, NW, Suite 950
7          Washington, D.C. 20036
8          888.433.3767
9
10
11
12
13       Pursuant to Notice, before Dolores Bunch,
14   Notary Public in and for the District of Columbia.
15
16
17
18
19
20
21
22
```

**Page 3**

```
1            A P P E A R A N C E S
2
3    ON BEHALF OF THE DEFENDANT,
4    VIOLETA GROUNDS MANAGEMENT CO., INC.:
5        WILLIAM C. PARLER, JR., ESQUIRE
6        THE LAW OFFICES OF WILLIAM C. PARLER JR., LLC
7        311 Gailridge Road
8        Timonium, MD 21093
9        410.832.1885
10
11   ON BEHALF OF THE DEFENDANT,
12   UNITED STATES OF AMERICA:
13       JOHN BARDO, ESQUIRE
14       DOJ-USAO
15       601 D Street, NW
16       Washington, D.C. 20530
17       202.514.2000
18
19
20
21
22
```

**Page 4**

```
1      A P P E A R A N C E S   C O N T I N U E D
2
3    ON BEHALF OF DEFENDANT,
4    THE DAVEY TREE EXPERT COMPANY:
5        JOSEPH BOURY, ESQUIRE
6        LITCHFIELD CAVO, LLP
7        420 Lexington Avenue, Suite 2104
8        New York, NY 10170
9        212.818.0311
10
11   ON BEHALF OF THE PLAINTIFF:
12       ROBERT VISCA, ESQUIRE
13       BRODY FOTIU-WOJTOWICZ, PLLC
14       200 SE 1st Street, Suite 400
15       Miami, FL 33131
16       305.503.5054
17
18   ALSO PRESENT:
19       DOLORES BUNCH, NOTARY
20
21
22
```

---

**Page 5**

C O N T E N T S

EXAMINATION OF SAMANTHA RYALS          PAGE

   By Mr. Parler                                    6, 142

   By Mr. Bardo                                     128

   By Mr. Boury                                     140


E X H I B I T S

   (None marked.)

---

**Page 6**

P R O C E E D I N G S

THE NOTARY: Please raise your right hand.

Whereupon,

SAMANTHA RYALS,

being first duly sworn or affirmed to testify to the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE DEFENDANT, VIOLETA GROUNDS MANAGEMENT CO., INC.

BY MR. PARLER:

Q   Could you state your name for the record, please?

A   Samantha Ryals.

Q   Ms. Ryals, my name is Bill Parler and I represent Violeta Grounds Management in this case. I have some questions for you today related to your claims. If at any point, you don't understand or didn't hear my question, please let me know and I'll either repeat it or phrase the question differently.

Please wait until I'm finished with-- with

---

**Page 7**

each question before you speak because the court reporter can't pick up both of us at the same time. If you need a break, let us know. Finally, although we're in this informal setting today, your testimony is under oath and carries the same penalties and perjuries if you were testifying in a court of law. Do you have any questions for me before we get started?

A   No, sir.

MR. PARLER: Okay.

MR. VISCA: Bill, before you go on, do we have Joe Boury on the line? I didn't see him.

MR. BOURY: No worries. How are you? How are you this morning?

MR. VISCA: Good morning.

BY MR. PARLER:

Q   Could you state your name again, please? And do you have a middle name?

A   Yes, Samantha Rahne Ryals.

Q   And how do you spell your first and middle name?

A   S-A-M-A-N-T-H-A. And my middle name is

---

**Page 8**

R-A-H-N-E.

Q   And how do you spell your last name?

A   R-Y-A-L-S.

Q   And is that your maiden name?

A   Yes, I haven't legally changed my name since getting married yet.

Q   Okay. But do you -- and your husband's last name is Jordan?

A   Yes.

Q   And do you use that last name in any capacity?

A   In my professional life, I'm -- I'm hyphenated Ryals-Jordan.

Q   Okay. And have you changed your driver's license?

A   Not yet.

Q   Not yet. But you -- okay. And how about when you go in for medical care treatment, is it Ryals-Jordan, how --

A   It's just Ryals for medical treatment.

Q   Okay. And do you have a date in mind when you're going to officially take the hyphen

**9**

1 route?
2    **A  I am hoping to do that this month.**
3    Q  Oh, okay. And what is your date of
4 birth?
5    **A**   ████████████
6    Q  And what is your Social Security number?
7 Mr. Court Reporter, please just take down the last
8 four digits.
9    **A**   ████████.
10   Q  Okay. And what is your present address?
11   **A  410 11th Street, Northeast, Apartment 7,**
12 **Washington, D.C. 20002.**
13   Q  And does Mr. Jordan live there as well?
14   **A  Yes.**
15   Q  Okay. And how about the dog that you
16 were walking at the time of the accident; does he?
17   **A  He lives there as well.**
18   Q  And what's his name and what kind of dog
19 is he?
20   **A  His name is Murphy, and he is a**
21 **Miniature Pinscher.**
22   Q  I'm sorry. What kind?

**10**

1    **A  A Miniature Pinscher.**
2    Q  Miniature Pinscher. And so how much
3 does he weigh?
4    **A  About 15 pounds.**
5    Q  Okay. And was he the dog you were
6 walking at the time of the accident?
7    **A  Yes.**
8    Q  Okay. And -- and you were walking him
9 in Lincoln Park?
10   **A  Yes.**
11   Q  When you take Murphy to Lincoln Park, do
12 you usually let them off leash?
13   **A  No, sir.**
14   Q  Keep him on leash?
15   **A  Yes.**
16   Q  And the leash that you have that you
17 were using at the time, is it a fixed-length
18 leash?
19   **A  Yes, it is.**
20   Q  And how long is it?
21   **A  I'm not sure how long it is. I believe**
22 **it's about five feet.**

**11**

1    Q  Okay. And were you walking any other
2 dogs at the same time?
3    **A  No.**
4    Q  Okay. And how long have you lived at
5 your current address?
6    **A  I have lived here since January of 2022.**
7    Q  Okay. And where did you live prior to
8 410 11th Street?
9    **A  I lived at 108 Tennessee Avenue,**
10 **Northeast, Apartment 7, Washington, D.C. 20002.**
11   Q  What was the apartment number?
12   **A  Number 7.**
13   Q  And is that where you were living at the
14 time of the accident?
15   **A  Yes.**
16   Q  And did -- at that time, did you live
17 with anyone?
18   **A  I lived with Kelly Jordan at that time.**
19   Q  He lived at the same address?
20   **A  Yes.**
21   Q  Okay. Any other roommates?
22   **A  No.**

**12**

1    Q  Okay. And can you tell me a little bit
2 about your -- your education? First of all, where
3 did you go to high school?
4    **A  I went to Tonopah High School in**
5 **Tonopah, Nevada.**
6    Q  Is that in Clark County?
7    **A  It's in Nye County.**
8    Q  Is it by Reno?
9    **A  It's right in between Reno and Las**
10 **Vegas.**
11      MR. VISCA: Think Washoe is Reno.
12      MR. PARLER: Okay.
13      THE WITNESS: Yeah. And Vegas is Clark
14 County.
15   Q  I'm sorry. What county was Tonopah?
16   **A  Nye.**
17   Q  Nye.
18   **A  N-Y-E?**
19   Q  Sorry. And what year did you get your
20 diploma?
21   **A  2013.**
22   Q  And then you went to college?

13

1    A    Yes.
2    Q    Where did you go to college?
3    A    I went to Southern Utah University in
4 Cedar City, Utah.
5    Q    Is that by St. George?
6    A    Yes.
7    Q    Okay. It's called Southern --
8    A    Southern Utah University.
9    Q    And what years did you attend Southern
10 Utah?
11    A    2013 to 2017.
12    Q    And what -- and you got a degree?
13    A    Yes.
14    Q    And what was your degree in?
15    A    I got a degree in psychology and
16 criminal justice with a minor in legal studies.
17    Q    And did you get -- did you go to
18 graduate school or law school afterwards?
19    A    No.
20    Q    Okay. So, what did you do after you
21 graduated from Southern Utah?
22    A    I accepted an internship with Senator

14

1 Orrin Hatch here in D.C. And that became a job
2 partly through the internship.
3    Q    Are those internships paid?
4    A    Yes, mine was. Not all are.
5    Q    Okay. And so what year did you become
6 an intern for Orrin Hatch?
7    A    2017.
8    Q    Okay. And you're not making a -- any
9 claim for lost wages in this case; correct?
10    A    No, sir.
11    Q    And you're not going to be claiming that
12 there's any reduced earning capacity as a result
13 of your injuries?
14    A    No, sir.
15    Q    Okay. Okay. And how long did you work
16 as an intern for Senator Hatch?
17    A    I -- I'm not quite sure. I believe it
18 was three months.
19    Q    Okay. And where did you -- what
20 happened after three months? Did he -- now you
21 retired?
22    A    He -- not after three months. They

15

1 offered me a job as a staff assistant --
2    Q    Right.
3    A    -- part way through my internship. So,
4 I became a staff assistant after three months.
5    Q    With Senator Hatch?
6    A    Yes.
7    Q    Oh, okay. And then how long did -- what
8 are the job duties of a staff assistant?
9    A    I'm -- I answered phones, let people in
10 our office know when their meetings arrived,
11 coordinated with the scheduler to make sure that
12 any equipment he would need at different meetings
13 was available. Gave tours of the capitol
14 building, took care of correspondence,
15 specifically for Boy Scouts. That was my subject
16 area. And just generally took care of the front
17 office and the interns a little bit as well.
18    Q    Did you have to deal with any
19 constituents?
20    A    Constantly.
21    Q    Okay.
22    A    I answered telephones, those that walked

16

1 in.
2    Q    Is that who you were given two words to?
3    A    Yes, sir.
4    Q    Okay. And then how long did you work as
5 a staff assistant for Orrin Hatch?
6    A    A little over a year. At that time, he
7 retired.
8    Q    Okay. And what did you do after that?
9    A    I became a staff assistant and then the
10 floor monitor for the Senate Republican
11 conference.
12    Q    I'm sorry. You said staff assistant and
13 then floor monitor?
14    A    Yes.
15    Q    For the Republican conference?
16    A    Yes, sir.
17    Q    And what were your job duty? I guess,
18 are those different jobs?
19    A    Yes, I was staff assistant for about
20 three months. I primarily made sure that when
21 senators came in to record their speeches, they
22 were comfortable, had everything they needed.

17

1  Just kind of organized when they went back there
2  to make sure our team was ready.  Then our floor
3  monitor left and I took over those duties instead.
4      Floor monitor at that time, required me to
5  watch the Senate floor, whenever it is in session,
6  send out notifications to approximately 5,000
7  people on a list that are mostly Republican
8  staffers on the Senate side, telling them what is
9  happening on the floor, what is to be expected,
10 when votes were, what the results of those votes
11 were, and to maintain the internal -- the internal
12 website for Republicans on the Senate side called
13 Trunkline.
14 Q   Trunk?
15 A   Trunkline, like elephant trunk.
16 Q   Okay.  And -- and so I'd imagine one of
17 the big responsibilities, and you touched on it,
18 is letting people know when a -- when a votes
19 supposed to occur when they need to get to
20 chambers?
21 A   Yes, sir.  Primarily, it is for staff.
22 Q   I see.  Okay.  And how long did you do

18

1  that?
2  A   I am not sure exact timing.  I think it
3  was about three years.
4  Q   And why did you leave that job?
5  A   I decided that I wanted to see what life
6  was like off the Hill.  It required a lot of time,
7  and I didn't have a lot of to say in my hours
8  because it was at the will of the Senate, so, I
9  was looking for something a little bit more stable
10 in hours.
11 Q   What were the hour requirements?
12 A   Whenever the Senate was in session, I
13 was working.  That included up to if they had a
14 vote-a-rama, I would send out messages all night
15 until the Senate was done voting, et cetera.
16 Q   But when they went into recess, did you
17 continue to work or were you off to?
18 A   When we went into recess, I had a few
19 duties, such as sending articles to my senator and
20 that type of stuff, just maintenance things.
21 Q   Okay.  And is that where you were
22 working at the time of the accident --

19

1  A   Yes, sir.
2  Q   -- as the floor manager for the
3  Republican Conference?
4  A   As a floor monitor, yes sir.
5  Q   Floor monitor.  Floor monitor.  I'm
6  sorry.  And what -- on a typical week, not the
7  vote-a-rama, but the typical week, what were your
8  days and hours?
9  A   Typically, I was in the office Monday
10 through Thursday.  Occasionally, on Friday, I
11 would work from home.  The Senate typically came
12 in to session at 10 a.m. and it went out of
13 session erratically.  Sometimes it was 8 p.m.,
14 sometimes it was 3 p.m.  So, I would have to look
15 at that specific day to know what exactly my hours
16 were.
17 Q   Is that a job you could do remotely?  In
18 other words, did you have a way, like from a
19 laptop or a desktop at your house, to monitor what
20 was going on in the floor of the Senate?
21 A   Yes, I had a laptop that had a
22 connection to the video on the Senate floor that

20

1  was a little more reliable than C-SPAN.  And I
2  could monitor what was happening from my laptop if
3  needed, or if I like, wanted to work from home for
4  the evening for, like, 8 p.m. votes, et cetera.
5  Q   So, during the pandemic, was a lot of it
6  remote?
7  A   Yes.
8  Q   By the time of the accident, was it
9  remote or was any -- you returned to in person?
10 A   I was in person --
11 Q   Person --
12 A   -- primarily.
13 Q   So, by June of 2021, you were working
14 Monday through Thursdays, 10 a.m. to, it could be
15 anywhere from 3 p.m. to 8 p.m.?
16 A   Yeah.
17 Q   And the day of the accident, was your
18 work day finished or were you taking a break?
19 A   I was taking a break.
20 Q   Okay.  And so the day of the accident,
21 were you -- you said you were in person as -- at
22 the Capitol --

---

21

1      A    Yes, sir.
2      Q    -- as the floor monitor?  And when you
3  took a break, was the Senate in session?
4      **A    Yes, they were in a vote.**
5      Q    In a vote.  And so was there a colleague
6  or somebody that you turned your duties over to,
7  or would you take a phone so you could continue to
8  monitor the floor?
9      **A    When they were in a vote, I didn't have**
10 **anything to send out until the vote was finished.**
11     Q    Right.
12     **A    So, once they started the vote, I had**
13 **anywhere from 30 minutes to longer before I had to**
14 **send out another e-mail.  So, I didn't have to**
15 **hand off my duties to anyone.  I just had to check**
16 **in regularly to see when the vote ended to send my**
17 **e-mail.**
18     Q    And by checking in, did you have a
19 smartphone?
20     **A    I did have a smartphone and my laptop.**
21     Q    With you when you took Murphy for a
22 walk?

---

22

1      **A    I did not have my work phone with me**
2  **when I took Murphy for a walk that day.**
3      Q    Oh.  So, how would you -- did you have,
4  like, a -- were you monitoring?  Did you have an
5  earpiece in or anything so you could know what was
6  going on?
7      **A    No, I left my work equipment in my house**
8  **when I took Murphy out.  I stopped off, dropped**
9  **off my equipment, decided to take Murphy out to**
10 **let him go to the bathroom, and then was going to**
11 **check in when I got back up to my apartment to**
12 **send my e-mail.**
13     Q    Okay.  How far was your apartment from
14 Lincoln Park?
15     **A    Right across the street.**
16     Q    Okay.  Across the street.  All right.
17 And was, you know -- did you have a -- at the
18 apartment, a fenced-in outside area where Murphy
19 could go?
