# EXHIBIT 7



06/13/2021                                    RYALS-1033



06/13/2021

RYALS-1034



06/13/2021                                          RYALS-1035



06/13/2021

RYALS-1036



06/13/2021                                    RYALS-1046