# EXHIBIT 8



BRODSKY FOTIU-WOJTOWICZ

November 29, 2023

**<u>VIA US MAIL AND EMAIL TO:</u>**

Violeta Grounds Management Co. Inc.          Violeta Grounds Management Co. Inc.
c/o Resident Agent Sheila Gonzaga Wright     5808 Cabbage Spring Road
10519 Apple Ridge Road                       Mount Airy, MD 21771
Montgomery Village, MD 20886                                                    and
sheila@violetalandscape.com                  P.O. Box 1031
www.violetalandscape.com                     Mount Airy, MD 21771

   RE: Samantha Ryals v. United States of America
      USDC District of Columbia Case No. 23-cv-01270-TSC

Dear Ms. Wright:

   The undersigned represents Plaintiff Samantha Ryals in the above-referenced action. Ms. Ryals suffered injuries on June 10, 2021 at Lincoln Park, Washington DC, and we are trying to obtain records potentially relevant to her claims through our investigation of the incident. To that end, we have been attempting to have a Subpoena *duces tecum* (i.e. a request for records) served on Violeta Grounds Management Co. Inc. ("Violeta") through the registered agent address and/or through the primary business address listed above. However, neither address appears to be currently associated with Violeta.

   On November 13, 2023, a process server attempted to serve the Subpoena at 10519 Apple Ridge Rd. – the registered agent address listed in Violeta's business profile on Maryland.gov. The process server provided the following note: "Spoke to the homeowner Gary. He stated Sinia's looking for his nephew's wife. She hadn't lived here in years. He said she lives in MT Airy Maryland. He didn't know the exact address. He is not associated with this company" *[sic]*.

   On or about November 22, 2023, an additional attempt was made to serve the Subpoena at 5808 Cabbage Spring Rd., which appears to be a residential address and is listed as Violeta's principal office on Violeta's website. However, the individual who is currently occupying the premises stated they had no association with Violeta.

ROBERT VISCA, ESQ.
WWW.BFWLEGAL.COM
ROBERT@BFWLEGAL.COM

200 SE 1ST STREET, SUITE 400
MIAMI, FLORIDA 33131
T. 305-503-5054 F. 786-749-76449