# EXHIBIT 9



Violeta Document Production 000173



Violeta Document Production 000174

Link to Video for Exhibit 9

https://www.dropbox.com/scl/fi/hq837o856zd7pc8nehhyr/IMG_4533.mov?rlkey=om2vxv53brhlxo2snmn7zmkei&st=zk7hh13j&dl=0