# EXHIBIT 10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMANTHA RYALS,                         *

    Plaintiff                            *

V.                                      *   Civil Action No. 23-cv-1270(TSC)

UNITED STATES OF AMERICA, et            *
al.
                                        *
    Defendants
                                        *

    *  *  *  *  *  *  *

## ANSWERS TO INTERROGATORIES

Now comes Defendant, Violeta Grounds Management Co., Inc., (hereinafter "Violeta"), by its attorneys, William Carlos Parler, Jr. and The Law Offices of William C. Parler, Jr., L.L.C., and for Answers to Interrogatories propounded by the Plaintiff, says:

    a.    That the information supplied in these Answers to Interrogatories is not based solely upon the knowledge of the executing party, but includes the knowledge of the parties, their agents, representatives, and attorneys, unless privileged.

    b.    That the word usage and sentence structure may be that of the attorney assisting in the preparation of these Answers to Interrogatories and thus does not necessarily purport to be the precise language of the executing party(ies).

    c.    The information contained in these Answers to Interrogatories is being provided in accordance with the provisions and intent of Rule 33 of the Federal Rules of Civil Procedure, which require the disclosure of all facts which may be relevant or may lead to discovery of relevant information. Accordingly, the party answering these Interrogatories, by providing the information requested, does not waive objections to its admission in evidence on grounds of materiality or relevancy or other proper grounds for objection.

## INTRODUCTION AND GENERAL OBJECTIONS

11. Identify each individual who has slipped, tripped, or fallen on the Park grounds, as described in the Amended Complaint between January 1, 2018 and today. For each slip, trip or fall identified provide the person's name, address, phone number, and e-mail address, the date of the slip, trip or fall, and a brief description of the incident.

**ANSWER:** The Plaintiff's alleged trip and fall in Lincoln Park is the only alleged trip and fall that has been reported to Violeta since Violeta began maintaining the boxed beds and placing mulch there in June of 2020.

12. Identify each report or complaint that the park grounds, as described in the Amended Complaint were dangerous, poorly maintained, or posed a falling or tripping hazard, or the like, from January 1, 2018 until today. For each report or complaint identified provide the name, address, phone number, and e-mail address for the person making the report or complaint, the date of the report or complaint, and a description of the report or complaint.

**ANSWER:** Violeta began working to place mulch and to maintain boxed tree and flower beds in June of 2020 and does not believe any such reports exist.

I, SHEILA WRIGHT, AS CORPORATE DESIGNEE OF VIOLETA GROUNDS MANAGEMENT CO., INC., AM DULY AUTHORIZED BY THE CORPORATION TO EXECUTE THESE ANSWERS TO INTERROGATORIES UNDER OATH ON ITS BEHALF. THE INFORMATION SET FORTH IN THESE ANSWERS WAS COLLECTED BY OTHERS, AND SUCH INFORMATION IS NOT NECESSARILY WITHIN MY PERSONAL KNOWLEDGE. HOWEVER, ON BEHALF OF THE CORPORATION, I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING ANSWERS TO INTERROGATORIES ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

*Sheila Wright*
Sheila Wright (Apr 23, 2024 13:05 EDT)

VIOLETA GROUNDS MANAGEMENT CO., INC.
BY: SHEILA WRIGHT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2024, a copy of the aforegoing was sent via electronic mail to:

Michael S. Olin, Esq.
Alaina Fotiu-Wojtowicz, Esq.
Robert Visca, Esq.
BRODY FOTIU-WOJTOWICZ, PLLC
200 SE 1st Street, Suite 400
Miami, Florida 33131
alaina@bfwlegal.com
molin@bfwlegal.com
robert@bfwlegal.com
docketing@bfwlegal.com
*Attorneys for Plaintiff*

John Bardo, Esq.
DOJ-USAO
601 D Street NW
Washington, DC 20530
john.bardo@usdoj.gov
*Attorneys for United States of America*

Joseph Boury, Esq.
Litchfield Cavo LLP
420 Lexington Avenue, Suite 2104
New York, NY 10170
boury@litchfieldcavo.com
*Attorneys for The Davey Tree Expert Company*

/s/ *William Carlos Parler, Jr.*
WILLIAM CARLOS PARLER, JR.

7

# Answers to Interrogatories

Final Audit Report  2024-04-23

| | |
|---|---|
| Created: | 2024-04-22 |
| By: | Michelle Kessler (m.kessler@parlerlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAp3wmvC_XCbxFve28nOQE2uyHdis77qW2 |

## "Answers to Interrogatories" History

- 📄 Document created by Michelle Kessler (m.kessler@parlerlaw.com)
  2024-04-22 - 4:29:39 PM GMT- IP address: 73.187.161.231

- ✉️ Document emailed to Sheila Wright (sheila@violetalandscape.com) for signature
  2024-04-22 - 4:29:46 PM GMT

- 📄 Email viewed by Sheila Wright (sheila@violetalandscape.com)
  2024-04-23 - 4:57:12 PM GMT- IP address: 104.251.75.1

- ✍️ Signer Sheila Wright (sheila@violetalandscape.com) entered name at signing as Sheila Wright
  2024-04-23 - 5:05:07 PM GMT- IP address: 104.251.75.1

- ✍️ Document e-signed by Sheila Wright (sheila@violetalandscape.com)
  Signature Date: 2024-04-23 - 5:05:09 PM GMT - Time Source: server- IP address: 104.251.75.1

- ✅ Agreement completed.
  2024-04-23 - 5:05:09 PM GMT

Adobe Acrobat Sign