20     **A    There is a fence, but it does not have a**
21 **gate, and it is not very large.  Occasionally, we**
22 **would let Murphy go to the bathroom there, but**

---

23

1  **primarily, we would take him to the park.**
2      Q    And would it always be Lincoln Park
3  usually?
4      **A    Yes.**
5      Q    Okay.  I mean, aside from, I guess,
6  hikes, you'd take him --
7      **A    Uh-huh.**
8      Q    -- you know -- and how many times a day
9  would you take Murphy to the park when you lived
10 on Tennessee Avenue?
11     **A    About three times a day.**
12     Q    And what was the schedule for that?
13     **A    Once in the morning, once in the**
14 **afternoon, and then once in the evening, sometimes**
15 **that we would go over there more often.**
16     Q    And I know Mr. Jordan was there.  It was
17 Murphy your dog or his?
18     **A    He was both of our dogs.**
19     Q    Okay.  So you got him together?
20     **A    Yes.**
21     Q    All right.  And so this routine of three
22 times  -- how long did you own Murphy and have

---

24

1  this routine of three times a day go to Lincoln
2  Park?
3      **A    We got Murphy in August of 2020.  We**
4  **were living at that address at the time we got**
5  **Murphy.  So from August 2020 to June of 2021.**
6      Q    Okay.  And -- and the three times a day,
7  they -- were basically, I would assume bathroom
8  breaks for Murphy?
9      **A    Yes.**
10     Q    Okay.  And when you took Murphy to
11 Lincoln Park, did you have a routine in that
12 regard, in the morning afternoon and evening, was
13 there a separate routine for each walk?  And by
14 routine, I mean, did Murphy really like one part
15 of the park as opposed to another, or what -- what
16 can you tell me what you normally did?
17     **A    We let Murphy kind of decide where he**
18 **would like to go.  He likes to pee on trees, and**
19 **light poles, and that anything structural like**
20 **that.  So we would typically do a lap of the park**
21 **and kind of let him wander where his nose took him**
22 **during that lap.**

**25**

1  Q   Okay.  Well, when you -- from where your
2  apartment was situated, when you'd walk to Lincoln
3  Park, would you typically enter the park
4  Northside?  Northwest?  Northeast?  Southeast?
5      A   I'm not exactly sure of what part is
6  north on that.  I would have to look at a map.
7      Q   Okay.  Well, the area where your -- your
8  accident occurred, is that where you'd typically
9  enter the park though that area, or was there
10 another area where you'd enter the park?
11     A   I typically would enter the park right
12 across from our apartment.  So I suppose that
13 would be north since we are on -- we're in
14 Northeast.
15     Q   Okay.  And aside from taking Murphy
16 there, did you and your husband ever go there to
17 or go through there to jog or walk or bike or
18 anything like that?
19     A   I we walked through there to go to the
20 store constantly.  I would walk around the park
21 doing laps to get exercise.  Occasionally, we
22 would picnic over there.  That was primarily with

**26**

1  my friends, not Kelly.
2      Q   Oh, I understand.  And where would you
3  go when you said we'd go to -- for groceries?
4      A   Uh-huh.
5      Q   And where was that?
6      A   We would go to Trader Joe's in Eastern
7  Market.  And there is a little cafe wine shop
8  called Wine and Butter, right on Lincoln Park that
9  we would go to a lot.
10     Q   Where's the Trader Joe's?  I'm -- I'm
11 happy to hear there's a Trader Joe's down there.
12 Where is that located?
13     A   It's on Eighth Street in Pennsylvania.
14     Q   Okay.  So that would be just what, two
15 or three blocks?
16     A   Yeah, maybe a little bit more than that.
17     Q   Okay.
18     A   But walking distance.
19     Q   All right.  The time of the accident,
20 did you have a primary care doctor?
21     A   I do not know.  I'm not sure.
22     Q   Okay.  Did you have a doctor, by that, I

**27**

1  mean, a doctor that you just see for well visits
2  and checkups and that sort of thing?
3      A   I believe I was -- I believe I had one
4  with one medical, but I am not sure.
5      Q   Okay.  And that your answer to
6  interrogatory number 12 identifies the doctors.
7  Let me just go through Dr. Hannah Tough; is that?
8      A   I saw Hannah Tough for several years.
9  I'm not sure when I stopped seeing her.  I believe
10 I saw her that earlier that year, though.
11     Q   And where is Dr. Tough's office located?
12     A   It's the one medical office that is by
13 Union Station.  I'm not sure of its street
14 address.
15     Q   Okay.  And she still there?
16     A   I'm not sure.
17     Q   And when did you last see her?
18     A   It's been several years.
19     Q   Okay.  But you said you might have seen
20 her in 2021?
21     A   Yes, I believe I saw her earlier that
22 year.

**28**

1      Q   Okay.  How about Dr. Rebecca Roth?
2      A   I believe that is who I've been seeing
3  most recently as a primary care.
4      Q   And where is her office located?
5      A   She's with one medical in their downtown
6  location.  I'm not sure if it's address, either.
7      Q   Do you know what street it's on?
8      A   Maybe L Street.  The Metro Center
9  location.
10     Q   Okay.  And how long has she been your
11 doctor?
12     A   Just the last six months.
13     Q   Okay.  Dr. Billie -- Dr. Billie Dowry
14 [sic], is that her name?
15     A   Downing.
16     Q   Downing.  And was she -- is that he or
17 she?
18     A   She.
19     Q   And when was she your doctor?
20     A   She was my doctor between Dr. Hannah
21 Tough and Dr. Rebecca -- I don't remember her last
22 name.

**29**

1   Q   Roth.
2   **A   Roth.**
3   Q   Also at the one medical?
4   **A   She was with MedStar.**
5   Q   Okay.  And do you know why you made
6   these transfers of primary care physicians?
7   **A   I changed insurances and no longer**
8   **wanted to pay for my one medical membership.**
9   Q   Okay.  What health insurance did you go
10  from and to?
11  **A   I went from CareFirst.  And then I'm not**
12  **sure -- I think I'm not sure which healthcare I**
13  **went to next.**
14  Q   Where else have you had health insurance
15  besides CareFirst?
16  **A   Cigna.**
17  Q   Okay.  And any other companies?
18  **A   I believe that's it.**
19  Q   Okay.  Do you know approximately when
20  you went from CareFirst to Cigna or Vice versa?
21  **A   I'm not exactly sure.  I believe I went**
22  **from CareFirst to Cigna in maybe May of 2022.**

**30**

1   Q   Okay.  And then that answer also, answer
2   12, has Nye County Medical Center?
3   **A   Yes, that was the hospital in my**
4   **hometown.**
5   Q   And were you ever hospitalized there or
6   treated there for any reason?
7   **A   That I had a clinic.  I never was in the**
8   **hospital part of it.  I visited the clinic a lot.**
9   **It was the only health care in the town.**
10  Q   Okay.  And then Cedar Ridge Family
11  Medicine?
12  **A   That was my health care during college.**
13  Q   At Southern Utah?
14  **A   Yes.**
15  Q   And did you play any sports at Tonopah?
16  **A   Yes, I -- in high school, I played**
17  **volleyball and golf.**
18  Q   And what -- what position you played in
19  volleyball?
20  **A   I was a -- I was at back row.  I don't**
21  **really remember what position it was called.  It's**
22  **been a while.**

**31**

1   Q   Libero?
2   **A   I wasn't exclusively a libero, but I was**
3   **kind of libero.**
4   Q   Okay.  And golf -- you played in golf in
5   high school?
6   **A   Yes, I was on the boys' team in high**
7   **school.**
8   Q   And did you play golf or volleyball at
9   Southern Utah?
10  **A   Not with the University, but recrally**
11  **[sic] -- recreationally.**
12  Q   Golf, both -- both?
13  **A   Yes.**
14  Q   Both sports.  Before June 10th of 2021,
15  had you ever sustained any -- any injuries of any
16  kind, either sports-related or otherwise?
17  **A   I had sprained my right ankle at some**
18  **point in college.  I -- I'm not sure exactly which**
19  **year.**
20  Q   Was that sports-related?
21  **A   No.**
22  Q   And do you know who treated you for the

**32**

1   sprained right ankle?
2   **A   I'm not sure.  It would have been at the**
3   **ER.**
4   Q   At Cedar Ridge?
5   **A   Yes.**
6   Q   Any other injuries other than the
7   sprained ankle?
8   **A   I pinched a nerve in my elbow earlier in**
9   **the year in 2021, playing golf.**
10  Q   Which elbow?
11  **A   My left elbow.**
12  Q   So -- so left elbow in 2021.  And where
13  did you go for treatment for that injury?
14  **A   I believe I saw Hannah Tough for that**
15  **one.**
16  Q   Anyone else?
17  **A   No.**
18  Q   And are you left-handed?
19  **A   No, I'm right-handed.**
20  Q   Okay.  Any other injuries or orthopedic
21  conditions that you were treated for before June
22  10th of 2021?

**33**

1    A    Not that I can remember.

2    Q    Okay.  And do you have any chronic
3 medical conditions that you've been treated for
4 over the years.  By that, I mean, you know, I
5 don't need to know if there's a sore throat.
6 Something like diabetes, or high blood pressure,
7 or anything like that?

8    A    No.

9    Q    Okay.  You ever been hospitalized for
10 any reason, aside from the surgeries here?

11    A    I had a tonsillectomy when I was six.

12    Q    Okay.  Anything else?

13    A    That's it.

14    Q    Okay.  Okay.  So if we get back to June
15 10th of 2021, that's the date the accident
16 occurred?

17    A    Yes.

18    Q    What were the weather conditions that
19 day; do you recall?

20    A    It was overcast, but not raining.  It
21 was supposed to rain later that day.

22    Q    Is that why you wanted to come home and

**34**

1 make sure Murphy got to walk in before it started
2 raining?

3    A    Yes, I wanted him to have the
4 opportunity to go to the bathroom before it began
5 raining.

6    Q    Okay.  So when you left the capitol,
7 approximately what time was that on June 10th,
8 2021?

9    A    I'm not sure exactly what time, but I
10 believe it was around 3 p.m.

11    Q    Okay.

12    A    Maybe a little bit earlier than that.

13    Q    And so you already indicated that you
14 had your laptop and phone with you when you left
15 the Capitol; right?

16    A    Yes.

17    Q    So when you left the capitol, did you
18 walk to your apartment?

19    A    Yes, I walked home.

20    Q    How far is that?

21    A    I'm not sure exactly, but approximately
22 a mile.

**35**

1    Q    One mile, okay.  And how long did that
2 take you to walk to your house?

3    A    10 or 12 minutes, typically.

4    Q    Okay.  And during that walk, were you
5 checking on the -- the course of the road?

6    A    Yes.

7    Q    Okay.  And so approximately -- do you
8 know approximately what time you got to your house
9 or your apartment?

10    A    I believe it would have been around
11 3:15, maybe.

12    Q    Okay.  And when you got home, was -- I'm
13 sorry, is your husband's name, Kelly?

14    A    Yes.

15    Q    Was he home at the time?

16    A    He was out of town at the time.

17    Q    Okay.  And where -- where did he work at
18 the time?

19    A    I think he works at Puyenpa, but I am
20 not positive.

21    Q    Sorry.  What was the name of the --

22    A    Puyenpa, I don't know how to spell that

**36**

1 for you, unfortunately.

2    Q    What -- what do they do -- what is
3 Puyenpa?

4    A    Defense contracting.

5    Q    Oh, defense --

6        MR. VISCA:  We won't him you weren't
7 sure where he worked.

8    Q    And does he still work there?

9    A    No.

10    Q    Okay.  Where does he work now?

11    A    He works for Customs and Border Patrol.

12    Q    Okay.  Customs Importer Patrol?

13    A    Customs and Border Control for the
14 federal government.

15    Q    Oh, but it's here in the D.C.  area?

16    A    Yes, he's at their headquarters here.

17    Q    Is that part of Homeland Security?

18    A    Yes.

19    Q    Okay.  And how long has he worked there?

20    A    He's been working there since December
21 of last year.

22    Q    Okay.  So I'm sorry, I got -- I got you

**37**

1  up track.  So you got to your apartment at 3:15,
2  and what did you do next?
3  **A   I set my equipment down and got Murphy's**
4  **harness on and took him to the park.**
5  Q   Okay.  So he uses a harness over his
6  shoulders as opposed to a leash?
7  **A   He has a harness over his shoulders that**
8  **I attached to a leash.**
9  Q   Yeah, but I mean, he doesn't have
10 something around the neck?
11 **A   He does have a collar.**
12 Q   Okay.  Does he -- you don't have to
13 muzzle him; do you?
14 **A   No.**
15 Q   Okay.  And so you put him in his harness
16 and then walked across the street to Lincoln Park?
17 **A   Yes.**
18 Q   Were there other people in the park with
19 their dogs at the time?
20 **A   Yes, sir.**
21 Q   Was it because of the coming storm?
22 Were a lot of people out there trying to get dog

**38**

1  walks in?
2  **A   I don't remember exactly.  Lincoln Park**
3  **typically has a lot of people in it.  It wasn't**
4  **imminently raining yet.  So I think some people**
5  **were just out enjoying the grass.**
6  Q   Okay.  And -- so you walk what  -- and
7  entered the Lincoln Park from where on that day;
8  do you recall?
9  **A   I entered it from the north side, the**
10 **walkway that heads towards the Emancipation Statue**
11 **before entering the grass to allow Murphy to sniff**
12 **trees.**
13 Q   When you say the walkway, you mean the
14 concrete sidewalk?
15 **A   Yes.**
16 Q   Okay.  And so as you're on the sidewalk,
17 walking towards the Emancipation Statue.
18 **A   Uh-huh.**
19 Q   Did Murphy -- how do you know where --
20 where he wants to go?  He starts tugging in that
21 direction?
22 **A   He walks in that direction.  He will sit**

**39**

1  **down and look in a direction asking to go that**
2  **way, we've trained him to do that to avoid him**
3  **pulling.**
4  Q   Okay.  And so -- so you -- on the north
5  side walkway, what happened?  Where did Murphy
6  pull you or take you to?
7  **A   He — we exited the walkway to the right**
8  **into the grass, towards trees.  And he has a**
9  **favorite tree he was heading towards.  At that**
10 **point, he saw a light pole that he was very**
11 **interested in and was heading towards that.**
12 Q   And can you describe the favorite tree?
13 Is it an evergreen, do you know what kind of tree
14 it is?
15 **A   I have no idea what kind of tree it is.**
16 Q   Okay.  But is the tree -- his favorite
17 tree near the light pole where -- where he took
18 you to?
19 **A   Yes, it's in that general area.**
20 Q   Okay.  And the light pole where he went
21 into the bathroom, is that in the pictures that
22 you took later after the accident?

**40**

1  **A   I believe it is.**
2  Q   Okay.  I can show you that later just to
3  be sure.  So Murphy starts taking you towards his
4  favorite tree, and then he sees a light pole?
5  **A   Yes.**
6  Q   And did he take you in that direction or
7  did he sit and just look longingly at the light
8  pole?
9  **A   He started walking in that direction.**
10 Q   Okay.  And -- and -- and -- and then
11 what happened?  Is that when the accident happened
12 before he got to the pole?
13 **A   Yes.**
14 Q   And approximately how far were -- were
15 you and Murphy from the pole when the accident
16 occurred?
17 **A   I'm not sure exactly how far, several**
18 **feet, it's near the pole — it's near the light**
19 **pole.**
20 Q   Okay.  And then when the accident
21 happened, were you looking at the pole or Murphy?
22 **A   I was looking at Murphy.**

41

1   Q   Okay.  And so you -- you're looking at
2   Murphy, and then -- how did the accident happen,
3   did your right foot catch or left foot?
4   **A   My right foot caught and twisted causing**
5   **me to fall.  And as I was falling, I heard several**
6   **loud pops and experienced a lot of pain.**
7   Q   So your right foot caught, and were you
8   still wearing your office attire at the time
9   because you knew you had to go back?
10  **A   I was wearing my office dress, but I**
11  **wore tennis shoes to and from the office, and I**
12  **was still wearing those tennis shoes when I was**
13  **walking Murphy.**
14  Q   Okay.  Do you recall what kind of tennis
15  shoes?
16  **A   I believe they're Adidas.**
17  Q   Okay.  So you changed into the Adidas
18  before you left the Capitol?
19  **A   Yes.**
20  Q   Okay.  And so I understand you're
21  looking at Murphy.  And so your right foot, can
22  you describe what it is that you tripped on?

42

1   **A   I believed I was stepping on grass, I**
2   **couldn't see the hole.  I stepped on the edge of**
3   **the hole, which caused my ankle to twist.**
4   Q   And which -- how did your ankle twist?
5   Did it twist to the right or the left, did it roll
6   to the outside or to the inside?
7   **A   It rolled -- I guess it rolled to the**
8   **outside.  The outside edge of my -- of my ankle**
9   **was what fell into the --**
10  Q   And if you're saying, I guess, nobody
11  wants you to -- I mean, if you don't remember,
12  that's fine, but --
13  **A   I just -- I'm not sure how to describe**
14  **it accurately.**
15  Q   Okay.  When your right foot caught, did
16  your ankle roll -- did your foot roll out --
17  **A   Yes.**
18  Q   -- from your body?
19  **A   Like your hands are doing, yes, it**
20  **rolled out.**
21  Q   Okay.  And was your foot also -- where
22  you had stepped, you -- your ankle rolled out, but

43

1   what happened next?
2   **A   As I said, I stepped on the edge of the**
3   **hole, so when my ankle rolled, I rolled deeper**
4   **into the hole, which made me fall.**
5   Q   Okay.
6   **A   As I was falling, I heard the loud pops**
7   **and blacked out a little bit from the pain.**
8   Q   Do you know where the -- the pops were
9   coming from?
10  **A   I knew it was my left ankle, I didn't**
11  **know the severity of it.**
12  Q   Okay.  When your right foot rolled to
13  the right, what happened to your left leg and
14  foot?  In other words, where -- where -- where was
15  your left ankle when you heard the pop?
16  **A   I'm -- I'm not sure.  I assume it was**
17  **underneath me, but I'm not sure.**
18  Q   Okay.  When your right foot caught, were
19  you -- was your upper body falling forward when --
20  **A   I started falling sideways.**
21  Q   To your right?
22  **A   Uh-huh.**

44

1   Q   So the same direction that your right
2   foot rolled?
3   **A   Uh-huh.**
4   Q   You started --
5       MR. VISCA:  Just make sure you said yes
6   or no, because uh-huh can't be recorded --
7       THE WITNESS:  Yeah.
8       MR. VISCA:  -- for the record.
9       THE WITNESS:  Yes.
10      MR. PARLER:  Thanks, Counsel.
11      MR. VISCA:  Yeah.
12  BY MR. PARLER:
13  Q   And did you fall to the ground on your
14  right side?
15  **A   Yes.**
16  Q   Okay.  Did -- when you fell to the
17  ground on your right side, did your left foot
18  contact anything?
19  **A   My left foot was on the ground, I am not**
20  **sure how exactly got caught up under me.  I just**
21  **know my left foot -- I was standing on the ground**
22  **with my left foot, and then I fell, I heard the**

45

1  loud pops and blacked out.  When I came, like,
2  became aware I was holding my ankle, laying on my
3  right-hand side, but holding my left ankle.
4      Q    Okay.
5      A    So I'm not sure how I got from right
6  there.
7      Q    When you heard the loud pop, was it as
8  your right shoulder hit the ground?
9      A    It's while I was on the way to the
10  ground, I heard the loud pops.
11      Q    And so you're not sure exactly what your
12  left foot did before the pop?
13      A    No.
14      Q    Okay.  And do you know if the left foot
15  hit the -- any part of your body?
16      A    Not to my knowledge, but I am not sure.
17      Q    Okay.  Do you know when you fell on your
18  right side and the right shoulder, did your left
19  foot catch on anything to your knowledge?
20      A    I'm not sure.
21      Q    Not sure.  Okay.  Did either one of your
22  shoes come off?

46

1      A    No.
2      Q    Okay.  Were you wearing a, you know,
3  floor manager -- were you wearing your dress?
4      A    I was wearing a dress.
5      Q    Dress.  Okay.  Before the accident, did
6  you see anybody that you recognized in Lincoln
7  Park?
8      A    No.
9      Q    Okay.  All right.  And so you said you
10  thought you blacked out.  How long did you black
11  out?
12      A    I am not sure.
13      Q    Okay.  How do you know you blacked out?
14      A    Because I was aware of the popping and
15  the pain.  But I -- the next thing I could
16  remember was someone walking up and asking me if I
17  needed help.  And that's when I realized, like, I
18  wasn't holding my dog, my -- I didn't know where
19  my dog was, I didn't know what was happening.  So
20  that's how I assume I blacked out because I have
21  no recollection of, like, my dog barking at me or
22  anything while I was laying on the ground.

47

1      Q    Did Murphy run away?
2      A    No, he was barking around my face, and I
3  think that's why someone came to talk to me.
4      Q    Okay.  All right.  And who was that
5  person that came up and talk to you?
6      A    I'm -- I -- all I know is his name was
7  Larry.
8      Q    Okay.
9      A    I believe he was an Australian citizen
10  living in America.  But I don't have his last name
11  or any other information.
12      Q    Do you know -- do you have any contact
13  information for Larry, like, a phone number or
14  e-mail address or anything?
15      A    No, I don't.
16      Q    Have you run into him at all since the
17  accident?
18      A    I haven't, no.
19      Q    And do you know where he lived when he
20  helped you?
21      A    No.
22      Q    Okay.  Did he have a dog with him as

48

1  well?
2      A    No.
3      Q    Okay.  So at some point, he comes over
4  and says, are you okay?  And Murphy's there, but
5  he's -- you're not holding the leash?
6      A    Yes.
7      Q    Okay.  And do you know approximately
8  what time that was that Larry --
9      A    I don't know exactly what time, it --
10  the accident happened pretty shortly after we got
11  over to the park.  So it was before 3:30, I know
12  that.
13      Q    And after the accident happened, did you
14  realize, I got to call somebody about the floor?
15      A    Yes.
16      Q    How -- how did you do that?  How did you
17  -- what happened?
18      A    I -- I called my co-worker because I
19  needed someone to take Murphy.
20      Q    Who did you --
21      A    And I need --
22      Q    Who did you call?

---

**49**

1     **A   I called Christy Lewis because I knew**
2 **she had a car.**
3     Q   Oh, did -- is she also a floor manager?
4     **A   No, she was the policy director for the**
5 **Republican Conference at the time.**
6     Q   Okay. And how did you make that call?
7     **A   Using my cell phone.**
8     Q   Oh, so you weren't -- but you weren't --
9 so did --
10    **A   I had --**
11    Q   -- you have your cell phone with you?
12    **A   I had my personal cell phone with me.**
13    Q   Oh, Okay. I get it. And your personal
14 cell phone, had you made any calls at all during
15 the course of your walk, either from the Capitol
16 or --
17    **A   No.**
18    Q   -- to the -- okay. And -- and your
19 personal -- what is your cell phone number?
20    **A   (702) 499-4004.**
21    Q   And do you still have that number?
22    **A   Yes.**

**50**

1     Q   And who is your service provider,
2 Verizon?
3     **A   I think Verizon right now.**
4     Q   Do you know who the service provider was
5 in 2021?
6     **A   I believe that was T-Mobile.**
7     Q   T-Mobile. So when you leave, they let
8 you keep your -- your number?
9     **A   Yes, if you request it.**
10    Q   Okay. And do you know approximately
11 what time you used your personal cell phone to
12 call Christy Lewis?
13    **A   I'm not sure.**
14    Q   Okay. And the -- do you know what the
15 vote finished?
16    **A   I'm also not sure about that.**
17    Q   Okay. You just told her what happened?
18    **A   Yes.**
19    Q   Okay. And did you make any other calls
20 after the accident happened?
21    **A   After the accident happened, I initially**
22 **called Kelly Jordan to inform him that I was hurt.**

**51**

1     **Then I called several of our friends trying to**
2 **find someone who would answer at 3:30-ish on a**
3 **Thursday afternoon.**
4     **And Christy is the one that answered, I told**
5 **her what happened. And asked for her or someone**
6 **from there to come get me and help take care of my**
7 **dog while I went to the ER. Christy sent Tim**
8 **Corley, who had his car that day to come and help**
9 **me get out of the park.**
10    Q   And how do you spell Tim Corley's name?
11    **A   T-I-M, and then his last name is**
12 C-O-R-L-E-Y.
13    Q   Okay. And did you say he did not have
14 his car that day?
15    **A   He had his car that day, Christy did**
16 **not, so she sent him.**
17    Q   Okay. And was he also a co-worker?
18    **A   Yes, he was also on the policy team for**
19 **conference.**
20    Q   Okay. And do you have contact
21 information for Mr. Corley?
22    **A   Yes.**

**52**

1     Q   The phone number?
2     **A   I do not know it off the top of my head.**
3     Q   Okay. Was it in your answers to
4 interrogatories?
5     **A   Yes, I believe it was.**
6     Q   Okay. And where did Mr. Corley, did he
7 also live on Capitol Hill?
8     **A   I don't remember where he lived at that**
9 **time.**
10    Q   Okay. So Christy sent Tim, did she call
11 you to say, hey, I can't make it, but I'm going to
12 send Tim?
13    **A   She determined that on the while I was**
14 **on the phone. She called him over and we all**
15 **talked on the phone for a second.**
16    Q   Okay. And then he drove his car from
17 the Capitol?
18    **A   Yes.**
19    Q   How long did it take him to get to
20 Lincoln Park where you were?
21    **A   I'm not sure, probably around 10**
22 **minutes.**

---

53

1  Q   Okay.  Were you still in the same
2  position you were in at the -- where the accident
3  happened?
4  **A   Yes, during the course of the accident,**
5  **I rolled into the hole and I wasn't able to get**
6  **myself up.  I could sit up, but that was it.**
7  Q   Okay.
8  **A   Larry was sitting with me holding**
9  **Murphy.**
10  Q   Okay.  And approximately what time did
11  Tim Corley arrive?
12  **A   I believe around 3:30.**
13  Q   Okay.  So do you know -- well, if the
14  accident -- about how long did you have to wait
15  for Tim Corley from the call with Christy Lewis to
16  --
17  **A   I'm not sure exactly.**
18  Q   Okay.  What then -- when you talked to
19  them, did you tell them where you were situated in
20  Lincoln Park?
21  **A   Yes, I gave them an approximate where I**
22  **was.**

---

54

1  Q   And what did -- what do you remember
2  telling them?
3  **A   I'm -- I'm not sure exactly what I told**
4  **them.  I know that I told him I was by the**
5  **Emancipation Statue and a bench in a light pole**
6  **and that he would see me.**
7  Q   Do you know approximately what distance
8  you were from the light pole when the accident
9  happened?
10  **A   I'm -- I'm not sure exactly what the**
11  **distance is, several feet.**
12  Q   Okay.  Do you know approximately how far
13  you were from the emancipation statute?
14  **A   I don't.**
15  Q   Okay.  Is there any -- any unit of
16  measurement that you could comfortably say, you
17  know, about half of 10 yards or something like
18  that?
19  **A   I'm very bad at estimating distances.  I**
20  **know that I was about four feet away from the**
21  **concrete pad that has the Emancipation Statue on**
22  **it, just off into the grass.**

---

55

1  Q   And from the -- where your accident
2  occurred, you were able to see -- you were able to
3  see the emancipation statute?
4  **A   Yes.**
5  Q   From where the accident occurred, were
6  you looking at the back of Abraham Lincoln?
7  **A   Yes.**
8  Q   Okay.  At any point after the accident,
9  did you or Larry or Tim or anyone look at the area
10  where your right foot had -- had caught or where
11  your right foot had rolled?
12  **A   I was sitting in it, so once we -- once**
13  **I got up, I'm sure that they looked at it.  I**
14  **don't recall.  I was in a lot of pain.**
15  Q   Okay.  But you don't recall looking at
16  it?
17  **A   Not when I stood up.**
18  Q   Okay.  When was the first time after the
19  accident that you looked at the hole --
20  **A   I'm--**
21  Q   -- went back to find the hole?
22  **A   Me personally, I'm not sure.  It was a**

---

56

1  **long time, and I wasn't able to go over to the**
2  **park immediately after.**
3  Q   Okay.  And the photographs that have
4  been produced of the hole and the LiDAR images, it
5  looks like those are dated October of 2022; is
6  that correct?
7  **A   I am not sure.  I assume so.**
8  Q   Okay.  From the time the accident
9  occurred, but before October of 2022, had you
10  taken any photographs of the hole?
11  **A   I believe so.**
12  Q   Okay.  Do you know -- have you given
13  those to your attorney?
14  **A   I have given any photographs that were**
15  **taken to my attorneys.**
16  Q   Okay.  Do you know when you first went
17  out to Lincoln Park to photograph the area where
18  you believe the accident occurred?
19  **A   I do not know when I first went.**
20  Q   Okay.  And whenever that was, did you
21  take a phone to photograph the area or --
22  **A   Yes.**

57

1   Q   -- a camera?
2   A   Phone.
3   Q   Okay.  And do you recall what time of
4   year it was when you first went out after the
5   accident?  Was it November or December of '21?
6   Was it the first part of 2022?
7   A   I think it was likely in the fall of
8   2021 when I personally went.
9   Q   Okay.  And to your knowledge, had
10  anybody on your behalf went out -- gone out to
11  Lincoln Park after the accident occurred but
12  before the fall of 2021 to take a look at the area
13  where you tripped?
14  A   Yes.
15  Q   And who was that?
16  A   I have had — so a lot of friends that
17  went over.  Kelly, I know went over.  My sister
18  went over when she came up for my surgery.
19  Q   And what's your sister's name?
20  A   Jennifer, J-E-N-N-I-F-E-R, Nicholson,
21  N-I-C-H-O-L-S-O-N.
22  Q   And where does she live?

58

1   A   Brandon, Mississippi.
2   Q   Okay.  And did either Kelly or Jennifer
3   or anybody else take any photographs of the area
4   where you believe the accident occurred on June
5   10th, 2021, before October of 2022?
6   A   Yes.
7   Q   And who -- who took photographs and
8   when?
9   A   I know that Jennifer did.  I believe
10  Kelly did.  I'm not sure who else might have.
11  Those are the two that I know for sure.
12  Q   And did -- did Jennifer and Kelly
13  provide you with the photographs they had taken of
14  the area when the accident occurred?
15  A   Yes.
16  Q   Do you recall when, first of all, Kelly
17  provided you with photographs that he had taken of
18  the area?
19  A   I don't know when he provided them to
20  me.  I'm sure that it was when he took them.
21  Q   Do you know when that was?
22  A   I don't know exact dates.

59

1   Q   Do you know how long it was after the
2   accident?  Was that -- was Kelly the one that went
3   out in the fall of 2021?
4   A   I went out in the fall of 2021, I
5   believe.
6   Q   Okay.
7   A   I think Kelly went before that.
8   Q   Okay.  And when you went out in the fall
9   of 2021, you took pictures of the area?
10  A   I am sure that I did, but I don't know
11  for certain.
12  Q   On your phone?
13  A   Yes.
14  Q   On your personal cell phone?
15  A   Yes.
16  Q   Okay.  And have you provided those to
17  your attorneys?
18  A   Yes.
19  Q   Okay.  And how about Kelly, when he went
20  out and took photographs, have those been provided
21  to your attorneys?
22  A   Yes.

60

1   Q   Do you know when Kelly went out to take
2   photographs?
3   A   I don't know when he went out.  I assume
4   it was soon after, but I'm not sure.
5   Q   Okay.  But you don't know.  Okay.  How
6   about your sister, when did -- did she take
7   photographs?
8   A   She did take photographs.
9   Q   And did she text those to you?
10  A   Yes, I think she texted them to me.
11  Q   And have you provided those to your
12  attorney?
13  A   Yes.
14  Q   Okay.  And you said your sister came out
15  for your surgery.  So that was, what, soon after
16  the accident?
17  A   Yes.
18  Q   Now, I'm sure you've had an opportunity
19  to look at the photographs of the hole that have
20  been produced in this case; correct?
21  A   Yes.
22  Q   Do you have any knowledge of what

61

1  created the hole or what caused the hole?
2     A   I do not.
3     Q   Do you know before your trip and fall on
4  June 10th, 2021, how long that hole had existed?
5     A   No, sir.  I don't.
6     Q   Do you know whether it was an
7  animal-created hole?
8     A   I don't know.
9     Q   Okay.  And it looks like the photographs
10 that have been produced from October of 2022 show
11 a measurement, but after the -- the grass was
12 removed; correct?
13    A   I don't recall.
14    Q   Okay.  Well, tell me about October of
15 2022, which is when you and Kelly, I guess, both
16 went to the club -- to the park?
17    A   That was in conjunction with our
18 attorneys.  That was part of a conversation with
19 our attorneys (crosstalk) --
20    Q   Okay.  Well, when you and Kelly went
21 there, were your attorneys physically present with
22 you?

62

1     A   No, sir.
2     Q   Okay.  All I want to know is when you
3  and Kelly went to the park and took the
4  photographs that have been produced in this case
5  from October of 2022, what you did?
6     A   We measured out how wide it was, how
7  deep it was, using our home tape measure.
8     Q   Okay.  And who created the LiDAR images?
9     A   Kelly did.
10    Q   And how did he create the L-I-D-A-R
11 images?
12    A   Using technology on his phone that he
13 had used previously.
14    Q   Okay.  And what's -- the -- was this on
15 his personal phone?
16    A   Yes.
17    Q   And do you know Kelly's cell phone
18 number?
19    A   (352) 216-1277.
20    Q   And he still has that number?
21    A   Yes.
22    Q   And is his service provider also

63

1  Verizon?
2     A   Yes.
3     Q   Do you know the name of the app that he
4  used on his phone for the LiDAR images?
5     A   I don't.
6     Q   And what was the purpose of the LiDAR
7  images?  In other words, what did that show that a
8  -- a -- a photograph would not show?
9     A   The depth and shape specifically of the
10 hole.
11    Q   Okay.  From the time of the accident
12 until October of 2022, with the various people
13 that visited the hole, did anybody either mark --
14 did anybody mark the hole or the location with
15 anything?
16    A   Not to my knowledge.
17    Q   Okay.  Did anybody try to level the hole
18 with dirt or they just left it?
19    A   Not to my knowledge.
20    Q   Let me clarify.  So on -- after June
21 10th of 2021, through October of 2022, you said
22 various people went over to look at the hole and

64

1  took photographs.  On any of those occasions, did
2  anyone, number one, mark the location, put
3  anything there so you -- somebody could come along
4  and see where your accident happened?
5     A   Not to my knowledge.
6     Q   Okay.  From June 10th, 2021, through
7  October of 2022, the various people who visited
8  and photographed the hole, did anybody attempt to
9  just take some dirt and fill it so that somebody
10 else wouldn't trip and fall?
11    A   Not to my knowledge.
12    Q   Okay.  From June 10th of 2021, through
13 October of 2020 -- let's strike that.
14       From June 10, 2021, to the end of the year,
15 did you or Kelly notify anybody about the
16 accident?
17    A   No.
18    Q   Okay.  And do you know approximately the
19 month and year that you retained counsel?
20    A   I know that it was in 2021.
21    Q   Okay.  Do you know what month?
22    A   I know that Kelly spoke or Kelly had a

---

**65**

1 previous relationship with the firm.

2      MR. VISCA: Just -- okay. Just don't go

3 into any specific conversations in between -- in

4 between him --

5      THE WITNESS: Uh-huh.

6      MR. VISCA: -- and our firm. Those are

7 also privileged.

8      THE WITNESS: Uh-huh.

9      MR. PARLER: Okay.

10      THE WITNESS: And I'm not sure exactly

11 what month I officially got counsel.

12 BY MR. PARLER:

13    Q   Okay. But before counsel was retained,

14 whenever that was, had you or Kelly notified

15 anybody about your accident?

16    A   No, we did not know who to notify.

17    Q   Okay. And you didn't notify the park

18 service that -- for Lincoln Park?

19    A   I didn't know that the park service was

20 who ran it.

21    Q   Okay. I mean, or -- did you attempt to

22 contact anybody from the District of Columbia or

---

**66**

1 the federal government or anything?

2    A   Not at the time.

3    Q   Okay. All right. So, getting back to

4 -- so Tim shows up in his car, and you think it

5 was around 3:30 or --

6    A   I believe it was. I do not know for

7 sure.

8    Q   And what kind of car did he have?

9    A   I don't know.

10    Q   Where was he able to park, do you know,

11 in relation to your accident?

12    A   12th Street. 12th -- on the corner of

13 12th and East Capitol Street.

14    Q   Did you also call Kelly after the

15 accident?

16    A   I called Kelly first after the accident.

17    Q   And I -- forgive me. Where was he at

18 the time?

19    A   He was in Florida.

20    Q   Okay. So were you just going to tell

21 him the accident happened?

22    A   Yes.

---

**67**

1    Q   Okay. And so Tim Corley pulls up, he

2 parks on 12th Street. And what kind of car did he

3 have?

4    A   I don't know.

5    Q   All right. How do you get you and

6 Murphy to his car?

7    A   At first, we tried to have Larry and

8 Tim, like, have me use them as crutches. I was in

9 too much pain. So Tim put me over his shoulder

10 and carried me out of the park, and Larry carried

11 my phone and keys and Murphy to Tim's car.

12    Q   Okay. And so you get to 12th Street,

13 and does Tim take you and Larry and Murphy

14 somewhere?

15    A   Larry did not go with us. Tim retrieved

16 my belongings for me from my apartment. It was

17 right next to where he was parked. And then he

18 took me and Murphy to the ER, dropped me off at

19 the ER, and took Murphy to our office for my

20 friend to pick up since I would not be able to

21 watch him.

22    Q   So he took Murphy to the Capitol?

---

**68**

1    A   Yeah.

2    Q   Okay. And you said Tim went in and he

3 got your laptop and your work phone?

4    A   He got my purse that had my work phone

5 in it.

6    Q   Okay.

7    A   And my wallet.

8    Q   And the work phone, did it have a

9 separate cell number?

10    A   Yes.

11    Q   Do you know what that was?

12    A   I don't.

13    Q   And the work phone, was that -- was that

14 something you had to pay for at all?

15    A   No.

16    Q   Okay. Do you know who the provider was,

17 the service provider?

18    A   I have no idea.

19    Q   Okay. All right. And so after the stop

20 at your house to get your purse and your cell

21 phone, did Tim take you to the GW ER?

22    A   Yes.

---

**69**

1    Q    Because it was the closest?
2    **A    Yes.**
3    Q    Or had you -- did you have insurance
4 with CareFirst at the time?
5    **A    Yes.**
6    Q    Had you been in touch to see anything
7 about insurance coverage?
8    **A    No, I wasn't thinking about that.**
9    Q    Okay.  And about what time did you get
10 to the GW ER?
11   **A    I'm not sure.**
12   Q    And did Tim stay with you there or just
13 drop you off?
14   **A    No, he -- he went inside and got**
15 **hospital staff and a wheelchair for me, and then**
16 **he went back to the office.**
17   Q    Okay.  And so you get to the GW ER, and
18 tell me about the treatment you received there?
19   **A    I was given a ice pack and had my foot**
20 **propped up on a chair for several hours.  At some**
21 **point, they brought me back and gave -- had an**
22 **X-ray done.**

---

**70**

1    Q    Of your left foot?
2    **A    Of my left foot.**
3    Q    Did you injure your right foot or ankle
4 at all?
5    **A    It felt as though it was injured.**
6 **However, my left foot was obviously very injured,**
7 **and no one ever looked at the right foot.**
8    Q    Okay.  So when you went to the ER, did
9 you complain at all of pain in the right foot?
10   **A    I don't recall.**
11   Q    Okay.  So even though that is the foot
12 that rolled out?
13   **A    Uh-huh, and --**
14   Q    You didn't -- the -- were you having any
15 pain in the right foot when you were at the ER?
16   **A    Yes, however, it was less painful than**
17 **my left foot.**
18   Q    Okay.  All right.  So they did an X-ray
19 of the left foot ankle area; right?
20   **A    Yes.**
21   Q    And what did the doctor say about the
22 X-ray?

---

**71**

1    **A    I was told it was a trimalleolar**
2 **fracture.**
3    Q    Okay.  And what's your understanding of
4 that?
5    **A    The three -- the -- my bones in my left**
6 **ankle were broken in three places, including the**
7 **big bone.**
8    Q    Okay.  And was there a doctor who was
9 involved in treating it?
10   **A    I don't know that doctor's name.**
11   Q    Okay.  And were you scheduled
12 immediately for surgery?
13   **A    They told me that maybe I would not have**
14 **to have surgery.  They had to have it reviewed by**
15 **Dr. DeBritz.  And then I got a call the next day**
16 **setting me up for surgery.**
17   Q    From Dr. DeBritz?
18   **A    Yes.**
19   Q    Okay.  How long were you in GW that
20 first after the accident?
21   **A    Six hours meeting.  I spent a lot of**
22 **time there.**

---

**72**

1    Q    Okay.  And how did you get home?
2    **A    Keri's best friend and his wife came and**
3 **picked me up around midnight.**
4    Q    Who was that?
5    **A    Jason Lewis.**
6    Q    Any relation to Christy?
7    **A    No, actually.**
8    Q    But that -- E-W-I-S?
9    **A    Yes.**
10   Q    And what's Jason's wife's name?
11   **A    Jordan Stewert, S-S, Oh, gosh.**
12 **S-T-E-W-R-T [sic].  I'm sorry if that's not**
13 **correct, but --**
14   Q    S-T-E-W-A-R-T [sic]?
15   **A    E-R-T.**
16   Q    E-R-T?
17   **A    I believe.**
18   Q    Okay.  And so they picked you up around
19 midnight and took you to your apartment?
20   **A    They tried to take me to my apartment.**
21 **I was unable to get up the stairs.  It was raining**
22 **a lot at that point, and I was not able to put any**

73

1  weight on my leg.  So they took me to their
2  apartment, which has an elevator, and I stayed
3  with them that night.
4      Q    Where was that?
5      A    That is over on Potomac Avenue.  I'm not
6  sure of the cross street.
7      Q    Potomac?
8      A    Potomac Avenue, Southeast.
9      Q    Okay.  And so you stayed there and then
10  -- was -- what day of the week was June 10th?
11     A    It was a Thursday.
12     Q    So the next day, was that a work day for
13  you?
14     A    The Senate was not in session, so I was
15  not.  I did not have anything I had to do.
16     Q    Okay.  And so what happened the next
17  day, in their place?  You get up, what happens
18  next?
19     A    Jordan helped me get my medication at
20  the pharmacy that was below them at the time.  And
21  then she helped me after part way through the day,
22  she helped me get to my house and up the stairs.

74

1  We lived on the third floor of a three-floor
2  walk-up.  So I had to figure out how to get up
3  three flights of stairs.
4      Q    And when you were at the ER GW did they
5  give you crutches?
6      A    Yes.
7      Q    Did they put anything on your left foot?
8      A    Yeah.
9      Q    Was there anything?
10     A    They set my bone, and then they put a,
11  like, plaster splint, not a cast, and then wrapped
12  it.
13     Q    And what kind of medication did they
14  give you?
15     A    I believe they started me off when I
16  left with oxycodone.
17     Q    Okay.  And is that the med -- is that
18  what Jason picked up from the pharmacy below?
19     A    Jordan, yes.
20     Q    Jordan -- his wife?
21     A    Yes.
22     Q    Okay.  Okay.  So you get the meds,

75

1  Jordan takes you over and helps you walk back up
2  to your apartment?
3      A    Yes, she actually helped me.  I would
4  have to sit on my stairs and, like, lift myself
5  up, stair by stair because the stairs were so
6  narrow that it was not really feasible to get up
7  any other way.
8      Q    And who had Murphy at this point?
9      A    My friend, Keri Lyn, who lived on 11th
10  Street, two blocks away from us.  She picked him
11  up from Tim in the Senate office building.
12     Q    And how do you spell Keri Lyn?
13     A    K-E-R-I, L-Y-N.
14     Q    Okay.  And do you have present contact
15  information for Jason, Jordan, and Keri Lyn?
16     A    Yes, I do.
17     Q    Okay.  Is that in your answers to
18  interrogatories?
19     A    I'm not sure.
20     Q    Do you happen to know Jason's present
21  address?
22     A    He's still at the same place.  I don't

76

1  remember the cross street, unfortunately.
2      Q    Potomac Avenue, Southeast?
3      A    Yes.
4      Q    And how about Keri Lyn, where does she
5  live?
6      A    She now lives in Alexandria.  I don't
7  know her address off the top of my head, either.
8      Q    Do you have phone numbers for them?
9      A    I don't have them off the top of my
10  head.
11     Q    All right.  So at some point the
12  following day, you get a call from Dr. DeBritz for
13  his staff?
14     A    Yes.
15     Q    And what did they tell you?
16     A    They wanted to set up a pre-operation
17  appointment the following Wednesday and set up my
18  operation for that Friday, which is was June 18th.
19     Q    Okay.  So do you recall from that Friday
20  to the Wednesday, what you -- what you did and
21  where you stayed?
22     A    I stayed in our home at 108 Tennessee

77

1  Avenue.  Kelly got home that Friday.  He changed
2  his fight to get home.
3      Q    Okay.  And did you go anywhere between
4  that Friday and Wednesday?
5      A    No, the only place I went was to the
6  doctor's appointment on Wednesday.  I wasn't able
7  to easily navigate our stairs, so I was homebound
8  mostly.
9      Q    So that would have been the 27th,
10 Wednesday?  Do you -- that's okay.
11     A    No, it would have been the 16th because
12 my surgery was on the 18th.
13     Q    Right, from the 10th, right.  Okay.  All
14 right.  And who conducted the pre-op, was it Dr.
15 DeBritz?
16     A    Yes.
17     Q    And what did that consist of?
18     A    I don't recall exactly.  I know he told
19 me what kind of surgery it was and that he might
20 have to do several incisions and that he get it
21 all fixed up.  And they put a boot on.  They took
22 off the plaster splint.  Thank goodness.  And they

78

1  put a boot on for me.  I still couldn't put
2  pressure on it or anything.
3      Q    And when they put the boot on, did they
4  put anything under the boot, like a rap or
5  anything like that?
6      A    They had a rap and advised me to get a,
7  like, long sock.
8      Q    Okay.  And did the pre-op consist of
9  anything else?
10     A    Not to my recollection.
11     Q    Okay.  And so the surgery was -- was
12 Friday in the morning?
13     A    Yes.
14     Q    Do you know what time?
15     A    I believe -- I believe I -- we had to be
16 at the hospital at 5 a.m.
17     Q    So the hospital -- the surgery was at
18 GW, like, Dr. DeBritz?
19     A    Yes.
20     Q    Okay.  And how long did the surgery
21 take?
22     A    I'm not sure.

79

1      Q    What time did you come to after the
2  surgery?
3      A    I'm not sure.
4      Q    Was it outpatient or did you stay
5  overnight?
6      A    It was outpatient.
7      Q    Okay.  So you were home that night?
8      A    Yeah.
9      Q    And what's your understanding of the
10 surgery that was done in terms of hardware?
11     A    I got two plates and 14 screws and
12 started to put my bones back together.
13     Q    Did you have any discussions with Dr.
14 DeBritz about the possibility of the fracture
15 healing without surgically inserted plates and
16 screws?
17     A    There was no other option.
18     Q    That's what Dr. DeBritz said?
19     A    Dr. DeBritz said that I needed hardware
20 to put it together.
21     Q    Okay.  And so after that surgery occurs,
22 and in your -- in your home that evening, did they

80

1  have a boot on your foot?
2      A    Yes.
3      Q    And you were on crutches?
4      A    Yes.
5      Q    And then what was the -- what did you
6  have to do after the surgery with boot and
7  crutches?  Were there any?
8      A    I had two -- Oh, my gosh, I can't think
9  what the name of it is.  I had two nerve blocks
10 still in my leg for over the weekend.  Once they
11 ran out, Kelly had to remove them.
12     Q    What are the -- when you say nerve
13 blocks, would it -- it's a -- a pain killer?
14     A    Yes, I don't know the exact science
15 behind it, but they insert -- they inserted --
16 they inserted it in two spots in my leg to hit two
17 different nerves.  So I couldn't feel anything in
18 the lower part of my left leg.
19     Q    Okay.
20     A    I had two little fanny packs that like,
21 kept it pumping longer than the surgery to help
22 with pain relief.  And then when it wore off, I

81

1 had to take pain medication.

2     Q    And what was that?

3     A    Oxycodone.

4     Q    Okay. And then so how long after the

5 surgery did you remain on -- did you take

6 painkillers?

7     A    I'm not sure exactly how long because we

8 were back in session the next week. I did not

9 take painkillers during the day until after work

10 hours. And I don't know how long like, how many

11 weeks I was on painkillers. Okay. But it was

12 more than one.

13     Q    So when the Senate was in session the

14 following week, the week after your surgery, were

15 you physically present on the floor?

16     A    No, I was a -- I worked from home. And

17 I had to have my leg elevated, and I was in a lot

18 of pain and not very mobile.

19     Q    Okay. All right. And what was the

20 recovery process? How long did you have the boot

21 and the crutches?

22     A    Oh my goodness. Months. I'm not sure

82

1 exactly how long. I couldn't put pressure on that

2 foot for at least six weeks, but I'm not sure how

3 exactly long. I know it was at least six weeks.

4     Q    All right. And how long did you

5 continue -- I understand not during work, but how

6 long did you continue to take oxycodone or some

7 kind of pain killer?

8     A    I'm not exactly sure how long.

9     Q    Okay. And do you recall when the boot

10 was removed and you were no longer walking on

11 crutches?

12     A    I don't know exact date. I think it was

13 a few months after my surgery.

14     Q    And after the surgery, did Dr. DeBritz

15 recommend any sort of physical therapy?

16     A    Yes, once I was able to put pressure on

17 my leg, I was allowed to go to physical therapy.

18     Q    And where did he send you for physical

19 therapy?

20     A    I went to -- I believe it's Active

21 Physical Therapy on Pennsylvania Avenue,

22 Southeast.

83

1     Q    And did you have a therapist there that

2 you'd work with?

3     A    Yes, his name was Tosin, T-O-S-I-N, I

4 believe, that's how it's spelled.

5     Q    Is that his last name?

6     A    I am not sure.

7     Q    Do you recall the month and the year

8 that your physical therapy started?

9     A    I know it was in 2021. I don't remember

10 exactly which month.

11     Q    Do you know how long it lasted?

12     A    I'm not sure exactly how long it lasted.

13 Several months, I believe.

14     Q    Okay. And what did the physical therapy

15 consist of? In other words, what did Tosin and

16 have you do when you went to active physical

17 therapy?

18     A    There he -- he used a contraption called

19 the scraper to -- to break up scar tissue around

20 my incision site. I had --

21     Q    What -- can you describe that for me?

22 I've never heard of it. Scraper?

84

1     A    It's -- it's a steel, stainless steel,

2 maybe contraption, it's flat with rounded edge.

3 And he would put some kind of gel on it, and then

4 just kind of drag it up and down and around the

5 incision site to break up scar tissue. It's

6 incredibly painful.

7     Q    Okay.

8     A    There my therapy changed constantly

9 depending on where I was, as I was able to do

10 more.

11     Q    What other modes of physical therapy did

12 you receive?

13     A    We looked on balance, attempted to get

14 some flexibility back in it.

15     Q    Had you ever received any physical

16 therapy before?

17     A    No.

18     Q    All right. And did you only receive

19 physical therapy at Active on Pennsylvania Avenue,

20 Southeast?

21     A    At that time, yes.

22     Q    Okay. And -- All right. And did you

---

**Page 85**

1  also have office visits with Dr. DeBritz, if I'm
2  saying his name correctly, after the surgery?
3      A    Yes.
4      Q    And when did you first see him after the
5  surgery?
6      A    I'm -- I'm not sure when the first time
7  after the surgery was.  It might have been -- I
8  know I had a six-week check-up, but I'm not -- I
9  don't recall if there was one before that.
10     Q    Okay.  And how many times did you see
11 Dr. DeBritz?
12     A    I don't recall off the top of my head.
13     Q    Okay.  And do you recall how long it was
14 after the surgery that he removed your boot and
15 anything on your ankle?
16     A    I don't know exactly when that happened
17 either.
18     Q    Okay.
19     A    It was in 2021.
20     Q    And do you recall when it was you were
21 able to walk without using crutches?
22     A    I -- I don't recall exactly.  I think

**Page 86**

1  maybe August or September of 2021.
2      Q    Did you have treatment anywhere else
3  other than active physical therapy and the GW, the
4  ER, and Dr. DeBritz in 2021?
5      A    After my injury?  No.
6      Q    Okay.  Did you see your primary care
7  physician about your ankle injury?
8      A    No, I didn't.
9      Q    Okay.  And so we get into 2022.  Do you
10 recall when it was that Dr. DeBritz said, I don't
11 need to see you anymore?
12     A    I -- I don't recall.  I believe it was
13 in December of 2021 or January of 2022.
14     Q    Okay.  Now, I apologize for shifting
15 gears, but coming back before the accident, did
16 you and Kelly belong to any gyms?
17     A    No.
18     Q    Did you and Kelly belong to any golf
19 clubs?
20     A    No.
21     Q    Country clubs or anything like that?
22     A    No.

**Page 87**

1      Q    Did you did you and Kelly golf before
2  the accident?
3      A    Yes.
4      Q    Where did you normally go to golf?
5      A    Langston Golf Course, or we did a lot of
6  golfing at East Potomac Golf Course.
7      Q    Where is that located?
8      A    East Potomac is by the -- not Reflecting
9  Pool, the monuments down by the Potomac River kind
10 of near The Wharf in Southwest.
11     Q    Is there an 18-hole golf course down
12 there?
13     A    Uh-huh, they have several -- they have
14 three different options.
15     Q    Okay.  And at some point after your
16 surgery, my understanding is you resumed playing
17 golf; correct?
18     A    Yes.
19     Q    When was that?  When did that occur that
20 you started -- you resumed playing golf?
21     A    I'm not sure.  It was not too --
22     Q    Was it at some point in 2022?

**Page 88**

1      A    Maybe it was late in 2022.  I'm not sure
2  -- exactly sure when, but I believe it was 2022.
3      Q    And -- and the golf courses you
4  mentioned, Langston and East Potomac, did you and
5  Kelly belong to those?
6      A    No.
7      Q    In other words, did you have
8  memberships?
9      A    No, they're public courses.
10     Q    Okay.  And did you -- did you and Kelly
11 ever play at any private courses?
12     A    Not regularly.  If we did, it was a
13 one-off, but I don't recall.
14     Q    And did you and Kelly either work out or
15 play golf at any clubs?
16     A    No.
17     Q    By that, I'm meant, a country club, a
18 nice -- okay.  All right.  And do you recall
19 whenever it was in 2022, where did you go to --
20 did you go with Kelly to play golf?
21     A    Yes.
22     Q    Where did you go?  Where did you two go?

89

1    A    And I'm not sure.  It would've been one
2  of those two.  When we were in Florida, sometimes,
3  his parents lived next to a municipal there as
4  well, called Mayfair.  That might have been the
5  first time I did it, the first time we went to
6  visit them afterwards.
7    Q    Where do they live in Florida?
8    A    Just outside of Orlando.
9    Q    And the golf course is called Mayfair?
10   A    Uh-huh.
11   Q    M-A-Y --
12   A    F-A-I-R.  One word.
13   Q    And do you recall when that visit was
14 down there in 2022?
15   A    I -- I don't.
16   Q    Okay.  When did you and Kelly get
17 married?
18   A    We got married in December of 2022.
19   Q    Okay.  And where did you get married?
20   A    We got married at Lincoln Park.  We
21 married ourselves.
22   Q    Do you recall what part of Lincoln Park

90

1  that you -- did -- by when you say got married our
2  -- you had other people there; right?  Or was it
3  just you and him?
4    A    It was just he and I.  D.C. allows you
5  to get -- to get a marriage license for just you
6  and you can be your own officiant.  We had our
7  ceremony in May of 2023.  So we just got married
8  privately.
9    Q    So when you said, we got married, so you
10 and he walked over, did you have Murphy with you?
11   A    I don't think so.
12   Q    And then you just said vows to each
13 other at Lincoln Park?
14   A    Uh-huh.
15   Q    Okay.  And was anybody else with you?
16   A    No.
17   Q    All right.  And then May of 2023, the
18 official -- where did that occur in May of '23?
19   A    That occurred at the D.C. War Memorial
20 on the National Mall.
21   Q    The Vietnam Memorial, or what?
22   A    The D.C. War Memorial.  It's -- -

91

1    Q    The World War II one?
2    A    No, it's past World War II, off to the
3  side of the Reflecting Pool towards the Martin
4  Luther King one.  It's a little gazebo made of
5  white marble.
6    Q    Okay.  And they let you do the wedding
7  ceremony?
8    A    Yes.
9    Q    So did you, like, take vows again, like
10 it was the --
11   A    Yes, and we had an officiant.  My friend
12 officiated.
13   Q    And the family attended that?
14   A    Yes.
15   Q    And where did you have the reception?
16   A    At Lavagna on Barracks Row.
17   Q    L-I-V-O-N-I-A [sic]?
18   A    L-A-V-A-G-N-A.
19   Q    L-A-V --
20   A    L-A -- L-A-V-A -- G-N-A.  Lavagna.
21   Q    Oh, like lasagna, but with a V.  Okay.
22 That's a restaurant?

92

1    A    Yes.
2    Q    Okay.  And you guys have recordings and
3  photographs of it?
4    A    We have pictures of the ceremony, yes.
5    Q    You have pictures of both the 12/22 and
6  --
7    A    No, just the May ceremony.
8    Q    Okay.  All right.  Now, I understand
9  that at some point you were playing golf and then
10 began feeling discomfort where the surgery had
11 occurred?
12   A    Yes.
13   Q    Do you recall when and where you were
14 playing golf when that occurred?
15   A    That would have been at Langford --
16 Langston, not Langford.  Langston Golf Course.
17   Q    And do you know when that was?
18   A    That would have been in 2023.
19   Q    Do you know what month?
20   A    I don't know exactly what month that
21 started happening.
22   Q    And how freq -- let me ask you, how

93

1  frequently did you play golf before the accident?
2      A    I -- I'm not sure.
3      Q    And how long, when you say quite a bit,
4  a couple of times a month?
5      A    Yes.
6      Q    Okay.
7      A    Maybe less depending on, but we were
8  pretty active.
9      Q    And would that always be with Kelly?
10     A    Yes.
11     Q    And then did you and Kelly play anywhere
12 other than Langston and East Potomac?
13     A    I'm -- I'm not sure.
14     Q    And May -- you mentioned Mayfair?
15     A    Yeah.
16     Q    Okay.
17     A    At that time, I don't believe so.
18     Q    You said just a minute ago, when I first
19 started noticing it.  So at some point you were
20 playing golf when you first started noticing the
21 discomfort?
22     A    I think I noticed it the first time when

94

1  playing golf.
2      Q    Okay.  And do you recall the approximate
3  month and year that you first noticed it, the
4  discomfort in your left ankle after the surgery?
5      A    2023.  To be clear, my ankle always hurt
6  after the surgery.  This was a specific sharp pain
7  rather than the constant ache.
8      Q    Okay.  And at any point, after you'd
9  been discharged by Dr. DeBritz, did you call him
10 to say, look, I'm continuing to have pain and
11 discomfort here?  Can you see me to see what's
12 going on?
13     A    Yes, once -- once I started having this
14 sharp stabbing pain, it -- it was not just when
15 playing golf.  It would happen randomly as I was
16 walking, just doing normal things.  At that point,
17 I made an appointment with Dr. DeBritz to see why
18 I might be having this pain.
19     Q    I think his record says that the -- you
20 were playing golf when you experienced the pain,
21 or you played golf, and then you came home and had
22 pain?

95

1      A    Yeah, the -- the first time it happened,
2  I was playing golf.  However, it continued after
3  that and not just when I was playing golf.
4      Q    Okay.  And when you play golf, you
5  normally play 18 holes?
6      A    After my surgery, I wasn't really able
7  to play 18 holes.  I would typically go out with
8  Kelly for 18 holes, but I would play 11, maybe 13.
9  I would take breaks from certain holes.
10     Q    And then just stay with him until he
11 finished?
12     A    Yeah, I'd stay in the cart and be a
13 caddie.
14     Q    Okay.  And would you guys always have a
15 cart either at Langston or East Potomac or would
16 you just walk it?
17     A    After my injury, we had a cart most of
18 the time.  I'm not sure when we started being able
19 to walk it again.  I believe it was after my
20 second surgery.
21     Q    Okay.  But they have rules that, you
22 know, you can only take your cart so close to the

96

1  greens and fairways, or something like that?
2      A    Yes, you can take carts on fairways, but
3  you can't take them close to the greens.
4      Q    Okay.  And so do you recall when it was
5  you contacted Dr. DeBritz about the pain from the
6  hardware?
7      A    I -- I think it was the spring of 2023.
8      Q    Okay.  And did you set up an appointment
9  to see him at that time?
10     A    Yes.
11     Q    And when you saw him, what did he say?
12     A    Oh, it couldn't have been spring.  It
13 must have been late summer.  He said that --
14     Q    Of 2023?
15     A    Yes.
16     Q    Thanks.
17     A    He said that, he told -- from my
18 recollection, he told me that the hardware was,
19 like, my tendon was rubbing the hardware, and that
20 was the source of the pain.  And that the options
21 were to continue letting it rub and eventually, it
22 could damage the tendon and it would have -- the

97

1  tendon would have to be repaired, or I could have
2  all the hardware removed.  And that would
3  alleviate not just this sharp shooting pain, but
4  also the general aching that I had been having
5  issues with.
6     Q   Okay.  And so did you schedule the
7  surgery to have the hardware removed at that time?
8     A   Yes.
9     Q   And when was that surgery done?
10    A   I think it was September of 2023.
11    Q   Also by Dr. DeBritz?
12    A   Yes.
13    Q   Okay.  And then after that surgery, was
14 the discomfort you were experiencing from the
15 hardware on the nerve, was that --
16    A   Yeah, I'm not sure exactly what was
17 happening in there, but it was nerve pain in
18 conjunction with the rubbing on the tendon from my
19 understanding.
20    Q   Okay.  And then from, I'm sorry, when
21 was the surgery again in 2023?
22    A   I think September.

98

1     Q   That's what you said.  Yeah.  And so
2  after that, was there -- was there a shorter
3  period of recovery after that surgery to take the
4  hardware out?
5     A   Yes, I was able to put weight on my foot
6  a lot quicker.
7         MR. VISCA:  You mind if we take a quick
8  break or go on?
9         MR. PARLER:  That's fine.  How long do
10 you want?  Whatever --
11        MR. VISCA:  Just a -- comfort breaks.
12        MR. PARLER:  Yes, sure.
13        (OFF THE RECORD)
14 BY MR. PARLER:
15    Q   Now, during the break, your attorney was
16 kind enough to send me photographs that were taken
17 June 13th of 2021.
18    A   Okay.
19    Q   And it looks like just Kelly, your
20 husband, was out there; is that correct?
21    A   Probably.  I wasn't very coherent at
22 that time.  I was definitely in our house.

99

1     Q   Okay.  And it looks like he was running
2  a tape measure and measuring distances.  Looks
3  like from the sidewalk to the spot where you
4  tripped it's -- it's at 72 inches, so I think
5  that's six feet; right?  Six feet about?
6     A   Probably.
7     Q   Okay.  And then he also measured the
8  distance from the bench to the edge of the
9  sidewalk.  Do you know what he was doing there?
10    A   I'm assuming he was triangulating how
11 far away from the bench it was.  I'm not sure.
12    Q   Okay.  I can, you know, I can ask him.
13 And so I have those and I've got there's also
14 LiDAR.  Do you know if anybody else between June
15 13th of 2021, and October of 2022 went out and
16 took pictures that they sent to you about the
17 accident site?
18    A   I'm — I — I'm not sure if there were
19 other ones other than that.  I've provided any
20 photos that anyone gave me to my attorneys.
21    Q   Okay.  And you mentioned before that
22 Murphy was taking you to a, what, one of his

100

1  favorite tree to try to -- is he a unfixed male,
2  by the way?
3     A   He's fixed —
4     Q   Okay.  Because --
5     A   -- but he is a male.
6     Q   -- the unfixed males, in particular,
7  like to mark territory.  But so -- so this area
8  you were in, if I understand you correctly,
9  included Murphy's favorite pee tree?
10    A   The — I had not been in that area
11 before the tree in question, is further -- it's,
12 like, closer to where I entered the park.  He went
13 past it that day, to go to the -- to go to the
14 light that we were en route to.
15    Q   Okay.  And had he gone to that light
16 previously?
17    A   No.
18    Q   Okay.  But in terms of -- of walking him
19 over there before the accident three times a day,
20 is it fair to state that you'd been walking him
21 around either you're leading or he's leading,
22 you'd been to various areas of Lincoln Park?

101

1    A    Yes.
2    Q    In other words, by the time of the
3  accident, there were no unexplored areas of
4  Lincoln Park for you or Murphy.
5    **A    For the most part, the specific spot we**
6  **were in, I don't remember if that -- the accident**
7  **occurred, I don't remember ever having walked in**
8  **that specific area before, but it's a small area.**
9    Q    Had you walked on the -- and you
10 certainly had walked on the sidewalk around the
11 perimeter --
12   **A    Yes.**
13   Q    -- before; right?
14   **A    Yeah.**
15   Q    And you'd also walked the sidewalk
16 that's about six feet from where the accident
17 occurred before; right?
18   **A    Yes.**
19   Q    Okay.  And do you know if, in 2021,
20 2022, anybody else tripped in the park?
21   **A    I don't know.**
22   Q    Do you know if anybody else tripped on

102

1  the site where you -- where your accident
2  happened?
3    **A    I don't know.**
4    Q    Okay.  Did you ever have any contact
5  with Larry again after the day of the accident?
6    **A    I haven't.**
7    Q    Never ran into him at the park?
8    **A    I didn't.**
9    Q    Never contact and say thanks a lot for --
10   **A    I didn't know how to get into contact**
11 **with him.  I would have loved to, but mo**
12   Q    You didn't have any contact info for
13 him?
14   **A    No.**
15   Q    Okay.  And -- and now, after the surgery
16 to take out the hardware, you didn't require
17 physical therapy for that; did you?
18   **A    I did.**
19   Q    You did?
20   **A    Yes.**
21   Q    And did DeBrit -- Dr. DeBritz refer you
22 for physical therapy?

103

1    A    Yes.
2    Q    To Active again?
3    **A    No, I changed physical therapist.  I now**
4  **go to -- I think it's Washington Wellness.**
5    Q    Where is that located?
6    **A    Massachusetts Avenue right next to Union**
7  **Station.**
8    Q    And why did you change?
9    **A    I didn't like Active Physical Therapy as**
10 **much -- very much, so I wanted to try a different**
11 **location.**
12   Q    And who did you work with at Washington
13 Wellness?
14   **A    Melissa Hersch, H-E-R-S-C-H.  I still go**
15 **there.**
16   Q    And what modalities of physical therapy
17 did you receive?
18   **A    Can you clarify?**
19   Q    Yeah, what did -- what do they do?
20   **A    We work on balance, getting mobility --**
21 **joint mobility back.  I still am having issues,**
22 **and so she's still working through trying to get**

104

1  **me back to where I can run and jump.  I'm**
2  **currently not allowed to.  Stabilizing my ankle.**
3    Q    At any point after the initial surgery,
4  were you given authority to run and jump by Dr.
5  DeBritz?
6    **A    Dr. DeBritz said I could do what I was**
7  **comfortable with and in conjunction with my**
8  **physical therapist.  My previous physical**
9  **therapist never gave me the okay to run and jump.**
10 **And I did not run and jump when doing training**
11 **because it was painful.  And for about a week,**
12 **Melissa at Washington Wellness gave me the okay to**
13 **run and jump before revoking that a few months ago**
14 **because my -- she doesn't think my ankle was**
15 **stable.**
16   Q    At any point after June 10th, 2021, you
17 mentioned when I was doing training.  Where were
18 you training?
19   **A    Jade Fitness.**
20   Q    J-A-D-E Fitness?
21   **A    Yes.**
22   Q    Where are they located?

105

1    A   Pennsylvania Avenue. I think it's 13th

2 from Pennsylvania, Southeast.

3    Q   Had you been a member there before?

4    A   No.

5    Q   And when did you join?

6    A   I joined Spring, maybe February of 2022.

7    Q   And do you work out with a trainer

8 there?

9    A   I did. His name was Eric, and I don't

10 recall his last name off the top of my head right

11 now.

12    Q   Okay. And are you -- are you still a

13 member of Jade Fitness?

14    A   No, I only did personal training with

15 Eric. I was never became a member of the gym

16 itself.

17    Q   So in February of 2022, what kind of

18 training were you doing with Eric?

19    A   I was strength training. I was trying

20 to get stability back in my ankle. Because of my

21 injury, I had gained a lot of weight, and I was

22 trying to lose weight, hoping that it would help

106

1 my ankle as well.

2    Q   By strength training, you were lifting

3 weights?

4    A   Not at first. Mostly, it was body

5 weight. At some point, we added some weight to

6 it, but never like -- I wasn't bench pressing, et

7 cetera. And we were being very cautious about my

8 angle.

9    Q   So in February of 2022, when you started

10 training with her, first of all, how many times a

11 week were you training?

12    A   I think two times a week, sometimes

13 more, sometimes less, depended on the week.

14    Q   Okay. And when you trained with him,

15 would it be an hour?

16    A   Yes.

17    Q   And -- okay. Can you tell me -- you

18 said it was strength training, body weight, what?

19 Push-ups?

20    A   I did push-ups. Once I did some --

21 like, we did core workouts that were, like, dead

22 bug, that type of stuff. He -- he helped me a lot

107

1 to get stability back in my ankle. We would do

2 little, like balancing workouts, to try to help

3 with that. Squats, lunges, things that I had done

4 and was doing with my physical therapist. Nothing

5 -- nothing with impact.

6    Q   So how long did you work out with Eric?

7 I mean, from February of 2022 to when?

8    A   I think I was with him for maybe a

9 little over a year. I'm not quite sure when I

10 stopped going. I went less frequently the closer

11 I was to my second ankle surgery, and I haven't

12 been back since my second ankle surgery.

13    Q   Okay. Since your surgery to remove your

14 hardware, have you worked out with any trainers or

15 joined any gyms?

16    A   Just the gyms that were provided by my

17 -- by my employment.

18    Q   And what are those gyms?

19    A   One was the 101 Constitution Avenue gym,

20 and the other one was the 1001 Pennsylvania Avenue

21 gym.

22    Q   And are you -- so you had -- you were a

108

1 member of both gyms?

2    A   Yes, I -- when I worked in those

3 buildings, I was a member of their gyms.

4    Q   Okay. And did you work out with any

5 trainers at those gums?

6    A   No.

7    Q   And what was -- what was your workout

8 routine at 101 Court Avenue and 1001 Pennsylvania?

9    A   101 Constitution Avenue.

10    Q   Constitution.

11    A   I had little workouts that Eric had --

12 like Eric told me how -- like some little home

13 workouts. It was all very basic stuff using like

14 a yoga ball or on the treadmill, I could do some

15 walking workouts with different paces, squats,

16 that type of stuff.

17    Q   Okay. And are you a member of -- of a

18 gym presently?

19    A   No.

20    Q   Do you recall when you were a member of

21 the 101 Constitution Avenue?

22    A   Approximately May of 2022 to January of

109

1  2024, I guess.
2      Q    Okay.  And when you went to that club,
3  would you have to sign in or give up?
4      A    No, I had -- it was just in our
5  basement.  I had a little -- my key fob that got
6  me into the building allowed me access, so I could
7  go when I had time.
8      Q    And how about 1001 Pennsylvania, when
9  were you a member?
10     A    January of 2024 to June of 2024.
11     Q    To the present.
12     A    I'm no longer there, but yes, this month
13  was my last month there.
14     Q    Okay.  And -- and where are you employed
15  presently?
16     A    I am -- I am now employed for Senator
17  John Cornyn at the United States Senate.
18     Q    From Texas?
19     A    Yes.
20     Q    And what are -- you're on the staff for
21  him?
22     A    I'm on his personal staff.  I'm his

110

1  administrative manager.
2      Q    And when did you start that job?
3      A    June 17th.
4      Q    Okay.  And before then, did you work at
5  The Carlyle Group?
6      A    Yes, I worked at The Carlyle Group from
7  January until June of this year.
8      Q    Is that where -- is that the Daniel
9  [sic] Rubenstein?
10     A    Yes, it is.
11     Q    Okay.  Did you get good baseball seats
12  when -- just kidding.  And what did you do at The
13  Carlyle Group?
14     A    I was the executive assistant for the
15  head of Global Government Affairs.
16     Q    And that's somebody other than Mr.
17  Rubenstein?
18     A    Yes, that was for Stacey Dion, D-I-O-N.
19     Q    And did you work anywhere else between
20  The Carlyle Group and the floor manager job?
21     A    Yes, so after being floor monitor, I
22  went to No Labels for nine months, I believe.

111

1  After No Labels, I went to Salt River Project in
2  their D.C. office.
3      Q    What is Salt River Project?
4      A    It is the -- it's a utility company.  It
5  provides power and water to the Phoenix Metro
6  area.
7      Q    Okay.  But that was the D.C.  shop?
8      A    Yes, their Federal Affairs Office is a
9  small office here at 101 Constitution.
10     Q    Okay.  No Labels is what?  The Joe
11  Manchin group looking to --
12     A    It's -- he was theorized to be
13  associated with it.  They are a non-profit
14  fundraising group, political fundraising.
15     Q    Okay.  And just what were your job
16  duties with the Salt River?
17     A    Salt River Project, I was the Federal
18  Affairs coordinator.
19     Q    And how long were you in that job?
20     A    From May of 2022 to January of 2024.
21     Q    Okay.  And then you were with Carlyle
22  and now with Senator Cornyn?

112

1      A    Yeah.
2      Q    Okay.  And have you had to take time off
3  from any of those jobs as a result of your ankle?
4      A    For Salt River Project, I was employed
5  there when I had my second -- second surgery.  I
6  used sick leave to have my surgery and be home for
7  a week.
8      Q    Okay.  And that was it?
9      A    Yeah, with -- as the floor monitor, I
10  didn't have a backup, so I worked around it.
11     Q    Okay.  What activities are you claiming
12  in this case that you were able to engage in
13  before June 10th, 2021, that you are claiming in
14  this case that you're no longer able to
15  participate in or participate in the same manner?
16     A    I was an avid hiker.  And I -- since
17  breaking my ankle, I have not had much opportunity
18  to hike.  And -- and by that, meaning my ankle
19  severely limits what I'm comfortable with due to
20  the pain and like instability.
21     Q    Have you -- have you done any hiking
22  since June 10th, 2021?

---

113

1    A    Only minor, like on -- on-paved surface
2 hiking.
3    Q    Where was that?
4    A    Switzerland.
5    Q    Oh, Switzerland?
6    A    Yes, we did one hike in Switzerland, but
7 --
8    Q    But it's pretty hilly; right?
9    A    It was not incredibly -- like it was
10 hilly, but it was not incredibly steep.
11   Q    Okay.
12   A    We took a not-hard route up a
13 residential road.
14   Q    And when was that that you went to
15 Switzerland?
16   A    Last year.
17   Q    In 2023?
18   A    Uh-huh.
19   Q    Did you take a tour of Western Europe?
20 I mean, was that on the honeymoon?
21   A    No, we went for a week.  We went to
22 Switzerland and Austria.  Our friends live in

---

114

1 Vienna, so we went there.
2    Q    Okay.  And have you traveled anywhere
3 else?
4    A    We went to Canada for our honeymoon.
5    Q    So where in Canada?
6    A    Nova Scotia.  I cannot remember the name
7 of the island right now.
8    Q    Prince Edward?
9    A    Maybe.  I'm not sure now that I think
10 about it.
11   Q    Did you read Anne of Green Gables as a
12 kid?  Is that where you went?
13   A    I -- I did not.  I have read Anne of
14 Green Gables.  I'm not sure if that's where we
15 went.  We were out by the sea at a little resort.
16   Q    When was that that you went to Nova
17 Scotia?
18   A    It would have been June of 2023.
19   Q    And you mentioned you also were in
20 Florida for a time; correct?  You said you played
21 at Mayfair out there?
22   A    Yes, we occasionally go visit Kelly's

---

115

1 parents in Florida.  Other than that, just
2 Mississippi to see my family once or twice, but --
3    Q    Okay.  And where in Mississippi is your
4 --
5    A    My parents live in Philadelphia, and my
6 sister lives in Brandon.
7    Q    Philadelphia in Mississippi; right?
8    A    Yes, sir.
9    Q    Yeah, I know that town.  Okay.  And so,
10 aside from hiking, are there any other activities
11 that have been affected?
12   A    Rock climbing.  I was an avid rock
13 climber.  I did rock climbing gyms here.  I have
14 not done that since I broke my ankle for fear of
15 the impact.
16   Q    Where did you -- what rock climbing gyms
17 did you belong to?
18   A    I used to go to Earth Treks in Crystal
19 City.  I had a friend that worked there, so I
20 would go rock climbing with them.
21   Q    Okay.
22   A    And before that, I did outdoor rock

---

116

1 climbing in Utah.
2    Q    Do you know where in Utah?  Did you go
3 to the parks?
4    A    Yes, I -- there was a lot.  There, we
5 went to the Backcountry of Zion to do a lot of
6 rock climbing.  There were places at the Canyon
7 right next to where I went to school that had rock
8 climbing routes.  We were very outdoorsy school.
9 So we did a lot of rock climbing and hiking and
10 that type of stuff.
11   Q    Do you ever go on the Angels Landing?
12   A    Yes, I've done that hike several times.
13   Q    Okay.
14   A    Yeah.
15   Q    All right.  All right.  So, just -- were
16 there any other activities in addition to hiking?
17 You said rock climbing.  Is there anything else?
18   A    I was starting to pick up running right
19 when I did this.  I'm not able to run.  I -- I
20 can't play recreational sports.  I was -- I
21 moonlighted on a team for the, like, beach
22 volleyball and was hoping to make a team before I

---

117

1    broke my ankle.  I can't do any of those type of
2    activities now.  I don't have enough stability in
3    my ankle according to my physical therapist.
4        Q    What beach volleyball league?
5        A    They were -- they had a team with the
6    D.C. Fray.
7        Q    D.C. Fray?
8        A    F-R-A-Y.  It's a community, like,
9    municipal sport leagues across D.C.  I didn't get
10   the opportunity to start a team, so I don't know
11   the specifics of that.
12       Q    Did any -- sometimes doctors will say,
13   you know, the beach volleyball thing, the sand --
14   whole sand thing is good for feet and ankles.  Did
15   you ask Dr. DeBritz about that?
16       A    Dr. DeBritz, I never asked specifically
17   about that.  My physical therapist is who I was
18   listening to in reference to my capabilities.
19       Q    The guy at Active?
20       A    No, the one -- well, the one at Active
21   initially, yes and then now at Washington
22   Wellness.

118

1        Q    And did either the PT places or did Eric
2    at Jade Fitness ever put you on a treadmill or a
3    stair climb or anything like that?
4        A    At Active Physical Therapy, I did, like,
5    low-level, like, incline treadmill therapy to try
6    to get some motion back.
7        Q    Was it jogging --
8        A    No, I never jogged.
9        Q    We just walking uphill?
10       A    Uh-huh.
11       Q    Okay.  And when did you -- when did --
12   any medication for the left ankle, when did that
13   end?
14       A    For like oxycodone, it ended in 2021.
15   However, I take ibuprofen nearly daily.
16       Q    How frequently do you take ibuprofen?
17       A    It depends on how active I have to be
18   that day.  I typically take it in the morning and
19   maybe once in the evening, depending on how
20   painful it is when I get home.
21       Q    Is that specifically for your ankle or
22   had you take an ibuprofen before?

119

1        A    I have taken ibuprofen before as needed
2    for headaches, but this specifically is for ankle
3    pain.
4        Q    Okay.  And how frequently do you
5    experience ankle pain during the --
6        A    Daily.
7        Q    And is it typically when you get up, or
8    is there -- when you start moving around or is
9    there an activity that brings it on?
10       A    It aches basically all the time.
11       Q    Okay.
12       A    Any kind of walking irritates it.  If I
13   stand for long periods of time, it gets really
14   uncomfortable.  Even sitting for long periods of
15   time, if I don't have my foot propped up on
16   something, like, it gets uncomfortable and I have
17   to kind of maneuver it to try to get it to pop.
18       Q    Do you do any bicycling, either
19   stationary or do you have a bike?
20       A    I do have a bike and I bike
21   occasionally.
22       Q    Where do you go -- where do you ride

120

1    your bike?
2        A    We ride our bikes up the -- I don't know
3    the name of the trail, but we'll -- we'll go
4    across the Anacostia and up into Maryland.
5        Q    C&O Canal?
6        A    No, I don't believe it's C&O Canal, but
7    I think it's the Anacostia Trail.
8        Q    How -- how frequently do you bike ride?
9        A    Very infrequently for me.
10       Q    Okay.  And do you still walk Murphy?
11       A    Yes, I walk Murphy, and now we have a
12   second dog.
13       Q    And what's the second dog's name?
14       A    Poppy.
15       Q    And what kind of dog is Poppy?
16       A    She is a 15-pound mutt.
17       Q    Okay.  And do you still -- do you walk
18   both of them now to Lincoln Park?
19       A    No, we don't go -- we don't take them to
20   Lincoln Park.
21       Q    On -- where -- what -- is there a park
22   nearby where you live now?

121

1    A    There's a park called Lovejoy that's
2 across the street.  Occasionally, we go in there.
3 We don't go there very often either.  Sometimes
4 we'll take them to a dog park that's down the
5 street.
6    Q    What's -- what's the name of that park?
7    A    Kingman [sic] Dog Park, I think.
8    Q    Okay.  And do you and Kelly own the
9 place you live now?
10    A    Yes.
11    Q    Okay.  And do you have a fenced-in yard?
12    A    Yes.
13    Q    So, the dogs can run outside?
14    A    Yes, it's not a very large yard.
15 However, we do let them go outside primarily and
16 then walk them together when we have opportunity.
17    Q    Is that still Capitol Hill, 410 11th
18 Street?
19    A    Yes.
20    Q    Okay.  And when did you and Kelly buy
21 that property?
22    A    December of 2021, January of 2022.

122

1    Q    Okay.  And do you have any tenants?
2    A    No.
3    Q    You have any roommates or anyone?  All
4 right.  Have you talked to anybody that you saw
5 before the accident or that you've seen after the
6 accident to ask them if they've experienced any
7 tripping or falling in Lincoln Park?
8    A    I've never asked anyone.
9    Q    Okay.  Okay.  You mentioned you sprained
10 your right ankle in 2016.  How did that happen?
11    A    I stepped off of a curve and I'm not
12 sure exactly what occurred, but I ended up
13 spraining my ankle.
14    Q    And when you stepped off -- you're
15 talking about a concrete curb?
16    A    Uh-huh.
17    Q    And when you stepped off the concrete
18 curb and stepped down with your right foot, it
19 sprained?
20    A    Yes, there was gravel, like, a little
21 bits of gravel on the concrete.  I think I
22 slipped.

123

1    Q    And then did you -- did you fall at that
2 point and have pain?
3    A    I sat down.  I was able to sit down on
4 that one.
5    Q    And did you have to be -- were you --
6 have to be -- did you have to be transported to an
7 ER for that?
8    A    I — I went home that evening, and then
9 my friend came and got me in the morning when it
10 was still really painful and took me to the ER.
11    Q    Okay.  And where were you treated for
12 that?
13    A    The emergency room in Cedar City, Utah.
14    Q    It's called the Cedar City Hospital.
15    A    I — I think so.  It's in the same
16 parking lot as Cedar Ridge Family Medical.
17    Q    And did they do an X-ray of your right
18 ankle at that time?
19    A    I don't recall.
20    Q    And what was the course of treatment for
21 the right ankle?
22    A    They put a, like, inflatable splint

124

1 that's, like, removable on me and gave me crutches
2 and told me just to take it easy for a few weeks.
3 But I was weight-bearing and everything.  I just
4 had to not twist it again.
5    Q    Okay.  All right.  Have we covered --
6 they've -- you taking ibuprofen now.  When's the
7 last time you had to walk with crutches, was that
8 after the -- the surgery to remove the hardware?
9    A    Yes.
10    Q    And you were using crutches for what, a
11 week?
12    A    It might have been two weeks.  I'm not
13 exactly sure.
14    Q    Okay.  But no crutches since then;
15 right?
16    A    No.
17    Q    No boots since then?
18    A    No boots since I took it off from that.
19 Again, I don't know exactly when.
20    Q    Okay.  And when's the last time that you
21 saw a doctor for your left ankle?
22    A    I last saw a doctor last month for my

125

1  left ankle.
2  Q   Who was that?
3  A   Dr. Stein.
4  Q   And who was he with?
5  A   I do not remember the name of the group.
6  Q   And why did you contact Dr. Stein?
7  A   My physical therapist was concerned that
8  I still have pain, severe pain in the soft tissue
9  of my ankle.  And she wanted me to go see their --
10 suggested Dr. -- to get an MRI and check out what
11 was happening in there.  She had suspicions that
12 there was more damage in there.
13 Q   That's the wellness group that's on
14 Massachusetts?
15 A   Yes.
16 Q   And when you saw Dr. Stein, did he do an
17 X-ray?
18 A   He did an X-ray.  And referred me for an
19 MRI.
20 Q   And have you had the MRI done?
21 A   I have had the MRI done.
22 Q   When was that done?

126

1  A   That was done two weeks ago, I think.  A
2  week ago, two weeks ago.
3  Q   And did you meet or did you talk to Dr.
4  Stein after the MRI?
5  A   I haven't yet.  I have an appointment
6  with him.
7  Q   When's your appointment?
8  A   Tomorrow morning.
9  Q   Okay.  And what is -- when you met with
10 Dr. Stein, he examined you, what did he tell you?
11 A   He was very short.  He said that he
12 thought I needed an MRI so we could see what was
13 happening, and that the X-ray looked like my bone
14 was healed --
15 Q   Okay.  And have you called Dr. DeBritz
16 at all to say, look, I'm still having discomfort?
17 A   No, I haven't.
18 Q   And are you dissatisfied with his care?
19 A   No, he was a great surgeon.  At the time
20 of my surgery, he told me that there was likely
21 soft tissue damage and that it might -- might hurt
22 me one day, but never did an MRI or anything like

127

1  that.  So, I decided to go ahead and try out the
2  new suggestion from my physical therapist in case
3  they had a, like, better view of soft tissue
4  damage versus --
5  Q   So, was your last contact with Dr.
6  DeBritz when he removed the hardware in 2022?
7  A   In 2023, yes.
8  Q   Sorry, 2023.  Okay.  And you saw him
9  after that surgery; right?
10 A   I don't recall.
11 Q   Okay.  Do you recall telling Dr. DeBritz
12 that your ankle felt much better after the
13 hardware was removed?
14 A   I don't remember.
15 MR. PARLER:  Okay.  Think that's all I
16 have.
17 MR. BARDO:  All right.  I've got a
18 round.  Do -- should we get started now or do you
19 want to take a break first?  Up to you.  I can
20 start now --
21 MR. PARLER:  Why don't we start now?
22 MR. BARDO:  Okay.  Do you mind if we

128

1  switch seats, Mr. Parler?
2  MR. PARLER:  No, I don't care.
3  MR. VISCA:  Just off the record for a
4  second.
5  (OFF THE RECORD)
6  THE REPORTER:  You may proceed.
7  EXAMINATION BY COUNSEL FOR THE DEFENDANT,
8  UNITED STATES OF AMERICA
9  BY MR. BARDO:
10 Q   Ms. Ryals, my name is Jack Bardo.  I'm
11 an assistant US attorney.  I represent the United
12 States of America in this case.  Just have a few
13 questions that clarify a few things and -- and
14 whatnot.  So, you lived on Tennessee Avenue at the
15 time; right?
16 A   Yes.
17 Q   And you were going to Lincoln Park?
18 A   Yes.
19 Q   Which entrance of Lincoln Park -- which
20 -- which -- which -- strike that.  From which
21 street did you approach Lincoln Park?
22 A   East Capitol Street on the north side.

---

129

1    Q    Was this the entrance on -- on this
2  screen?
3    **A    Yes, that appears to be it.**
4    Q    Okay.  This is 112th Street, Northeast.
5  So, this is about where you would have entered the
6  park?
7    **A    Yes.**
8    Q    Okay.  And so you -- you entered through
9  this -- this sidewalk here?
10   **A    Yes, sir.**
11   Q    All right.  The one -- so, that's 12th
12 and the corner of 12th and East Capitol; right?
13   **A    Yes.**
14   Q    Okay.  I'm zooming in now on a image of
15 the north side of Lincoln Park near 12th and East
16 Capitol.  Where -- where would -- where was the --
17 the hole?
18   **A    Right about -- right in there.**
19   Q    So --
20        MR. PARLER:  I'm going to look at it --
21        MR. BARDO:  Sure.
22        MR. PARLER:  -- if that's all right.

---

130

1  BY MR. BARDO:
2    Q    So, this was -- so we're -- whoops.  So,
3  it is north of the -- the Lincoln statue?
4    **A    Yes.**
5    Q    So, it's closer to the entrance -- the
6  11th Street, Northeast entrance?
7    **A    Yes.**
8    Q    So, we're -- so this would be the
9  northwest quadrant of the park?
10   **A    Yes.**
11        MR. BOURY:  Jack, let me just interfere
12 for -- for a minute.  Is there any way that we can
13 project that image through the Zoom, Court
14 Reporter?
15        THE REPORTER:  Not to my knowledge.  I
16 apologize.
17        MR. BARDO:  Yes, yeah, I'm just looking
18 at Google Maps, and we're describing stuff we see
19 on that.
20        MR. BOURY:  Yeah, I know, I'm just
21 trying to get -- get oriented.  I mean, I've done
22 that drill myself prior to the deposition, but I

---

131

1  just was curious if it was some way we could
2  project it.  Okay.  It's not that --
3        MR. VISCA:  Sorry, Joe.  We actually
4  produced a similar overhead satellite image where
5  we indicate where the accident -- it's very
6  similar.  So, if you -- you actually see in our
7  production a similar (inaudible) to orient where
8  the general location of the fall happened.
9        MR. BOURY:  Right, okay.  Yeah, I recall
10 that from the production.  Okay.
11 BY MR. BARDO:
12   Q    Did you -- did you see the hole prior to
13 when you fell?
14   **A    No.**
15   Q    Which direction were you looking?
16   **A    I was looking at the light pole, so I --**
17 **I was facing south, I think it would be.  Lincoln**
18 **was on my left.**
19   Q    Did you -- did the hole have grass in it
20 at the time?
21   **A    Yes.**
22   Q    Had you -- had you seen that hole

---

132

1  before?
2    **A    No.**
3    Q    Had you seen holes like it before?
4    **A    Not like that, no.**
5    Q    How often had you walked in Lincoln Park
6  prior to the incident?
7    **A    At least three times a day for several**
8  **months, about eight months, I think.**
9    Q    And remind me again when you moved to
10 the area?
11   **A    I moved to 101 -- 101.  108 Tennessee**
12 **Avenue in June of 2020 I think.**
13   Q    How old is Murphy?
14   **A    Murphy is now four, five, maybe, I**
15 **think.**
16   Q    So he was a puppy when you adopted him?
17   **A    He was about a year old when we adopted**
18 **him.**
19   Q    So he -- when this incident occurred, he
20 was still a puppy.
21   **A    Yeah, he was still young.**
22   Q    Did he -- how was walking him on the

---

133

1  leash at that point?
2      A    He was easily distracted, but he's only
3  15 pounds, so he couldn't really pull us.  We
4  taught him to sit down if he started pulling.
5      Q    And how old was he at the time of the
6  incident?
7      A    We think over -- just a little over a
8  year old, we think.
9      Q    Had you -- prior to this incident, had
10 you tripped ever in Lincoln Park before?
11     A    No.
12     Q    You testified earlier that you -- it was
13 in the fall of 2021 when you went back to find the
14 hole; is that right?
15     A    I don't know for sure, but I think so.
16 I wasn't very mobile until then.
17     Q    And what -- do you -- do you know what
18 -- about what month it was?
19     A    I don't know for sure.  I think maybe
20 August.
21     Q    So this was -- this would have been then
22 just about two, maybe three months after the

134

1  incident?
2      A    When I personally went over there, yes.
3      Q    What prompted you to go over there in
4  2021 -- in -- in August of 2021?
5      A    I -- that's when I was able to start
6  walking more.  And so I know that I started doing
7  -- once I was allowed to walk without crutches, I
8  did really slow lapse around the outside edge only
9  on the walkway of Lincoln Park because it was the
10 closest park to me.  And more big curiosity had me
11 go to the incident site.
12     Q    And the whole was still there?
13     A    Yes.
14     Q    Is it still there to this day, to your
15 knowledge?
16     A    Yes.
17     Q    When was the last time you saw it?
18     A    Yesterday.
19     Q    Did you take pictures yesterday?
20     A    With my counsel.
21         MR. VISCA:  Just for the record, I took
22 photos.  Ms. Ryals did not take any photos.

135

1          THE WITNESS:  Yes.
2          MR. VISCA:  Mrs. Excuse me.
3          THE WITNESS:  Thank you.
4  BY MR. BARDO:
5      Q    Prior -- I'm going to jump around a bit.
6  Prior to bringing this lawsuit, had you sued
7  anyone before?
8      A    No.
9      Q    Have you ever been sued before?
10     A    No.
11     Q    And you went to measure the hole in
12 2022; right?
13     A    Yes.
14     Q    What prompted you to measure the hole at
15 that point?
16     A    A conversation with my attorneys.
17     Q    And how -- how were you certain it was
18 the same hole?
19     A    Because there are no other holes in the
20 area, and I remember where I fell.
21     Q    You're -- you're certain there are no
22 other holes in the area?

136

1      A    Yes.
2      Q    So you testified earlier that you hadn't
3  -- that you never contacted the National Park
4  Service; is that right?
5      A    Correct.
6      Q    But at some point, did -- did someone
7  ever contact the National Park Service on your
8  behalf?
9      A    I am not sure.
10     Q    Did you -- you -- did you -- you never
11 had any conversation with anyone at the National
12 Park Service about -- about this incident?
13     A    I personally did not.
14     Q    Did -- has anyone had any conversations
15 with the National Park Service on your behalf?
16     A    I am not sure.
17     Q    Currently, do you have any hardware in
18 your ankle?
19     A    There were two screws that were not able
20 to be removed.  So they -- they are still in my
21 bone.
22     Q    Do you anticipate being able to get them

137

1  removed?

2  A  No, I was told that I would not be able

3  to get them removed without causing more damage to

4  my bone.

5  Q  So the -- you essentially will have them

6  for the rest of your life, you believe?

7  A  Yes.

8  Q  You testified that you still suffer pain

9  from this accident.

10  A  Yes, sir.

11  Q  On a typical day, how would you rate the

12  pain on a scale of one to 10, one being annoying

13  but not too bad, 10 being total agony?

14  A  On a typical day, maybe a three.

15  Q  At what point in the healing process did

16  it come to be a three on a typical day?

17  A  It got to that point after my second

18  surgery.  Prior to my second surgery, it was more

19  of a seven every day.

20  Q  How does it feel today?

21  A  Right now, we're about a two.  It -- the

22  mornings are typically better than the evenings.

138

1  Q  Do you have any upcoming surgeries?

2  A  None scheduled.

3  Q  Do you have -- have you been told that

4  you will need other surgeries?

5  A  I have not been told that.  I know my

6  physical therapist mentioned that that might be a

7  possibility.  But until I talk to my doctor after

8  this MRI, I won't know.

9  Q  What kind of surgeries does your

10  physical therapist think you'll need?

11  A  She is concerned that I have problems

12  with my ligaments, and so I'm not sure exactly

13  what that would entail.

14  Q  Did you contact -- have you -- have you

15  spoken with anyone from Violeta, is the name of

16  the company, about -- about the incident?

17  A  No.

18  Q  Have you spoken with anyone from Davey

19  Tree Services about the incident?

20  A  No.

21  Q  Did you ever -- you testified earlier

22  that you had first thought that this was a D.C.

139

1  park; right?

2  A  I had never really thought about who

3  administered the park and -- before this.

4  Q  Did you ever contact 311 about the

5  incident?

6  A  I don't recall.  I don't believe so.

7  Q  You testified earlier that you interned

8  for Senator Hatch.

9  A  Yes, sir.

10  Q  Did -- Senator Hatch is a -- a

11  songwriter on his spare time, or I suppose?  Yes.

12  A  Yes.

13  Q  Did -- did -- did you assist him with

14  that endeavor?

15  A  I did not, but I have heard him play the

16  piano and sing before, and it was delightful.

17  Q  And how is -- how's your -- how's your

18  current job going with Senator Cornyn?

19  A  It's wonderful.  This is my second week,

20  and so far, it has been great.  The office is

21  wonderful.

22  Q  And remind me your title again?

140

1  A  Administrative manager.

2  Q  Okay.  Is that -- what does that

3  involve?

4  A  I'm -- it is office management for his

5  personal office, the Hideaway office, and all

6  seven state offices, as well as some expanded

7  duties related to the leadership race and other

8  projects as needed from the administrative

9  director and the chief of staff.

10  Q  So they have you basically doing

11  everything, you're (crosstalk) hands on everything

12  it sounds like?

13  A  Just a little bit of everything, which

14  keeps me on my toes so far.

15  MR. BARDO:  Yeah, I think -- I think

16  that covers everything for me.

17  MR. PARLER:  Mr. Boury, do you have any

18  questions?

19  MR. BOURY:  I -- I think it's been

20  pretty comprehensive, but I just have two

21  questions.

22  EXAMINATION BY COUNSEL FOR THE DEFENDANT,

141

1          THE DAVEY TREE EXPERT COMPANY

2     BY MR. BOURY:

3     Q    Ms. Ryals, I represent the Davey Tree

4     Company in this litigation.  And one question I

5     had is: Do you ever recall in the 10 months that

6     you visited Lincoln Park before the accident

7     observing any tree or other structure in that area

8     where your accident occurred between the bench and

9     the light pole?

10    A    No, I don't recall a tree ever being

11    there.

12    Q    Okay.  In the times that you observed

13    the hole, is there anything about that observation

14    that would suggest to you what may have caused

15    that hole to exist?

16    A    I --

17    Q    Or specifically whether or not anything

18    may have been pre-existing in that hole and been

19    removed?

20    A    I'm not sure.  I don't know what it

21    would look like if it had had something there

22    before or not.

142

1     Q    Okay.  You didn't observe, for example,

2     any roots in the hole or any other structure,

3     wood, metal, anything like that?

4     A    No.

5          MR. BOURY:  Okay.  That's all I have.

6     Thanks.

7          MR. PARLER:  I got --

8          MR. VISCA:  Go ahead.

9          MR. BOURY:  Go ahead.

10         MR. VISCA:  No, no, I -- I don't have

11    anything yet.  So go ahead.

12    RE-EXAMINATION BY COUNSEL FOR THE DEFENDANT,

13        VIOLETA GROUNDS MANAGEMENT CO., INC.

14    BY MR. PARLER:

15    Q    The photographs that your husband took

16    on June 13th, right after the accident --

17    A    Uh-huh.

18    Q    -- like three days afterwards, he was

19    out there by himself; correct?

20    A    I'm not sure.  I was not very

21    coherent during those days, but I assume he was.

22    Q    You didn't go with him?

143

1     A    Oh, no, absolutely not.

2     Q    How did he know where to go in terms of

3     the area of your accident on June 13th?

4     A    I described to him where it was at and

5     he went and found it.

6     Q    Okay.  So those photographs of June 13th

7     where he's measuring 72 inches from the sidewalk --

8     A    Uh-huh.

9     Q    -- is -- and -- and the -- the tape

10    measure ends in the -- in the lawn, is that -- how

11    do you know that's where you tripped?

12    A    He -- I do remember FaceTiming with

13    someone at one point while going to find it.  And

14    as I stated earlier, there are not any other holes

15    in the area.  Now that I've been there,

16    especially, I've verified that.  And it's the spot

17    where I said I fell.  Additionally, when I

18    initially fell, I had my Apple Watch on, and there

19    was a -- a little map for me to be like, it's in

20    this area, please go look.

21    Q    So at the time of the accident, I don't

22    think we discussed this.  You were wearing an

144

1     Apple Watch?

2     A    Yes.

3     Q    And the day of the accident, did you

4     have the Apple Watch on so it was tracking where

5     you walked?

6     A    Yes.

7     Q    Or does it do that automatically?

8     A    It -- I had -- I had a walking workout

9     going that tracked me leaving work, going to get

10    my dog, and I left it on when I was walking around

11    the park with my dog.

12    Q    Okay.  And so it leaves like a trail;

13    right?

14    A    Uh-huh.

15    Q    And does it time how long you were on

16    each spot, or it just leaves a trail?

17    A    No, it just leaves a trail.

18    Q    So that really wouldn't help you know

19    where the accident happened; right?

20    A    You can see on the picture that there's

21    like a spot where there's a lot of little lines,

22    and that is where I fell and sat for several

145

1 minutes. It was catching my motions when I was
2 sitting there.
3     Q    Okay. And when Kelly went out on June
4 13th, did he go out just based on the general area
5 where you told him the accident happened?
6     A    I -- I'm not sure. I think -- I think I
7 told him where it happened. I knew it was next to
8 the bench and to a light and where in the park it
9 happened.
10     Q    Okay. Have you ever checked Kelly's
11 June 13th photographs with the October 22nd
12 photographs to see if the spot matches?
13     A    I personally haven't.
14     Q    Do you know if anybody's done that?
15     A    I don't know.
16     Q    Okay. And on June 13th of 2021, when
17 Kelly went out took pictures, did he rip any grass
18 out or do anything to mark the spot?
19     A    I don't know.
20     Q    Okay. I mean, you would agree with me
21 because I've been out there. I grew up in this
22 area. You would agree with me that every day in

146

1 that park there are lots of people with dogs?
2     A    Yes.
3     Q    And one thing that actually somewhat
4 surprised me is a lot of people unleash their
5 dogs, even big dogs; right? So dogs and people
6 are kind of going all over wherever they want to
7 go; right?
8     A    Yes.
9     Q    I mean, there's a lot of foot traffic on
10 that park every given day; right?
11     A    Yes.
12     Q    And there's also been events in that
13 park; right? Protest and -- and people throwing
14 up tents to protest and stuff like that at Lincoln
15 Park; right?
16     A    I know there have been protests. I
17 don't recall the tents, but I don't -- I don't
18 know for sure.
19     Q    Okay. But with regard to this
20 depression, if the -- if the location from October
21 22nd and June 13th, that that -- if they are, in
22 fact, the same spot. You'd agree with me that the

147

1 potential causes for that depression where you
2 tripped would be infinite; right? There are a
3 number of different things that could have caused
4 it.
5     A    I -- I have no idea what might have
6 caused it.
7     Q    And you also don't know how long that
8 spot where you tripped was in existence prior to
9 your tripping; correct?
10     A    Correct, I have no idea.
11     MR. PARLER: Okay. Thank you.
12     MR. VISCA: I don't have any questions.
13     MR. BARDO: Mr. Court Reporter, please
14 do not send the United States a copy of the
15 transcript. I need to get a purchase order in
16 order to purchase the transcript, but we will
17 purchase it as soon as I have the authority.
18     THE REPORTER: Okay.
19     MR. VISCA: We're going to read, not
20 ordering yet.
21     MR. PARLER: Is there any way that we
22 could get Mr. Jordan here before 2:30?

148

1     MR. VISCA: I'll call -- my
2 understanding was he wouldn't be able to come
3 before 2:30, but I -- we'll find out now --
4     THE WITNESS: Yeah.
5     MR. VISCA: -- if he has any change in
6 his schedule.
7     THE WITNESS: Do you want me to call
8 him, or do you --
9     MR. VISCA: Yeah, we'll step out and
10 we'll give him a call.
11     THE WITNESS: Okay.
12     THE REPORTER: Mr. Boury, do you have an
13 order you'd like to put on the record before we
14 continue?
15     MR. BOURY: I'm sorry. Did someone have
16 a question for me?
17     THE REPORTER: Do you have an order that
18 you would like to put on the record before any
19 further conversation happens?
20     MR. BOURY: Yes, I mean, just in terms
21 of ordering the transcript --
22     THE REPORTER: Yes, sir.

149

1      MR. BOURY:  -- is that what you're

2  referring to?  Yes.  Certainly, I -- I want to

3  order it.  I guess a condensed version mini-script

4  will be fine.

5      THE REPORTER:  Yes, sir.  Thank you very

6  much.

7      (OFF THE RECORD AT 1:04 PM)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

151

1      CERTIFICATE OF TRANSCRIBER

2      I, Brandi McLean, do hereby certify that

3  the foregoing transcript is a true and correct

4  record of the recorded proceedings; that said

5  proceedings were transcribed to the best of my

6  ability from the audio recording and supporting

7  information; and that I am neither counsel for,

8  related to, nor employed by any of the parties to

9  this case and have no interest, financial or

10  otherwise, in its outcome.

11

12

13  _Brandi McLean_____

14  BRANDI MCLEAN

15  7/11/2024

16

17

18

19

20

21

22

150

1      CERTIFICATE OF NOTARY PUBLIC

2      I, Dolores Bunch, Notary Public in and for

   the District of Columbia, do hereby certify that

3  the aforementioned witness was sworn before me at

   the aforementioned location, and that I am neither

4  counsel for, related to, nor employed by any of

   the parties to this case and have no interest,

5  financial or otherwise, in its outcome.

      IN WITNESS WHEREOF, I have hereunto set my hand

6  this 11th day of July, 2024.

7

8  _Dolores Bunch_

9  _____

10  NOTARY PUBLIC IN AND FOR THE DISTRICT OF COLUMBIA

11

12

13      CERTIFICATE OF COURT REPORTER

14      I, Jaime Breeden, the officer

   before whom the foregoing deposition was taken, do

15  hereby certify that said proceedings were

   electronically recorded by me; and that I am

16  neither counsel for, related to, nor employed by

   any of the parties to this case and have no

17  interest, financial or otherwise, in its outcome.

      IN WITNESS WHEREOF, I have hereunto set

18  my hand this 11th day of July, 2024.

19

20  _Jaime Breeden_

21  _____

22  JAIME BREEDEN, COURT REPORTER