# EXHIBIT 11

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMANTHA RYALS,

                    CIVIL ACTION NO.:
                    23-CV-01270-TSC

        PLAINTIFF,

VS.
UNITED STATES OF AMERICA,
VIOLETA GROUNDS MANAGEMENT
CO., INC., AND THE DAVEY TREE
EXPERT COMPANY,

        DEFENDANTS.

_____/

DEPOSITION OF:          SHEILA WRIGHT

DATE:                   AUGUST 16, 2024

TIME:                   9:56 A.M. - 1:59 P.M.

PLACE:                  VIA ZOOM REMOTE CONFERENCING

REPORTED BY:            TAMARA MASCI TANNEN, RPR, FPR-C
                        STENOGRAPHIC COURT REPORTER
                        NOTARY PUBLIC, STATE OF FLORIDA

2

1 APPEARANCES:
2 ROBERT S. VISCA, ESQ.
  BRODSKY FOTIU-WOJTOWICZ, PLLC
3 200 SE 1ST STREET, SUITE 400
  MIAMI, FLORIDA 33131
4 305-503-5054
  ROBERT@BFWLEGAL.COM
5     COUNSEL APPEARING ON BEHALF OF THE PLAINTIFF.
6
7 JOHN J. BARDO, ASSISTANT UNITED STATES ATTORNEY
  UNITED STATES ATTORNEY'S OFFICE
8 601 D STREET, NW
  WASHINGTON, DC 20530
9 (202)870-6770
  JOHN.BARDO@USDOJ.GOV
10    COUNSEL APPEARING ON BEHALF OF DEFENDANT, UNITED STATES
      OF AMERICA.
11
12 WILLIAM CARLOS PARLER, JR., ESQ.
   THE LAW OFFICES OF WILLIAM C. PARLER, JR., LLC
13 311 GAILRIDGE ROAD
   TIMONIUM, MARYLAND 21093
14 (410)832-1885
   W.PARLER@PARLERLAW.COM
15    COUNSEL APPEARING ON BEHALF OF DEFENDANT, VIOLETA
      GROUNDS MANAGEMENT CO., INC.
16
17 JOE BOURY, ESQ.
   LITCHFIELD CAVO, LLP
18 303 WEST MADISON
   SUITE 300
19 CHICAGO, ILLINOIS 60606
   (312)781-6602
20 BOURY@LITCHFIELDCAVO.COM
      COUNSEL APPEARING ON BEHALF OF DEFENDANT, THE DAVEY
21    TREE EXPERT COMPANY.
22
23
24
25

3

1           * * * * * * * * *
2           S T I P U L A T I O N S
3        It is hereby stipulated and agreed by and
4  between counsel for the respective parties, and the
5  deponent, that the reading and signing of the deposition
6  are hereby was reserved.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

4

1              I N D E X
2  WITNESS                              PAGE
3  SHEILA WRIGHT
4  Direct Examination by Mr. Visca         5
5  Cross Examination by Mr. Parler       112
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

5

```
 1          P R O C E E D I N G S
 2              * * * *
 3        THE REPORTER:  Raise your right hand, please.  Do
 4  you swear that the testimony you are about to give will
 5  be the truth, the whole truth, and nothing but the
 6  truth?
 7        THE WITNESS:  I do.
 8        THE REPORTER:  Thank you.  You may proceed.
 9              SHEILA WRIGHT,
10  Having been first duly sworn, testified as follows:
11              DIRECT EXAMINATION
12  BY MR. VISCA:
13     Q.  Good morning, ma'am.  Can you please state and
14  spell your name for the record.
15     A.  My name is Sheila Wright, S-H-E-I-L-A.  Last name
16  is W-R-I-G-H-T.
17     Q.  Thank you.
18        Have you ever given a deposition before?
19     A.  I have not.
20     Q.  First time.  Okay.
21        I'm sure your attorney explained to you how it
22  works, but just to go over a couple of ground rules, you
23  know, even though we can see each other via Zoom, it's still
24  important that you verbalize all of your responses, answer
25  with a yes or no as necessary.  If you nod your head or
```

6

```
 1  answer with mm-hmm, uh-uh, which could be natural, I'm just
 2  going to have to make sure we get a yes or no for the
 3  record.
 4        Along with that, it's important that we don't
 5  speak over one another so we can get clear statements on the
 6  record by yourself and all attorneys.
 7        So I'd just ask that you let me completely finish
 8  asking the question before you start to answer and I'll do
 9  the same for you.
10        If you're not sure what I'm asking or you just
11  want to need me to rephrase it or ask it again, just let me
12  know.  Happy to do so.
13        If you need a break at any time, let us know.
14  Happy to accommodate.
15        And I don't want you to speculate or guess.  If
16  you know the answer, great.  If not, or you don't remember,
17  it's a perfectly fine answer.  Okay?
18     A.  (Nodding.)
19     Q.  What's your educational background?
20     A.  I hold a certificate in landscape technology from
21  Montgomery College.
22     Q.  When did you get that?
23     A.  I don't remember exactly.  It's been many years.
24     Q.  Where is Montgomery College?
25     A.  It's in Germantown, Maryland.
```

7

```
 1     Q.  And what was the program or course that you had to
 2  do there to get that certification?
 3     A.  Could you -- could you ask me -- could you ask me
 4  that again?
 5     Q.  What was involved in obtaining that certification?
 6     A.  Several courses within landscaping, the
 7  landscaping industry, including pest management, plant
 8  identification.  There was -- I remember beekeeping.  There
 9  was landscape design, lawn.  There was a class on turf grass
10  management, pest identification.  These are the ones that I
11  can remember from off the top of my head.
12     Q.  Can you generally ballpark around what time you
13  would have gotten the certification?
14     A.  Generally -- could you repeat the question?
15     Q.  Yeah.  I'm trying to figure out around what year
16  you would have obtained the certification?  I don't need an
17  exact date.
18     A.  About 2016.
19     Q.  2016.  Okay.
20        Do you have any other professional certifications
21  or licenses?
22     A.  Yes.  I am a Certified Snow Professional through
23  SIMA.  I -- I have a certified landscape professional
24  manager exterior through Lands Care Network.  I'm a
25  Certified Arborist through ISA.  I hold a pesticide
```

8

```
 1  applicator's license in DC, Virginia and Maryland,
 2  professional fertilizer applicator in the State of Maryland.
 3  These are the ones that I can remember off the top of my
 4  head.
 5     Q.  Did you obtain all these around the same time, in
 6  2016?
 7     A.  No.
 8     Q.  When would you have obtained those ones you just
 9  listed?
10     A.  Little by little as the years progressed.
11     Q.  Any others you could think of?
12     A.  If you give me enough time, I could come up with
13  maybe one or two more that I can remember.  I can't
14  remember.
15     Q.  Okay.  Do you have any college degrees?
16     A.  Not in the United States in here.  I just hold a
17  Certificate of Landscape Technology.
18     Q.  Where do you have a degree from?
19     A.  Foreign language in literature in English as a
20  major.
21     Q.  Where did you obtain that?
22     A.  Could you repeat the question?
23     Q.  Where did you obtain that degree?
24     A.  Where?
25     Q.  Yeah.
```

9

1    A.  In Brazil.
2    Q.  Brazil.
3        Is that where you're from originally?
4    A.  Yes.
5    Q.  And when did you move to the U.S.?
6    A.  2005.
7    Q.  Where do you currently live?
8    A.  Mount Airy, Maryland.
9    Q.  Do you have any other type of degrees?
10   A.  Not that I can think of.
11   Q.  What's your current employment?
12   A.  My current employment is with Violeta Grounds
13  Management.
14   Q.  In what capacity?
15   A.  I am the owner and I wear many hats within
16  Violeta, multiple tasks.
17   Q.  Are you the sole owner?
18   A.  No.
19   Q.  Who else owns it?
20   A.  Jeremy Wright.
21   Q.  Who is Jeremy Wright?
22   A.  He is co-owner of Violeta Grounds Management and
23  also my husband.
24   Q.  Did you guys start the company together?
25   A.  Yes.

10

1    Q.  In what year did you start the company?
2    A.  2009.
3    Q.  Have you two been the only owners of Violeta since
4   starting the company?
5    A.  Yes.
6    Q.  You mentioned you wear many hats with Violeta?
7    A.  Yes.
8    Q.  What are those hats?
9    A.  Yes.  I prospect for new clients, talk to existing
10  clients, negotiate contracts, will help draft proposals,
11  coordinate crews when it's time for planting, do HR,
12  accounting, finance equipment, among many others.
13   Q.  And what is your husband's role in the company?
14   A.  Right now, he is more on the networking dealing
15  with clients, dealing with the employees more on the back
16  end of the -- the business.
17   Q.  In 2021, was your husband's responsibilities
18  similar to what it is now or was it different?
19   A.  They were different.  They were more, yes.  More
20  as in we were also in the field.
21   Q.  What do you mean by that?
22   A.  We were also doing various tasks within the
23  landscaping industry, not only the -- the backstage part of
24  the -- of the business.
25   Q.  You guys were also involved in the labor aspect?

11

1    A.  To an extent, yes.
2    Q.  Currently how many employees work for Violeta?
3    A.  About 25.
4    Q.  What are the different types of positions among
5   those?
6    A.  There's a operations manager, foreman, crew
7   members.
8    Q.  How many crews are there?
9    A.  I don't know a hundred -- I'm not a hundred
10  percent certainty.  I can ballpark a number.
11   Q.  Sure.
12   A.  About four or five crews.
13   Q.  How many members are on each crew?
14   A.  About three or four.
15   Q.  Three or four people per crew, okay.
16       And what are the positions in the crew?
17   A.  There's the driver, who is also the foreman.
18  They're in -- usually one foreman and two or three crew
19  members.
20   Q.  What are the foreman's responsibilities?
21   A.  It's to drive people, report to us in case there's
22  something that needs to be addressed.  He will lead the guys
23  on doing the work correctly.  He will help train more people
24  that come onboard, among other tasks.
25   Q.  And what do the crew members do?

12

1    A.  The crew members report to the foreman.  They will
2   do the work, follow the rules, make sure that the work is
3   done in a safe and complete manner.
4    Q.  You mentioned there's an operations manager.  What
5   is -- what do they do?
6    A.  He oversees the operations.  So he oversees the
7   work that is being done.  He talks to clients.  Basically,
8   my boots on the ground when it comes to operations with --
9   to the landscape work itself.
10   Q.  Who is the operations manager?
11   A.  Nick Miller.
12   Q.  How long has he been in that role?
13   A.  About three to four years.
14   Q.  So at the time of the incident for this lawsuit in
15  June of 2021, was he operations manager?
16   A.  He was not yet.
17   Q.  Not yet?  Okay.
18   A.  No, not yet.
19   Q.  Who was in that role in June of 2021?
20   A.  It was -- we divided between Jeremy and I.
21   Q.  How did you guys divide it?
22   A.  Do as much as we can.  Drive around, check the
23  properties, talk to CORs, see how things are going.
24   Q.  Did you guys each have your own specific parks
25  that you would handle or it was more just depending

SHEILA WRIGHT

13

1  day-to-day who was available to go out?
2    A.  We had specific parks, for the most part.
3    Q.  Okay.  Who -- which one of you then was I guess
4  overseeing Lincoln Park at that time in your operations
5  manager role?
6    A.  It was me.
7    Q.  You.
8       How many employees did Violeta have in 2021?
9    A.  I don't know the exact number, but I can ballpark
10  it at around 10.
11    Q.  Ten total?
12    A.  Ten total.
13    Q.  Does that include you and Jeremy?
14    A.  Yes.
15    Q.  How many crews were there at that time?
16    A.  Where?
17    Q.  In 2021.
18    A.  About two to three.
19    Q.  And how many members were on each crew at that
20  time?
21    A.  I don't remember exactly.
22    Q.  Well, if you had -- you and Jeremy weren't on the
23  crews at that time, correct?
24    A.  I wasn't.
25    Q.  Okay.

14

1    A.  Jeremy was, not related to Lincoln Park.
2    Q.  I'm sorry?
3    A.  Not -- Jeremy was not related to the crew at
4  Lincoln Park.
5    Q.  How many crews were assigned to Lincoln Park in
6  2021?
7    A.  One.
8    Q.  Who was on the crew at that time?
9    A.  I don't remember.  I remember Luis.
10    Q.  Luis what?
11    A.  Luis Castro.
12    Q.  Is he still at Violeta?
13    A.  Yes.
14    Q.  Anybody else on that crew that you can recall?
15    A.  I don't remember.
16    Q.  Can you say one way or the other if there was more
17  than one individual on the Lincoln Park crew?
18    A.  Yes.
19    Q.  There was?
20    A.  Yes.  Yes.
21    Q.  If you wanted to confirm who was on the crew,
22  where or what would you look at?
23       MR. PARLER:  For 2021?
24       THE WITNESS:  I would ask around.
25  BY MR. VISCA:

15

1    Q.  Yeah, for 2021.  Go ahead.
2    A.  I would ask around.
3    Q.  There's no particular log or document that would
4  indicate who was on a particular crew for a particular time
5  period?
6    A.  I can take a look at my scheduling, my scheduling
7  software.
8    Q.  Currently how many crews are assigned to Lincoln
9  Park?
10    A.  One crew for mowing, another crew for bed
11  maintenance.
12    Q.  And each crew has -- each crew has three to four
13  people?
14    A.  The mowing crew has three.  The -- the bed
15  maintenance crew has two -- on the year, on the time of the
16  year.
17       THE REPORTER:  I didn't get your whole answer.
18       (A portion of the record was read back by the
19  reporter.)
20       THE WITNESS:  Two to four depending on the time of
21  the year.
22  BY MR. VISCA:
23    Q.  And when did Violeta first start using a mowing
24  crew at Lincoln Park?
25    A.  As of September 2023.

16

1    Q.  Does Violeta have a central office or headquarters
2  location?
3    A.  We divide our locations between the office in
4  Mount Airy, storage site in Gaithersburg, Maryland.
5  Poolesville, Maryland.  That's it.
6    Q.  What did you do for work prior to starting
7  Violeta?
8    A.  I was a server.  Then a massage therapist.
9    Q.  Any type of experience in landscaping or
10  groundskeeping prior to starting Violeta?
11    A.  No.
12    Q.  What made you start a landscaping company at that
13  point?
14    A.  Jeremy was a landscaper at that time.  And we both
15  wanted to have our own business, so we figured that we would
16  join forces and start a landscaping business.
17    Q.  Do you own any other companies?
18    A.  Could you repeat the question?
19    Q.  Do you own any other businesses?
20    A.  I do not.
21    Q.  So one of the other ground rules I didn't mention
22  is obviously, I don't want to know about any conversations
23  you had with your counsel at any point in time.  I won't ask
24  you about that, so don't volunteer that.
25       But putting that aside, did you speak with anyone

17

1 else to prepare for today's deposition?
2    A. No.
3    Q. Did you review documents to prepare for the
4 deposition?
5    A. Yes.
6    Q. What documents did you review?
7    A. The Notice to Deposition, Answer to
8 Interrogatories, and the documents that I have submitted.
9    Q. The records you produced in the lawsuit?
10    A. That's correct.
11    Q. And so, you mentioned that you reviewed the Notice
12 of Taking Deposition. You understand that you've been
13 designated as corporate representative for Violeta for
14 purposes of today's deposition?
15    A. Could you please repeat that?
16    Q. Yeah. Do you understand that you've been
17 designated as a corporate representative to testify on
18 behalf of Violeta for today's deposition?
19    A. Yes.
20    Q. And the topics that the questions will encompass
21 are listed out on the Schedule A of that notice. You
22 reviewed those topics?
23    A. Yes.
24    Q. Were there any that you saw that you aren't able
25 to testify or don't have any knowledge or information with

18

1 respect to?
2    A. Not to my knowledge.
3    Q. Has Violeta ever been sued before?
4    A. No.
5    Q. Have you?
6    A. No.
7    Q. What about your husband; has he been sued before?
8    A. Not to my knowledge.
9    Q. Has anyone ever claimed they were injured due to
10 something that Violeta did or did not do, even if it didn't
11 make it into a lawsuit, they just raised a claim?
12    A. I do not remember.
13    Q. You can't recall whether anyone has said, hey, I
14 suffered an injury because of something Violeta services had
15 provided with respect to any landscape or anything like
16 that?
17       MR. PARLER: Other than this case, right, Counsel?
18       MR. VISCA: Right, other than this case.
19 BY MR. VISCA:
20    Q. So you know, this case made it -- we're in
21 lawsuit. Similar situation, but maybe it didn't necessarily
22 make it into a lawsuit because there was a settlement or
23 something else occurred?
24    A. There was a person that claimed that suffered
25 injuries as a result of Violeta's operations.

19

1    Q. When was that?
2    A. I don't know the exact date, but I think it was
3 about -- I think it was this April.
4    Q. April of this year?
5    A. Yes.
6    Q. How did Violeta receive notice of this claim?
7    A. We made -- we were mailed a letter.
8    Q. Who mailed the letter?
9    A. A lawyer. A lawyer's office.
10    Q. Do you remember the name of the firm?
11    A. I'm not a hundred percent sure.
12    Q. Do you recall the location of where they claimed
13 the injury occurred?
14    A. It was -- it was in DC somewhere.
15    Q. One of the parks?
16    A. Not related to Lincoln Park.
17    Q. Not Lincoln Park. Okay.
18       And do you recall there being a description of how
19 the alleged injury or accident occurred in that letter?
20    A. No. It only stated that they suffered -- this
21 person suffered injuries.
22    Q. Is that the only letter you've received in
23 relation to that claim so far?
24    A. Yes.
25    Q. Again, I don't want to know about any

20

1 conversations you've had with attorneys about that. But
2 what's the current status? Is it under investigation? Has
3 it been resolved?
4    A. I don't know, honestly.
5    Q. Have you sent a response -- a written response to
6 that letter?
7    A. I -- what I did was to pass it along to Nick
8 Miller because he knew more details about it. He actually
9 knew what happened. And since he had more information, I
10 requested him to call the insurance company and handle it
11 himself.
12    Q. Do you recall what he told you about what
13 happened?
14    A. Not a hundred percent. I -- apparently, a woman
15 claimed that there was a piece of debris that shot from the
16 -- from one of our equipment and hit her on the face. And
17 they called Nick to say that they wanted some money.
18    Q. And you don't know whether he sent them a response
19 as of yet?
20    A. Yes. What I understand is that he contacted the
21 insurance company, provided them with all the information,
22 and sent them the notice. And the last thing I know is that
23 the -- the person at the insurance company just said that
24 they were going to handle it from there. And we didn't hear
25 a response.

21

1    Q.  Do you know the name of the insurance company?
2    A.  Donegal.
3    Q.  I'm sorry?
4    A.  Donegal.
5        MR. PARLER:  D-O-N-E-G-A-L, just like the Ireland.
6        MR. VISCA:  Okay.  Thank you.
7    BY MR. VISCA:
8    Q.  Okay.  Other than that one and obviously the
9    current lawsuit, are there any other claims related to
10   injuries that have been submitted to Violeta?
11   A.  No.
12   Q.  When did Violeta first enter into a contract to
13   provide landscaping services for Lincoln Park?
14   A.  I don't know the exact date.  It was around
15   June 2020.
16   Q.  And this is an agreement between the National Park
17   Service and Violeta?
18   A.  Correct.
19   Q.  And what was the length of that initial contract?
20       MR. PARLER:  You mean the number of pages or
21       the --
22   BY MR. VISCA:
23   Q.  No, I'm sorry, the length, the timeframe.
24   A.  I don't remember the exact date, but it's about
25   one and a half years.

22

1    Q.  And how did Violeta obtain that contract from the
2    Park Service?
3    A.  We were awarded an IDIQ.  Then this task order
4    came as an opportunity for the chosen competitors to bid.
5    And that's how I got it.
6    Q.  What's an IDIQ?
7    A.  It's a acronym for Indefinite Delivery Indefinite
8    Quantities.
9    Q.  What does that mean?
10   A.  The way I would explain it, it's just -- it's like
11   a master contract.
12   Q.  From there, you had to bid on the services?
13   A.  We still had to bid on the contracts that would
14   come under that IDIQ.
15   Q.  And you mentioned a task order.  What is that?
16   A.  A task order is a name for a contract that is
17   awarded under the IDIQ.
18   Q.  Was The Davey Tree Company involved in that
19   contract at all?
20   A.  Yes.
21   Q.  How so?
22   A.  Davey was responsible for the mowing, hardscape,
23   edging, trimming and leaf removal, off the top of my head.
24   Q.  And that would apply to Lincoln Park?
25   A.  Yes.

23

1    Q.  And so, what was Violeta's responsibilities as to
2    the contract?
3    A.  Violeta's responsibilities were the bed
4    maintenance and the weed management related to the bed
5    maintenance and mulching, but nothing to do with the mowing
6    of the location.  Nothing to do with the lawn.
7    Q.  The lawn, meaning the grass areas?
8    A.  Correct.
9    Q.  So under that original agreement, Davey was
10   responsible for all services and maintenance related to the
11   lawn grass areas at Lincoln Park?
12       MR. BOURY:  Object to form.  Boury.  And
13       misstates.
14   BY MR. VISCA:
15   Q.  Is that a correct statement?
16   A.  Would you please repeat that question?
17   Q.  Yes.  So under that original agreement as it
18   pertains to Lincoln Park, Davey was responsible for all
19   services and maintenance for the grassy lawn area at Lincoln
20   Park?
21       MR. BOURY:  Objection.  Boury.
22       THE WITNESS:  That's correct.
23       MR. BOURY:  You can answer.
24   BY MR. VISCA:
25   Q.  And was that the case in 2021 as well?

24

1    A.  Yes.
2    Q.  What is the contractual relationship between Davey
3    and Violeta?
4    A.  In terms of what?
5    Q.  As it relates to providing services for the Park
6    Service under these agreements.
7    A.  I don't understand your question.
8    Q.  Under that agreement, is Davey a subcontractor for
9    Violeta?
10   A.  Yes.
11   Q.  Prior to that agreement, did Violeta work with
12   Davey in other -- under other agreements or other services?
13   A.  Yes.
14   Q.  What are those?
15   A.  We have provided snow removal as a subcontractor
16   for Davey in commercial properties for Davey that I can
17   remember.
18   Q.  When did Violeta first begin working with Davey on
19   projects?
20   A.  Since Violeta was first founded.
21   Q.  Who owns Davey?
22       MR. BOURY:  Object to form.
23       You can answer.
24       THE WITNESS:  I don't know who owns Davey.
25   BY MR. VISCA:

25

1    Q.  Who was your point of contact at Davey?  Who do
2  you deal with there?
3    A.  Josh Piquette.
4       MR. BARDO:  Not a guy named Davey?
5       THE WITNESS:  No.
6  BY MR. VISCA:
7    Q.  What's his position?
8    A.  He's the branch manager at the Gaithersburg
9  office.
10    Q.  Has he always been your point of contact?
11    A.  My first point -- give me a timeframe.
12    Q.  Well, let's say in the past five years.
13    A.  In the beginning, the point of contact was Brenden
14  Lowe.  And then, after a year or so, our contact became Josh
15  Piquette.
16    Q.  In connection with the contract for services you
17  provided to the National Park Service, the point of contact
18  since that began has been Josh Piquette?
19    A.  Could you repeat that question?
20    Q.  Yes.  So starting from the 2020 period when the
21  contract with the Park Service began, has Josh Piquette been
22  the point of contact for Davey in that entire timeframe?
23    A.  Brenden Lowe was our point of contact for the
24  beginning.  Then Josh Piquette became our point of contact.
25    Q.  In 2021, did Violeta have any type of

26

1  responsibilities or services to provide in the grass area at
2  Lincoln Park?  Even if they were a one-off or special
3  request, was there any type of services Violeta would
4  provide for the grass areas at that park?
5    A.  Could you repeat that question?  You were breaking
6  up.
7    Q.  Oh, okay.  In 2021, was there any type of services
8  that Violeta provided for the grass areas in Lincoln Park if
9  there were special requests or one-off-type projects?
10    A.  I do not recall.
11    Q.  If there were such services provided, would there
12  be documentation of those services?
13    A.  There will be an invoice.
14    Q.  Do you know -- in 2021, do you know how many
15  employees from Davey were working at Lincoln Park?
16    A.  I don't know for sure.  Ask Davey.
17    Q.  Do you have an idea of any of the individuals or
18  employees from Davey working there at that time?
19    A.  I can -- I don't know a hundred percent.  I can
20  have an idea.  I believe there were at least two.
21    Q.  Do you remember either of their names?
22    A.  I remember a name, but I don't know for certain
23  that he was working at that location.
24    Q.  What's the name?
25    A.  You froze.

27

1    Q.  What's the name?
2       THE REPORTER:  I think it's her internet
3  because --
4       THE WITNESS:  It's freezing.
5       THE REPORTER:  -- I'm not having any issues with
6  your --
7       MR. VISCA:  Yeah.  It's her freezing a little bit.
8  BY MR. VISCA:
9    Q.  Can you hear us okay?
10    A.  Yes.
11    Q.  I was just asking, what's the name?
12    A.  Mike Evans.
13    Q.  As the operations manager at the time who was
14  overseeing, you know, assigned to Lincoln Park, did you
15  oversee the work being performed by Davey at Lincoln Park at
16  that time?
17    A.  I would oversee the work that was performed by
18  Violeta and Davey would oversee the work that was provided
19  by Davey.
20    Q.  As the subcontractor of Violeta, was Violeta
21  overseeing or supervising the work being performed by Davey
22  under that agreement?
23    A.  We would crosscheck each other's work.
24    Q.  How would Violeta crosscheck Davey's work at that
25  time, 2021?

28

1    A.  We would -- whenever I would periodically drive
2  through the location, I would take look at the job that my
3  crew was doing and also see if there was anything, you know,
4  wrong with the work that Davey was doing.
5    Q.  When you say "periodic," what does that mean?
6  What frequency is that?
7    A.  I can't tell for sure.  About four to six weeks.
8    Q.  Once every four to six weeks?
9    A.  Yes.
10    Q.  Would those visits -- checkup visits be documented
11  anywhere in writing?
12    A.  No.
13    Q.  And you said you would drive there.  Would you
14  just drive around the park and kind of look at it from the
15  car or would you actually get out and walk the grounds of
16  the Park?
17    A.  Mostly I would drive around and take a look.
18    Q.  Without getting out of the vehicle?
19    A.  Yes.
20    Q.  You were able to crosscheck the work they were
21  doing in all the grass areas from a vehicle?
22    A.  You can have a good -- you can have an idea.
23    Q.  Did you drive the vehicle onto the grass areas
24  ever?
25    A.  I do not recall it.

29

1    Q.  What about the walkways in the park; did you drive
2  the vehicle onto the walkways during these checkups?
3    A.  I do not recall it.
4    Q.  And how would Davey crosscheck Violeta's work at
5  that park?
6    A.  I don't know.  Ask Davey.
7    Q.  But they were doing crosschecks on your company's
8  work as well?
9      MR. BOURY:  Object to form.  Boury.
10     THE WITNESS:  I'm not sure.
11 BY MR. VISCA:
12   Q.  Okay.  In the beginning, I thought you said that
13 you checked each other's work at the Park?
14   A.  Generally.  I don't remember -- I don't remember
15 Lincoln Park.  I don't remember hearing anything about
16 Lincoln Park.
17   Q.  Do you remember who was responsible from Davey for
18 crosschecking Violeta's work at that time?
19     MR. BOURY:  Objection.
20     You can answer.
21     THE WITNESS:  I do not.
22 BY MR. VISCA:
23   Q.  Is there anyone from --
24   A.  Ask Davey.
25   Q.  I'm sorry?

30

1    A.  Ask Davey.
2    Q.  Yeah, I understand.  I'm going to depose Davey's
3  people as well.  I'm here to ascertain what you know.  So,
4  you know, again, if you know, great.  If not, that's fine.
5  But I'll be speaking to everyone.  So I'll -- I'll ask them
6  the same question.  But here, I'm just trying to figure out
7  what you know about these situations.
8      Was there anyone else besides Mr. Piquette and
9  Mr. Lowe that you were dealing with from Davey on a regular
10 basis in the 2021 timeframe that you can remember?
11   A.  No.
12   Q.  How many parks was Violeta responsible for
13 providing services for under that original agreement with
14 the National Park Service?
15   A.  Which specific -- which specific agreement?
16   Q.  The one that started in 2020.
17   A.  I don't have -- I don't have the exact count.
18 There were several.
19   Q.  Was there more than 10?
20   A.  Yes.
21   Q.  More than 20?
22   A.  I don't know if it was more than 20.
23   Q.  More than 15?
24   A.  I don't have an exact count.  It could be between
25 10 and 15.  I'm not sure.

31

1    Q.  Okay.  Did that -- did the number of parks ever
2  increase?
3    A.  I don't remember.
4    Q.  So currently, is it still somewhere between 10 to
5  15 parks for the National Park Service contract?
6    A.  Well, now, Violeta is performing on the contracts
7  a hundred percent.  So we have more -- now I can say that we
8  have more than 15 or 20 locations.
9    Q.  What do you mean "performing on the contract a
10 hundred percent," what does that mean?
11   A.  That as of September 2023, Violeta has been
12 performing 100 percent on this specific contract.
13   Q.  Meaning, Davey's no longer involved?  All the
14 work's being done by Violeta?
15   A.  On the contract that involves Lincoln Park.
16   Q.  And why did it change from -- strike that.
17     Why was -- why is Davey no longer part of that
18 contract as it pertains to Lincoln Park?
19   A.  Because Violeta grew.  We have more manpower, we
20 want more money, and we -- we figured that we would take
21 that over.
22   Q.  How many other locations -- and you could
23 ballpark -- was Violeta providing services for in 2021
24 besides the contract with the National Park Service?
25   A.  Could you repeat the question?

32

1    Q.  Yeah.  Other than the contract with the National
2  Park Service for those parks, how many other projects was
3  Violeta involved in around 2021?
4      MR. PARLER:  Object to the form.
5      You can answer.
6      THE WITNESS:  Four.
7  BY MR. VISCA:
8    Q.  Four projects?
9    A.  What projects?
10   Q.  You said four?
11   A.  About four.
12   Q.  And what were the locations in those four
13 projects?
14   A.  Most of them within Washington, DC.
15   Q.  Were they parks?
16   A.  Parks, and there were commercial properties.
17   Q.  So how many, for example, the National Park
18 Service agreement, right, has --
19   A.  Mm-hmm.
20   Q.  -- 10-plus parks within that.  So for each of
21 these other four projects, how many parks or locations were
22 you handling within each project?
23   A.  Okay.  Are you talking about the project that
24 involves the Lincoln Park?
25   Q.  No.

33

```
 1     A.  And the other -- sorry.
 2     Q.  So -- that's okay.
 3         You had -- in 2021, you had an agreement where
 4  Violeta was providing services for the National Park Service
 5  at various Capital Parks.  Okay?  That's one.
 6         Putting that aside -- and correct me if I'm
 7  wrong -- you testified that Violeta was involved in four
 8  other projects as well around that time.  Right?
 9     A.  Yes.
10     Q.  So my question is:  For each of those four
11  projects, how many locations was Violeta going to provide
12  services, whether it be parks or commercial locations like
13  you just described?
14     A.  I don't have a number.  I don't know if I
15  understand your question.  I'm sorry.
16     Q.  Okay.  So those four projects --
17     A.  Uh-huh.
18     Q.  -- who were the projects with?  Who was retaining
19  Violeta's services for each of those projects?
20     A.  Violeta -- some were Violeta and some were Violeta
21  and Davey.
22     Q.  No, no.  What was the client?  What was the name
23  of the client for each of those four projects?
24     A.  National Park Service.
25     Q.  Oh, those are all with the National Park Service
```

34

```
 1  as well?
 2     A.  Yes.
 3     Q.  Okay.  Did Violeta have any contracts outside of
 4  the National Park Service in 2020-2021 timeframe?
 5     A.  Yes.
 6     Q.  Okay.  How many contracts did they have outside of
 7  the Park Service?
 8     A.  I don't remember.  I don't remember exactly.
 9     Q.  Can you ballpark how many locations outside of the
10  Park Service?
11     A.  Two?
12     Q.  Two locations.  Okay.
13     A.  Mm-hmm.
14     Q.  And as far as the Parks Service, amongst all
15  those, you testified there's somewhere 10 to 15 different
16  Park locations?
17     A.  Yes.
18     Q.  I'll share some documents with you.  All right.
19  Showing you a document that starts at NPS Bates Number 1.
20  Are you familiar with this document?
21     A.  Yes.
22     Q.  What is it?
23         MR. PARLER:  Robert, can you make it larger?
24  Thank you.
25         MR. VISCA:  Yeah, no problem.
```

35

```
 1  BY MR. VISCA:
 2     Q.  What is this document?
 3     A.  It's the -- that's the IDIQ.
 4     Q.  And Violeta is provided a copy of this document by
 5  the Park Service?
 6     A.  Yes.
 7     Q.  When was that provided to Violeta?
 8     A.  Upon award that I can remember.
 9     Q.  I'm sorry, I didn't catch the first part of your
10  answer?
11     A.  Off the top of my head, it's upon award.
12     Q.  Upon award.  Okay.
13         And why is this provided to Violeta?
14     A.  Would you scroll up a little more?
15     Q.  That way?
16     A.  Yes.  I'm not sure if this is the original request
17  for a quote or the actual award.
18     Q.  But Violeta was provided this document, correct?
19     A.  Yes.
20     Q.  When Violeta is awarded the Park Service contract
21  and they are provided this, is Violeta required to comply
22  with the specifications that are set forth in this document?
23     A.  Yes.
24     Q.  Is there any type of review that's done between --
25  was there any type of review between the Park Service and
```

36

```
 1  Violeta when the award was given to go over this document
 2  and what would be required of Violeta under the contract?
 3     A.  Could you please repeat the question?
 4     Q.  Yeah, at the time that this was provided by the
 5  Park Service, was there any type of meeting or training or
 6  anything like that where the Park Service went through this
 7  document with Violeta to kind of explain what was required
 8  or what the terms were?
 9     A.  I do not recall it.
10     Q.  Did you review this at the time it was provided to
11  you?
12     A.  Yes.
13     Q.  Did your husband review it?
14     A.  I don't remember.
15     Q.  Was one of you responsible for ensuring that
16  Violeta complied with the specifications in this document?
17     A.  We made sure that we complied to it to the best of
18  our ability.
19     Q.  "We," meaning you and your husband?
20     A.  Yes.
21     Q.  Under Section 1.06, the services, the scope of
22  work that's listed, are these the services that were being
23  provided at Lincoln Park by Violeta and Davey?
24     A.  Not all of them.
25     Q.  Which ones were not being provided?
```

SHEILA WRIGHT

37

1    A.  Could you please specify the location again?
2    Q.  Lincoln Park.
3    A.  Planting trees was not included, shrubs was not
4  included, ground cover was not included, annuals and bulbs
5  was not included.  I'm not sure about pruning shrubs and
6  ground cover.  I don't remember that.
7    Q.  And when you say not included, not included for
8  Violeta or Davey, right?
9    A.  I -- I say in general.
10    Q.  Who was the COR for Lincoln Park at that time?
11    A.  It was Lewis Harris.
12    Q.  Did it ever change to anyone else?
13    A.  It didn't change until the -- the -- this contract
14  was -- this task order was -- was done.  It didn't change
15  until December 2021 -- around December 2021 when it was --
16  when the contract was over.
17    Q.  So the original contract lasted until December of
18  2021?
19    A.  I don't remember exactly.
20    Q.  Sometime at the end of 2021?
21    A.  Yes.
22    Q.  And Lewis Harris was the COR for that timeframe?
23    A.  Yes.
24    Q.  And after Lewis Harris, who became the COR?
25    A.  Thomas Harvey.

38

1    Q.  Has he been the COR since then?
2    A.  Thomas Harvey has been the COR since we got the
3  contracts back in 2022.
4    Q.  What does the COR do?
5    A.  I don't know exactly.  But my understanding of it
6  is that the COR is the boots on the ground that -- the
7  Contracting Officer.
8    Q.  I mean, what was Lewis Harris doing as it relates
9  to the services you guys were providing at Lincoln Park
10  during that initial timeframe, 2020-2021?
11    A.  I don't -- I don't have a precise definition.  He
12  -- he was the supervisor.
13    Q.  How often would he visit the parks to check on the
14  services?
15    A.  I don't know.
16    Q.  Do you recall him ever bringing up any complaints
17  or concerns or issues with you regarding Lincoln Park?
18    A.  No.
19    Q.  On Bates page Number 4, Section 2.01, it has
20  Provisions for Staffing Requirements by the Contractor.
21      Was this section applicable to Violeta under the
22  agreement that we've been discussing?
23    A.  Yes.
24    Q.  And did Violeta comply with this section?
25    A.  What I understand is that we had the manpower to

39

1  provide the bed maintenance at Lincoln Park.
2    Q.  And did Davey have the manpower at that time to
3  provide the mowing services at Lincoln Park?
4    A.  Davey had the manpower to provide the services at
5  Lincoln Park.
6    Q.  Subsections (g), (h) and (i) relate to
7  requirements for a -- for a full-time horticulturist,
8  arborist and irrigation specialist.  Did Violeta have those
9  at the time?
10    A.  We -- there are contracts that didn't need to --
11  didn't need an arborist.  Lincoln Park, for example.
12  Lincoln Park didn't need an arborist, irrigation specialist
13  or horticulturist.  But yes, I'm an arborist and Jeremy is
14  a horticulturalist.
15    Q.  Did Violeta employ a quality control inspector
16  identified in subsection (j) at that time?
17    A.  We -- I was the quality control inspector.  We
18  would basically do the quality control as we did the
19  day-to-day business activities to ensure that the jobs were
20  done to the satisfaction of the government.
21    Q.  So what was Violeta's procedure for completing the
22  quality control inspections as required under this section?
23    A.  There was a lot of communication over the phone
24  and among CORs and us and the employees to make sure that
25  the jobs were done in a satisfactory manner.

40

1    Q.  In terms of actual inspections as it refers to
2  here, would that be the inspections every four to six weeks
3  that you referred to earlier where you would go out and
4  crosscheck Davey's work and vice versa?
5    A.  Could you ask me that again?
6    Q.  Yeah.
7      When were the quality -- when were you performing
8  the quality control inspections as it relates to Lincoln
9  Park?
10    A.  The quality control inspections were -- were done
11  not only as I drive around, but also double checking with
12  employees if the job was done.
13    Q.  How were those communications done with employees
14  at that time?
15    A.  Over the phone.
16    Q.  Was approval of Davey to be a subcontractor
17  provided by the Park Service at the time?
18      MR. BOURY:  Object to form.  Boury.  I'm sorry,
19  object to form.  Boury.
20      THE WITNESS:  My recollection -- my recollection
21  is that before bidding on the IDIQ, we contacted the
22  National Park Service to -- to see if we were allowed
23  to bid on the IDIQ with another contractor as a team.
24  And the answer was yes.
25  BY MR. VISCA:

41

1    Q.   Do you know if the COR at the time, Lewis you
2  mentioned, was performing regular periodic inspections of
3  Lincoln Park?
4    A.   I do not.
5    Q.   At any point in time, did the COR communicate to
6  you or anyone else at Violeta unsatisfactory work or work
7  being performed in an unsafe manner at Lincoln Park?
8    A.   No.
9    Q.   Going down to Section 2.04 on NPS Bates Number 9
10 regarding Reporting Requirements, subsection (A) states
11 that:  "The contractor shall maintain a daily work log
12 recording the quantities/scope of work performed at the
13 locations."
14    Did Violeta maintain a daily work log as it
15 relates to Lincoln Park?
16    A.   The -- the -- our daily work log is basically our
17 scheduling software that will contain dates and locations
18 and services that were performed.
19    Q.   What's the name of the software?
20    A.   Jobber.
21    Q.   Can you spell that?
22    A.   J-O-B-B-E-R.
23    Q.   Do you still use that software?
24    A.   Yes.
25    Q.   Does it retain records from the 2020-2021

42

1  timeframe?
2    A.   Yes.
3    Q.   Okay.  So you can go in there and pull a daily
4  schedule information for Lincoln Park for 2020 and 2021?
5    A.   Yes.
6    MR. VISCA:  I'm going to ask for a copy of those.
7  BY MR. VISCA:
8    Q.   I'm going to ask that you don't delete anything
9  from 2020 or 2021 from within that system, please.
10    Under subsection (B), was there any point where
11 there was any emergency situations with any type of
12 accidents or incidents with respect to Lincoln Park that had
13 to be reported to the National Park Service?
14    A.   Could you please repeat that question?
15    Q.   Yeah.  Were there any instances of emergencies,
16 accidents or incidents with respect to Lincoln Park that had
17 to be reported to the National Park Service?
18    A.   No.
19    Q.   Section 2.05 requires that:  "All operations be
20 conducted in accordance with all national and local safety
21 codes, laws, rules regulations and OSHA safety
22 requirements."
23    Are you generally familiar with those regulations
24 and requirements?
25    A.   No.

43

1    Q.   What did Violeta do to ensure its employees were
2  complying with any applicable safety rules or regulations as
3  it relates to Lincoln Park?
4    A.   We --
5    MR. PARLER:  Objection.  Wait a minute.  You're
6  talking about OSHA regs?
7    MR. VISCA:  OSHA regs, correct.
8    MR. PARLER:  Okay.  Objection.
9    You can answer.
10    THE WITNESS:  Could you please repeat the
11 question?
12 BY MR. VISCA:
13    Q.   Yeah.  What was Violeta doing at the time to
14 ensure its employees were complying with OSHA requirements?
15    A.   We were advising our employees to wear PPE and
16 operate the equipment safely and be mindful of the people
17 and their surroundings.
18    Q.   Do you know what national or local safety codes
19 and laws are being referred to in this section offhand?
20    A.   Not off the top of my head.
21    Q.   Section 2.07 bottom of page Bates Page 10 says:
22 "The contractor shall preserve and protect all existing
23 vegetation, such as trees, shrubs and grass on or adjacent
24 to the work areas."
25    What was Violeta doing at the time to ensure to

44

1  preserve and protect the grass areas at Lincoln Park?
2    MR. PARLER:  In 2021?
3    MR. VISCA:  Yeah.  Yeah.
4  BY MR. VISCA:
5    Q.   In 2021?
6    A.   Violeta was not damaging the grass.
7    Q.   Well, to protect it from damage in general.
8    A.   I don't know if there is a way to protect the
9  grass from damage on the heavy foot-trafficked area.
10    Q.   Was -- were any steps being taken to identify any
11 damage that may be caused by that heavy foot traffic at the
12 time?
13    A.   The heavy foot traffic is unavoidable.  At any
14 given time, the Park is full of people.
15    Q.   Were any specific steps being taken by Violeta to
16 identify any damage being caused at Lincoln Park?
17    A.   Except for -- for being told to -- to let us know
18 to report to us.
19    Q.   For who to let you know?
20    A.   Could you repeat that question?
21    Q.   You said except to let us know to report to us.
22 Who is supposed to let you know or report to you?
23    A.   The employees.
24    Q.   How often were Violeta employees providing
25 services at Lincoln Park in 2021?  Was it a set schedule?

---

45

```
 1    A.  There was a little bit of a ballpark.
 2    Q.  What is that?
 3    A.  Every four to six weeks, give or take.
 4    Q.  Do you know how often, give or take, that Davey
 5  was providing services at Lincoln Park during that
 6  timeframe?
 7    A.  About 10 to 14 days, I would guess.  I would
 8  ballpark.
 9    Q.  Did Violeta require Davey to maintain any type of
10  work or service logs for work performed at Lincoln Park
11  during that timeframe, 2021?
12    A.  I do not recall it.
13    Q.  Are you aware of the existence of a Quality
14  Insurance Surveillance Plan as identified on NPS Bates 15
15  with respect to Lincoln Park?
16    A.  I'm not sure.
17    Q.  Not sure if you've seen one before or that it
18  exists?
19    A.  Let me read it.
20    Q.  Sure.
21    A.  What was your question again?
22    Q.  Are you aware of a written Quality Insurance
23  Surveillance Plan as it pertains to Lincoln Park?
24    A.  I'm not aware.
25    Q.  Is there any written organizational process that's
```

---

46

```
 1  been -- that Violeta prepared as it pertains to work to be
 2  provided at Lincoln Park during the 2020-2021 timeframe?
 3      MR. PARLER:  Objection.  Form.
 4      You can answer.
 5      THE WITNESS:  Could you please repeat that
 6  question?
 7  BY MR. VISCA:
 8    Q.  Yeah.  Is there any type of written processes as
 9  to how and when and whose will be providing services to
10  Lincoln Park for Violeta in 2020-2021 timeframe?
11    A.  We -- we do not have that, but we make sure that
12  we send our good people to do the work and staff people that
13  are already experienced and that are trained by more
14  experienced employees once they get to the company.
15    Q.  You testified earlier that Violeta was responsible
16  for the mulching for Lincoln Park in 2020-2021?
17    A.  Yes.
18    Q.  And as well as bed maintenance?
19    A.  Yes.
20    Q.  What is "bed maintenance" in layman's terms?
21    A.  Bed maintenance is basically there is a mulch bed
22  with flowers or plants, and then the contractor is supposed
23  to replenish the mulch, weed the area, clean up -- clean up
24  the sticks and debris in the spring.
25    Q.  Who would be responsible for seeding and aerating
```

---

47

```
 1  at Lincoln Park in 2020-2021?
 2    A.  I do not know who would be responsible for
 3  seeding.
 4    Q.  That wasn't one of the services provided by either
 5  Violeta or Davey under that agreement?
 6    A.  Could you please repeat that question?
 7    Q.  Yes.  So still in the same specifications, it
 8  lists out various tasks.  Mulching --
 9    A.  Mm-hmm.
10    Q.  -- maintenance or bed maintenance.  Excuse me.
11    A.  Uh-huh.
12    Q.  Section 3.05 deals with aeration, the process for
13  that.  Keep going.  It goes to seeding in 3.06.
14    A.  Uh-huh.
15    Q.  So my question is:  Was Violeta/Davey providing
16  aeration and seeding services for Lincoln Park in that
17  2020-2021 timeframe?
18    A.  Not that I recall.
19    Q.  Do you know who or what company was providing
20  those particular services in that timeframe?
21    A.  I do not.
22    Q.  That would have been something outside the scope
23  of the agreement?
24      MR. BARDO:  Objection.  Form.
25      THE WITNESS:  It is -- it will be outside of the
```

---

48

```
 1  scope of the -- the contract, the task order that was
 2  given to us for Lincoln Park.
 3  BY MR. VISCA:
 4    Q.  If Violeta had performed aerating or seeding-type
 5  services, would there have been any type of invoice or
 6  specific document generated for those services?
 7    A.  Yes.
 8    Q.  Did Violeta do any turf installation at Lincoln
 9  Park in 2020-2021 timeframe?
10    A.  No.
11    Q.  Did Davey?
12    A.  Not that I know.
13    Q.  What about sodding; what is sodding?
14    A.  Sodding is when you apply those rolled mats of
15  grass to add to a bare area on a -- on a location, on the
16  soil to try to establish the grass in that area.
17    Q.  Did Violeta or Davey provide fertilization at
18  Lincoln Park in that 2020-2021 timeframe?
19    A.  We did not provide fertilization.
20    Q.  "We," meaning Violeta?
21    A.  Violeta, that -- that I know.
22    Q.  What about Davey?
23    A.  I don't know.
24    Q.  You don't know if Davey provided that as part of
25  their subcontracting services?
```

SHEILA WRIGHT

49

1    A.  I do not.  This -- the task order that takes care
2  of Lincoln Park does not -- does not include the
3  fertilization and aeration.
4    Q.  Okay.  Does it include pesticides?
5    A.  It includes weed removal.
6    Q.  Who handled weed removal at that time, Davey or
7  Violeta?
8    A.  Violeta.
9    Q.  And what was -- explain weed removal as it
10  pertains to Lincoln Park.
11    A.  Weed removal can be pulling weeds manually from
12  the bed -- from the flower beds or applying a chemical, a
13  weed killer to -- to remove the weed, to kill the weed.
14    Q.  Do you recall if there was weeds in any of the
15  grass areas at Lincoln Park, who would do that?
16    A.  Could you repeat that question?
17    Q.  Yeah.  If there were weeds sprouting in any of the
18  grass areas at Lincoln Park, who would be responsible for
19  those weed removals?
20    A.  The task order related to Capital Hill Parks.  And
21  Lincoln Park didn't call for lawn herbicide application.
22    Q.  Section 3.10, that refers to mowing and line
23  trimming.  Would that fall under Davey's subcontracting
24  duties as it pertained to Lincoln Park at the time?
25    A.  The -- you would have to check the task order that

50

1  was awarded for -- that is related to the Capital Hill
2  Parks.
3    Q.  Okay.  But this section lays out processes related
4  to mowing, which Davey was handling for Lincoln Park then,
5  right?
6    MR. BOURY:  Objection.  Boury.
7    THE WITNESS:  You would have to -- to compare the
8    verbiage of the IDIQ and the verbiage of the task order
9    because they may say two different things.
10  BY MR. VISCA:
11    Q.  Irrigation was not part of the services being
12  provided under the agreement, right?
13    A.  Not that I recall.
14    Q.  What about snow removal?
15    A.  No.
16    Q.  Was Violeta tasked with inspecting Lincoln Park
17  grounds after a snowfall or -- you know, to see if it had
18  damaged the grounds at all?
19    A.  No.
20    Q.  Did Davey have that responsibility at the time?
21    A.  No, not that I know, no.
22    MR. VISCA:  We'll go off the record.  Let's take a
23    five-minute bathroom break.
24    (Recess was taken.)
25  BY MR. VISCA:

51

1    Q.  Ms. Wright, I'm showing you a document that's been
2  previously marked as Composite Exhibit B in Mr. Harvey's
3  deposition.  It's a un-Bates stamped 40-Page document
4  produced by the National Park Service.
5    MR. PARLER:  You said it's not Bates stamped?
6    MR. VISCA:  Yeah, this was attached to the prior
7    deposition.
8    MR. PARLER:  Okay.
9    THE REPORTER:  You said it was B?
10    MR. VISCA:  Was it B?
11    THE REPORTER:  I don't think we did letters.
12    Didn't we do numbers?
13    MR. PARLER:  Yeah, I don't recall letters.
14    MR. BARDO:  Okay.  We did numbers.
15  BY MR. VISCA:
16    Q.  Exhibit 2.  Can you see the document okay, ma'am?
17    A.  Yes.
18    Q.  Do you know what this document is?
19    A.  Yes.
20    Q.  What is it?
21    A.  It's the contract for Capital Hill Parks.
22    Q.  Started June of 2020?
23    A.  Yes.
24    Q.  If you look at Section 8 here on the first page
25  under "Type of Order," can you explain what those two

52

1  listings are?
2    A.  Capital Hill and Historic Homes is the name of the
3  project.  And mowing, I'm not a hundred percent sure, but
4  it's like a -- like a -- like a code name or a brief
5  explanation of what the contract is about.
6    Q.  Under Section 17, Supplies for Services, it says,
7  to provide mowing, trimming, leaf removal, bed maintenance,
8  flower installation, and pruning services at Capital Hills
9  Parks.  Is that accurate?
10    A.  Yes.
11    Q.  All these services were being provided for Lincoln
12  Park as well?
13    A.  Off the top of my head, I'm not sure if flower
14  installation was a part of it.
15    Q.  Well, what else would bed maintenance apply to
16  besides flowers?
17    A.  There are beds that don't necessarily have flowers
18  on them.  They have shrubs or plants, other type of plant
19  material as opposed to just flowers.
20    Q.  On the second page under Period of Performance,
21  Base Year, June 15th, 2020 to June 14, 2021 with a six-month
22  option through December 14th, 2021.
23    So this initial contract, did it end up being from
24  June 15th, 2020 through December 14th, 2021?
25    A.  Yes.

53

1    Q.  On the top of Page 4 of 40 under Supplies/Services
2  still, it references Housekeeping.  Do you know what
3  housekeeping means here?
4    A.  I'm not a hundred percent sure, but it may have to
5  do with the -- just the code related to this type of
6  service.
7    Q.  Did landscaping/groundskeeping include repairing
8  damaged portions of the grass area at Lincoln Park beyond
9  just the regular mowing operations?
10    A.  That is -- I can't explain it, but it's whatever
11  -- whatever list of services that is included in the
12  statement of work for this contract.
13    Q.  Going to the bottom of Page 13 of 40, Notice to
14  Contractors.  Have you seen this section before?
15    A.  I don't recall it.
16    Q.  Do you know what the Contractor Performance
17  Assessment Reporting System or CPARS is?
18    A.  I'm not sure.
19    Q.  It's not a term or phrase you've come across
20  before?
21    A.  I'm not a hundred percent sure.
22    Q.  Are you aware whether there's been any type of
23  performance evaluations prepared with respect to services
24  Violeta was providing under this contract?
25    A.  I am not aware.

54

1    Q.  Do you know if there's been any such performance
2  evaluations for Davey under this contract?
3    A.  I'm not aware of that either.
4    Q.  Did Violeta ever go through any type of
5  performance evaluation under this original contract with the
6  Park Service?
7    A.  I did not recall.
8    Q.  Do you know if Davey did?
9    A.  I don't know.
10    Q.  Did Violeta ever perform any type of performance
11  evaluation for Davey's services under this contract?
12    A.  Could you please repeat that question?
13    Q.  Did Violeta ever perform any performance
14  evaluation for Davey's services under this contract?
15    A.  No.
16    Q.  All right.  Going to Page 19 of 40, it's a
17  document called Performance "Work Statement for Grounds
18  Maintenance Services Capital Hill Parks, dated May 2020."
19        Have you seen this document before?
20    A.  Yes.
21    Q.  What is it?
22    A.  It's the Performance Work Statement for grounds
23  maintenance services.
24    Q.  Does this provide the scope of services to be
25  provided under the agreement?

55

1    A.  Under this specific task order, yes.
2    Q.  Would this be applicable to both Violeta and
3  Davey's services under this agreement?
4    A.  Yes.
5    Q.  Going to page -- the next page, which is Page 20
6  of 40, Section 1 is a description of services.  "This
7  section requiring that the contractor provide all personnel,
8  equipment, tools, supervision and other items and services
9  necessary to ensure the grounds maintenance is performed in
10  a manner that will maintain healthy grass, trees, shrubs and
11  plants and present a clean, neat and professional
12  appearance."
13        This was applicable to Violeta and Davey at the
14  time?
15    A.  That's correct.
16    Q.  And as we go down starting with Section 1.1, which
17  deals with mowing and line trimming, and it goes into
18  various services identified:  Hardscape edging, leaf
19  removal, mulching and bed edging, weed removal, are these
20  all the services that Violeta and Davey -- or excuse me --
21  all the services contracted for under this original
22  agreement?
23    A.  For this specific task order, yes.
24    Q.  Was Davey or Violeta responsible for completing
25  the mowing services identified in Section 1.1.1?

56

1        MR. BOURY:  At what time period?
2        MR. VISCA:  Under this agreement, 2020-2021.
3  Unless I specify a different time, that's what we are
4  talking about.
5        MR. BOURY:  Just note my objection.  Boury.
6  BY MR. VISCA:
7    Q.  Was Davey or Violeta performing these mowing
8  services under this agreement?
9    A.  Davey was providing this mowing service under --
10  under this agreement.
11    Q.  Was Violeta required to ensure that Davey was
12  complying with the requirements set forth in this mowing
13  section?
14        MR. PARLER:  Objection.
15        You can answer.
16        THE WITNESS:  Davey was also required to ensure
17  that Davey was performing this service.
18        MR. BOURY:  Just move to strike as unresponsive.
19  Boury.
20  BY MR. VISCA:
21    Q.  Both Violeta and Davey were responsible for
22  ensuring compliance with this section?
23        MR. PARLER:  Objection.  Asked and answered.
24        You can answer.
25        THE WITNESS:  I'm not sure.

57

1  BY MR. VISCA:
2      Q.  You're not sure who was responsible for ensuring
3  compliance with this section under the contract?
4      A.  Davey is responsible for maintaining that.
5      Q.  Did Violeta have any responsibility for making
6  sure this was complied with based on your understanding of
7  the contract and this particular document?
8      A.  Yes.
9      Q.  Section 2 on Page 22 of 40 states that:  "The
10  contractor shall maintain complete and accurate records of
11  all work performed under this PWS."
12          Contractor here is Violeta that's being
13  identified; is that correct?
14      A.  Correct.
15      Q.  Did Violeta maintain complete and accurate records
16  for all work performed at Lincoln Park under this agreement,
17  the 2020-2021 timeframe?
18      A.  We -- we have records of work performed under this
19  PWS, but I find it very hard to maintain complete and
20  accurate records of all work performed.
21      Q.  Under 2.1, Communications, was Violeta providing
22  daily updates to the Park Service regarding work performed
23  under this agreement?
24      A.  What I know is that we would regularly talk on the
25  phone with the COR to -- let him know what -- what we

58

1  were doing, if he needed anything, if there was something
2  that we could do or something that we could repair or --
3  sorry -- or something that we could do or any issues.
4      Q.  Regularly than not on a daily basis; is that
5  correct?
6      A.  I can't say for sure that it was on a daily basis.
7      Q.  Under 2.1, Monthly Reports says:  "The contractor
8  shall electronically submit monthly reports detailing
9  contractor performance.  At minimum, the contractor shall
10  include..."  And it lists several items here.
11          Was Violeta providing written monthly reports with
12  these minimum requirements under that timeframe, 2020-2021?
13      A.  No.  We were -- you know, we would submit the
14  invoice and, you know, the -- there wasn't a monthly report,
15  but the acceptance of the invoice and payment indicated to
16  us that the National Park Service was satisfied that -- with
17  the work that we were providing.
18      Q.  Did the Park Service ever complain about not
19  receiving daily communications or written monthly reports to
20  Violeta?
21      A.  Not that I -- not to my knowledge.
22      Q.  What about periodic submittals?  Were these
23  periodic submittals that are listed here being submitted by
24  Violeta at the time?
25      A.  Same thing as the monthly reports.  The -- the

59

1  invoices were accepted and paid.  We were running business
2  like that.  We didn't receive any complaints from the
3  National Park Service and we figured that they were
4  satisfied with the work that we were performing.
5      Q.  Would you agree that the only written documents
6  with respect to services at Lincoln Park being provided to
7  the Park Service were invoices at that time?
8      A.  To my knowledge, yes.
9      Q.  And Violeta has produced all invoices it has for
10  services provided at Lincoln Park under that timeframe?
11      A.  I can't say that a hundred -- with a hundred
12  percent certainty, but I am very confident that we provided
13  many invoices that were provided to the National Park
14  Service during this contract.
15      Q.  Well, all the invoices that Violeta has in its
16  possession for that timeframe have been produced, right?
17      A.  Yes, to the best of my ability.
18      Q.  The Schedule/Locations of Services on Page 23 of
19  40, I highlighted one that identifies Lincoln Park.  With
20  respect to the turf height that needed to be maintained, was
21  this applicable to the mowing services at Lincoln Park at
22  the time?
23      A.  Yes, understanding that in order to maintain a
24  3-inch turf, the -- the turf actually has to grow taller
25  than 3 inches to then be cut with 3-inch.

60

1      Q.  And how would Violeta ensure that this 3-inch was
2  being maintained or complied with during the cutting
3  operations in that timeframe?
4          MR. PARLER:  Objection.  Asked and answered.
5          You can answer.
6          THE WITNESS:  I find it -- I find it impractical
7  to be walking around the lawn with a ruler to be
8  measuring the height of the turf because there would be
9  areas that the turf is going to be lower than 3 inches
10  depending on where you go through to the due to the
11  terrain.
12          And other areas that the turf may be taller than
13  3 inches in the same location due to the terrain.  The
14  best that we can do is to set the mower back to
15  3 inches and mow the grass.
16  BY MR. VISCA:
17      Q.  Were there ever any conversations with Davey about
18  any issues with them complying with this 3-inch turf
19  requirement during that timeframe?
20      A.  I do not recall.
21      Q.  Within this same document, go back to the diagram
22  of Lincoln Park, page 27 of 40.  Have you seen this diagram
23  before?
24      A.  Yes.
25      Q.  I know it's tough on Zoom, but if you could

61

1  indicate the best you can, where are the areas where the
2  mulching and bed maintenance services were being performed
3  in that timeframe, 2020-2021?
4      A.  Let me get the location right.  I know for sure.
5  Give me just a second.
6      Q.  Take your time.
7      A.  There is the Emancipation Memorial: do you see the
8  Emancipation Memorial?
9      Q.  Yes.
10     A.  Okay.  So I could -- it looks -- I mean, not with
11  a hundred percent certainty, but it does look like the
12  Emancipation Memorial is the Lincoln statue.  And that area
13  is surrounded by mulch.  At one given time, it was -- it had
14  plants as well.  And that's one of the -- the beds that --
15  that we maintain.
16         There are also tree rings.  I don't know.  I know
17  around that area -- I don't know exactly where it is -- but
18  there are a few young trees that have a tree rings and mulch
19  around them.  It's at -- the bed maintenance part is rather
20  small in Lincoln Park.
21     Q.  Anywhere else?
22     A.  Not that I can think of.  I can't remember the
23  whole thing.
24     Q.  All right.  Turn to Violeta's documents produced
25  starting on Bates Page 1.  Do you know what this document

62

1  is?
2      A.  Yes.
3      Q.  What is it?
4      A.  It's a written technical proposal that we
5  submitted for the award with the IDIQ.
6      Q.  Submitted along with Davey?
7      A.  Yes.
8      Q.  Who prepared this?
9      A.  Davey gave some of the verbiage and we
10  collaborated and added Violeta's information and we modified
11  it to -- to make it appropriate.
12     Q.  Did you or your husband actually prepare it, draft
13  it?
14     A.  I don't remember my husband being a part of it.
15     Q.  So you drafted it?
16     A.  I drafted it together with Davey.
17     Q.  Who from Davey helped you?
18     A.  I don't -- I don't think -- I'm not sure.  I mean,
19  I have a name, but I'm not a hundred percent sure that he
20  was the person who drafted it.
21     Q.  Who do you -- who are you thinking of?
22     A.  Rob Craft.
23     Q.  What's his role at Davey?
24     A.  He was a -- he's a sales -- marketing and sales.
25     Q.  Was this submitted for approval to the Park

63

1  Service?
2      A.  Yes.
3      Q.  And the Park Service approved this document?
4      A.  Yes.
5      Q.  And what's the purpose of this document and its
6  contents as it relates to services to be provided under the
7  agreement with the Park Service at the time?
8      A.  I'm not sure.
9      Q.  You're not -- you're not sure what the purpose of
10  this document is that you prepared?
11     A.  I would remember it better if you went -- if you
12  would show me the table of contents.
13     Q.  Okay.
14     A.  Okay.
15     Q.  And it goes into different explanations of each of
16  those areas.  Does that jog your memory?
17     A.  If you -- if you go back to the table of contents.
18  Okay.  So Mobilization is how we intend on bringing -- how
19  we intend on coming up with the personnel to a job.
20  Staffing approach, to staff and make sure that we have the
21  appropriate staff for a job.  Grounds maintenance, how are
22  we going to perform grounds maintenance and how we are going
23  to perform snow removal.  In a nutshell, that's what it is.
24     Q.  All right.  Did Violeta and Davey -- looking at
25  Mobilization section here, on the bottom of the Page 4, did

64

1  Violeta and Davey have at least four management estimator
2  staff to deal with the IDIQ requirements at the time?
3      A.  We -- in a way, I mean, everybody would have a --
4  not everybody, but I could see four people giving ideas to
5  coming up with pricing for a job.
6      Q.  Was there a training program in place to train
7  Violeta employees on how to comply with the specs for the
8  services to be provided?
9      A.  Could you please repeat that question?  Sorry.
10     Q.  At this time, did Violeta have a training program
11  in place for its employees to get them trained and educated
12  on all the different requirements for this landscaping
13  services to be provided with the National Park Service
14  agreement?
15     A.  The training programs that we had in place were
16  senior employees, more experienced and well-versed in what
17  they were doing to train the new hires.
18     Q.  Was there any written training or was it all kind
19  of face to face?
20     A.  Face to face.
21     Q.  Did Violeta maintain documentation of who went
22  through the training program or completed the training
23  program or didn't complete the training program at the time?
24     A.  No.  The best -- the best written documentation
25  that we could have from a training program would be a paid

SHEILA WRIGHT

---

65

1  invoice for the work that they provided to the satisfaction
2  of the federal government.
3      Q.  I think you mentioned earlier there was no written
4  quality control plan; is that correct?
5      A.  That's correct, but we do have a quality control
6  measures in place on our day-to-day operations.
7      Q.  There's no logs or documents to show how the
8  quality control was being enforced or complied with during
9  that timeframe, right?
10     A.  We do not.  The best quality control assurance
11 that we can have is the satisfaction of our clients.
12     Q.  It says here on Page 14 of the Violeta production
13 that each step of the training is documented and signed off
14 on.  That's not the case here?
15     A.  That is not the case.
16     Q.  You were the quality control manager at the time?
17     A.  Yes.
18     Q.  Anybody else serve in that role during this
19 timeframe, 2020-2021?
20     A.  Not that I can remember.
21     Q.  On Bates Page 18 of the Violeta production under
22 Supervisory Personnel, states that:  "Crew leaders conduct
23 inspections using checklist to assess performance."
24         Were there ever actually any checklists prepared
25 that were used for these inspections by crew leaders?

---

66

1      A.  There were verbal checklists.
2      Q.  What was the verbal checklist?  What was on the
3  checklist, I should say?
4      A.  Is the job done?  Is the job -- is the job done
5  right?  Is the client happy?
6      Q.  Bottom of Page 18 it references a Violeta Davey
7  Safety Program that's capitalized.  What's the Violeta Davey
8  Safety Program refer to here?
9      A.  I'm not sure.  I can only attest to the Violeta
10 Safety Program that has to do with us talking safety to
11 employees and making sure that they wear PPE and use the --
12 the equipment safely and paying attention to their safety
13 and people's safety reporting something unsafe.
14     Q.  Looking at second to the last paragraph on Page 19
15 says:  "These records are collected at the end of each week
16 and kept on file in the P.M.s office."
17         Do you know what "P.M." stands for here?
18     A.  Project manager.
19     Q.  And this is under the Procedures for the Quality
20 Inspection System referring to the checklist, and quality
21 assessments that were to be performed, that the records are
22 to be collected at the end of each week and kept on file.
23         Were any such records generated and kept on file
24 with the project manager at that time?
25         MR. PARLER:  Objection.  Asked and answered.

---

67

1          You can answer.
2          THE WITNESS:  The records are -- the records
3      are -- again, it's -- the best records that we can have
4      are the paid invoices from the clients.
5  BY MR. VISCA:
6      Q.  This chart on Bates Page 28, can you explain what
7  this is?  Let me get back to it.  Okay.  What is this chart
8  that starts on Bates 28?
9      A.  I'm not a hundred percent sure, but in a nutshell,
10 it's just a way of making sure that on our day-to-day
11 operations, we are providing quality service to the
12 satisfaction of our clients.
13     Q.  Were there ever any type of inspections where
14 random samples or anything like that, testing were conducted
15 at Lincoln Park during this timeframe, 2020-2021?
16     A.  Not that I can recall, no.
17     Q.  The list of equipment starting on Violeta Bates
18 30, which goes on to 31, did Violeta actually have all of
19 this listed equipment at their service in 2020-2021?
20     A.  Could you please scroll down from the -- from the
21 top of the list slowly to all the way to the bottom so that
22 I can give you an assertive answer?  Hold on a second.
23 Would you scroll it up, please?  Would you scroll it up,
24 please?  Could you scroll it up, please?  What was your
25 question again, please?

---

68

1      Q.  Is this an accurate list of all the equipment
2  Violeta had during this timeframe?
3      A.  Yes.
4      Q.  Looking at Bates Page 38, there's an email from
5  June 16, 2020.  Brenden Lowe to Harris Lewis, cc'ing
6  yourself and Mr. Piquette.  Do you recall receiving this
7  email?
8      A.  Yes.
9      Q.  Was this the initial kind of communication to the
10 Park Service as to what services Violeta would be providing
11 versus Davey under the agreement?
12     A.  Yes.
13     Q.  And this breakdown or allocation of duties, so to
14 speak, this was approved by the Park Service?  Did they have
15 any problems with this split of work?
16         MR. PARLER:  I'm making an objection because,
17     Counsel, I just don't want the record to indicate a
18     question was asked and no answer.
19 BY MR. VISCA:
20     Q.  So the first question was:  Did the Park Service
21 approve this split?
22     A.  What I can say is that the Park Service did not
23 have any issues with it.
24     Q.  They didn't say anything one way or the other?
25     A.  They -- they agreed with it.  They accepted this

---

69

1  email.
2      Q.  Starting on Bates Violeta 39, there's a Teaming
3  Agreement.  Do you know what this document is?
4      A.  Yes.
5      Q.  What is it?
6      A.  It's the Teaming Agreement between Violeta and
7  Davey.
8      Q.  Generally, what is the purpose of this agreement?
9      A.  It's basically a -- the rules between Violeta and
10 Davey for tackling services together under the IDIQ.
11     Q.  Under Section 3 of this agreement -- well, before
12 I do that.
13         Going down to the bottom of this agreement, it was
14 signed by yourself on behalf of Violeta?
15     A.  Yes.
16     Q.  Do you know who signed it on behalf of Davey Tree
17 Expert Company?
18     A.  I do not.
19     Q.  On section -- Section 3 of this agreement, Control
20 of the Project says:  "If awarded the contract, Violeta, as
21 prime contractor, is and will remain responsible for the
22 overall performance of the contract and overall management
23 authority and responsibility for the entire project."
24         Is that a correct statement, that Violeta
25 maintained responsibility for the overall performance and

70

1  management authority of the contractor -- or excuse me --
2  the project?
3      A.  Yes.
4      Q.  It also says here that:  "All contract decisions
5  will be made by Violeta and Violeta may, in its sole
6  discretion, request technical assistance or management
7  advice from Davey."
8         At all times under that NPS contract, was Violeta
9  responsible for making all decisions for the contract?
10     A.  I do not recall it.
11     Q.  Was there any other modified versions of this
12 particular Teaming Agreement that were signed by Violeta and
13 Davey?
14     A.  I do not recall another version.
15     Q.  There's some invoices here starting on Bates 43.
16         Well, let's start with this one here.  Generally,
17 what type of invoice is this?
18     A.  It's an invoice for a one-off that was provided to
19 the National Park Service as an -- as a service that is
20 extra.
21     Q.  This was -- sorry, go ahead.
22     A.  This invoice is for extra work aside from the
23 contract at work.
24     Q.  Services provided outside the scope of the
25 contract?

71

1      A.  That's correct.
2      Q.  So for these services provided, Violeta was
3  separately billing the Park Service for payment.  This
4  wasn't included under the payment received under that
5  contract; is that accurate?
6      A.  What I know is that Violeta was billing extra
7  money.
8      Q.  And under the Recipient where it says:  "Lincoln
9  Park," that would mean that that's the location where these
10 services were provided?
11     A.  Correct.
12     Q.  And under Product Service, where it lists the
13 date, that would be the date that service was provided?
14     A.  Let me just take a look at it to give you a more
15 assertive answer.  What was your question again?
16     Q.  Under the Product Service, it lists a date,
17 4/15/2022.  That would be the date that the service listed
18 under Description was provided?
19     A.  Yes.
20     Q.  So this one deals with aerating and seeding for
21 Lincoln Park, right?
22     A.  Yes.
23     Q.  So Violeta did aerating and seeding work at
24 Lincoln Park in April of 2022?
25     A.  Yes, specifically at the central panel.

72

1      Q.  Central panel?
2      A.  Yes.
3      Q.  Where does it reference that?
4      A.  It's the -- central panel at Lincoln Park.  If
5  you look at the aerial view on that map, there is a central
6  area that doesn't have any grass growing.  That's where we
7  were doing this aeration and seeding job.
8      Q.  Okay.  But this invoice doesn't reference central
9  panel, right?
10     A.  It does not reference central panel, but that --
11 that is what it was for.
12     Q.  And if there were similar aeration or seeding
13 services provided by Violeta in 2020 or 2021, a similar
14 invoice such as this would have been generated?
15         MR. PARLER:  Objection.  Objection.
16         You can answer.
17         THE WITNESS:  If there was -- could you please
18     repeat that question?
19 BY MR. VISCA:
20     Q.  If Violeta did this type of aerating or seeding
21 work in prior years, 2020-2021, would the process be to
22 generate an invoice such as this to submit for payment to
23 the Park Service?
24     A.  Yes.
25     Q.  Do you know off the top of your head whether

SHEILA WRIGHT

73

1  aerating and seeding services were provided by Violeta in
2  any of the grass areas at Lincoln Park in 2020 or 2021?
3       MR. PARLER: Objection. Asked and answered.
4       You can answer.
5       THE WITNESS: Could you repeat that question?
6  BY MR. VISCA:
7       Q.  Do you recall if Violeta did aeration and seeding
8  services in the grass areas of Lincoln Park in the years
9  2020 or 2021?
10      A.  I do not recall that.
11      Q.  There was some texts produced with Thomas Harvey
12 starting here on Bates 47.  These are texts with you, right?
13      A.  Could you repeat that question?
14      Q.  Are these your texts with Thomas Harvey?
15      A.  Yes.
16      Q.  Did you have text exchanges about services with
17 Mr. Harris?
18      A.  I do not recall it.
19      Q.  Did you look for any such texts when you were
20 preparing to produce documents when these texts were
21 produced?
22      A.  Yes.
23      Q.  You didn't find any texts with Mr. Harris?
24      A.  I did not recall any texts from Mr. Harris
25 regarding aeration or seeding at Lincoln Park.

74

1       Q.  Well, did you have any texts with Mr. Harris for
2  services to be provided at Lincoln Park?
3       A.  I do not recall these texts with Mr. Harris.  I
4  really don't.
5       Q.  Do you have any texts with anyone from Davey about
6  services to be provided at Lincoln Park during that
7  timeframe?
8       A.  I do not recall these texts.
9       Q.  You don't recall if you texted or you don't recall
10 if you still have them?
11      A.  I do not recall if I texted anybody from Davey.
12      Q.  Do you recall if you looked for texts with anyone
13 from Davey?
14      A.  I do not recall seeing any.
15      Q.  Okay.  But you looked?
16      A.  Yes.
17      Q.  Is there any particular reason that texts started
18 with Mr. Harvey about services during this timeframe?
19      A.  Could you repeat that question?
20      Q.  Yes.  Was there any specific reason why you would
21 have began texting about services with from someone from the
22 Park Service at this time and wouldn't have had any texts
23 from prior years?
24      A.  Could you repeat that?  I'm sorry, could you
25 scroll that up, please?  Up.  Down, down.  Sorry.

75

1       I'm not a hundred percent sure, but what I recall
2  from this is that the -- the date was approaching for the
3  aeration of seeding to be done and we -- we needed to have a
4  fence -- we need to have the area fenced off before doing
5  the job.  And then, I'm not sure if we were having a hard
6  time reaching out to Mr. Harvey.  I just figured I would get
7  a text to see if he would respond.  That is what I recall
8  from it.
9       Q.  In 2020-2021, would you ever text with your
10 husband or employees of Violeta regarding work to be or that
11 was being performed at Lincoln Park?
12      MR. PARLER: Objection.
13      You can answer.
14      THE WITNESS: Could you repeat that question,
15 please?
16 BY MR. VISCA:
17      Q.  In 2020-2021 --
18      A.  Uh-huh.
19      Q.  -- did you ever text with anyone at Violeta,
20 foreman, crew members, your husband, managers, about work
21 being performed at Lincoln Park?
22      A.  I can't tell a hundred percent for sure.  I don't
23 -- I don't remember.
24      Q.  You haven't looked for those types of texts in
25 relation to this case?

76

1       A.  What I know is that what I recall is that aeration
2  and/or seeding wasn't done until 2022 after Mr. Harvey was
3  the COR for this project.  This is what I can remember to
4  the best of my ability.
5       Q.  Yeah, I understand.  I'm not trying to trick
6  you.  I'm just curious if you looked to see if you had any
7  texts with respect to work being done at Lincoln Park when
8  you were gathering documents to produce in this case?
9       A.  I do not recall seeing texts on work related to
10 Lincoln Park.
11      Q.  But you checked?  Did you actually look for texts
12 with people --
13      A.  I looked for texts --
14      THE REPORTER:  Wait.  I didn't get the full
15 question.
16 BY MR. VISCA:
17      Q.  Question is:  Did you actually search for texts
18 with people with who worked at Violeta?
19      A.  Yes, I have.
20      Q.  I'm looking at the email on Violeta Bates Page 54
21 from October 26th, 2023, sent from Mr. Harvey to yourself.
22 Do you recall receiving this email?
23      A.  Yes.
24      Q.  He referenced a phone call you guys had earlier
25 that day; do you recall that phone call?

77

1   A.  Yes.
2   Q.  What did you guys discuss on that phone call?
3   A.  He called and he said that he was conducting an
4   investigation on it.  It was very similar to the email, that
5   he was conducting an investigation about an incident that
6   happened at Lincoln Park back in 2021.  And he asked me if I
7   or anybody from my crew had experienced anything in regards
8   to that, to which I said no.
9         And then, Mr. Harvey said that he would follow up
10  with an email and to -- to write -- to answer to him how I
11  answered to him on the phone.
12  Q.  Was anybody else on the phone?
13  A.  No.
14  Q.  Were there any other calls with Mr. Harvey and
15  yourself about this particular incident that involved anyone
16  from Davey on the call as well?
17  A.  No.
18  Q.  He mentions in the email that your company,
19  Violeta, as being the primary mowing operations for this
20  area since 2021.  Is that an accurate statement in your
21  mind?
22  A.  It's inaccurate in the sense that Davey was the
23  responsible for the mowing operations.
24  Q.  This is your response email.  You don't reference
25  for them to check with Davey or that you checked with Davey

78

1   or that Davey was responsible for mowing in your response,
2   right?
3   A.  Could you please repeat that question?
4   Q.  This was your response email to Mr. Harvey's email
5   that we are looking at here, right?
6   A.  Yes.
7   Q.  You don't reference Davey in this email, right?
8   A.  I did not reference Davey in this email.
9   THE WITNESS:  May I please take a break?
10  MR. VISCA:  Yeah.
11  THE WITNESS:  I'll be back in 10, please?
12  MR. VISCA:  Well.  Let's just -- we're off the
13  record.
14  (Recess was taken.)
15  BY MR. VISCA:
16  Q.  Ma'am, we were discussing this email exchange you
17  had with Mr. Harvey October 2023.  Were there any followup
18  discussions between you and Mr. Harvey regarding these
19  issues after this phone call and exchange you described
20  earlier?
21  A.  No.
22  Q.  Violeta Bates Number 82 -- excuse me, it's your
23  Counsel's response to a third-party subpoena we had sent
24  early on in this case.  You guys sent us some records.
25      In the letter here sent by a Ms. Kantruss, that

79

1   was your prior attorney or the attorney you used at this
2   time, right?
3   A.  That was the attorney I used at the time of the
4   subpoena.
5   Q.  All right.  On Number 12, who are these two
6   individuals that are listed?
7   A.  Luis Castro is a current employee.  Angel Ruiz was
8   a former employee.
9   Q.  I think this was asking for individuals who worked
10  at Lincoln Park at the time, right?  You mentioned a Luis
11  earlier.  This is the same Luis who was assigned to Lincoln
12  Park during that timeframe?
13  A.  Yes.
14  Q.  And was Angel Ruiz as well?
15  A.  Yes.
16  Q.  When did he stop working at Violeta?
17  A.  Last December -- about last December.
18  Q.  Did he quit or was he fired?
19  A.  He was fired.
20  Q.  For what?
21  A.  Just -- he was just -- he was just not jibing with
22  where we wanted to be.
23  Q.  Were there any issues with his performance as it
24  relates -- or were there any issues Violeta had with his
25  performance in 2020 or 2021?

80

1   A.  No.
2   Q.  When did issues start with respect to his work?
3   A.  In 2023.
4   Q.  Number 13, if you could just go individual or
5   person by person explain who they are, please.
6   A.  Could you repeat the question?
7   Q.  Number 13, there is four people listed.  Can you
8   just go one by one and tell me whom they are?
9   A.  Aurelio Mercado; he's a foreman, an employee.
10  Ramiro Diaz, a former employee.  He no longer works with us
11  Juarta Isabel Truillo and David Rodriguez.
12  Q.  Right.  But who are they?  Who is Truillo and who
13  is Rodriguez?
14  A.  They're -- they currently work with us.  They
15  worked at Lincoln Park.
16  Q.  Were these all people that were on the crew for
17  Lincoln Park?
18  A.  What I can say is that they -- they did bed
19  maintenance at Lincoln Park at some point.
20  Q.  Why did Mr. Diaz stop working for Violeta?
21  A.  We -- we were having issues with his performance,
22  mainly.
23  Q.  What --
24  A.  And there were -- he was -- he started becoming
25  unreliable, and then we let him go.

SHEILA WRIGHT

81

1    Q.  Sorry.  When did that start?
2    A.  I don't remember when we let him go.  I don't
3  remember.
4    Q.  You don't remember when you let him go?
5    A.  I do not remember.
6    Q.  Were there any issues with his reliability with
7  respect to services being provided at Lincoln Park?
8    A.  No.
9    Q.  Looking at these invoices that start on Violeta
10  Bates Page 139, I want to scroll through a few before I ask
11  you questions.  These appear to be monthly invoices billed
12  to the National Park Service for 2020 and eventually into
13  2021 here.
14      Have you seen these invoices before?
15    A.  Yes.
16    Q.  Do these invoices apply to services performed at
17  Lincoln Park?
18    A.  Yes.
19    Q.  Let's just look at one example, this one here
20  dated January 18th, 2021, that's found on Bates 145.
21      The services being performed are listed under the
22  Description section; is that correct?
23    A.  What was your question?
24    Q.  The services that are being performed for this
25  period are listed here under the Description section; is

82

1  that correct?
2    A.  It's a general description of the services that
3  were provided.
4    Q.  And the Period of Performance is the period in
5  which these services were provided under the invoice?
6    A.  Yes.
7    Q.  And how do we know or how can we tell that it
8  applies -- yeah, applies to services performed at Lincoln
9  Park?
10    A.  It's along Pennsylvania Avenue.  And then, there's
11  Coma Parks, and Lincoln Park would be included in that.
12    Q.  Okay.  Now, it just says -- similarly, when you
13  look at any of them, it really just says grounds maintenance
14  along these different areas in each invoice.
15      Does this term include services being provided by
16  both Violeta and Davey during these periods under the
17  contract?
18    A.  Yes.
19    Q.  So would the Park Service issue payment on these
20  invoices to Violeta and then Violeta would issue payment to
21  Davey; is that how it would work?
22    A.  Yes.
23    Q.  And these would have been the invoices you
24  referred to a couple times earlier in your testimony to show
25  what work was being performed as to the Lincoln Park in the

83

1  terms of documentation and for 2020-2021 timeframe, right?
2    A.  Yes.
3    Q.  Now, even though an invoice is being generated for
4  basically a monthly period of performance, it doesn't
5  necessarily mean someone from Violeta or Davey was at each
6  park, for example, Lincoln Park, in this particular period
7  of performance, does it?
8      MR. BARDO:  Objection.  Calls for speculation.
9      THE WITNESS:  Could you repeat the question?
10  BY MR. VISCA:
11    Q.  Yeah.  These invoices were being sent on a monthly
12  basis.  Does that mean that there were services actually
13  being performed at Lincoln Park on a monthly basis by
14  Violeta or Davey?
15      MR. BARDO:  Same objection.
16      THE WITNESS:  Basically, the type of the -- the
17  contract was spread out into 12 different payments.
18  There were months that services were not performed due
19  to the winter, so we were billing for those months as
20  well.
21  BY MR. VISCA:
22    Q.  What about in the spring and summer months, was
23  someone out there on a monthly basis?
24    A.  Like I mentioned before, the -- the bed
25  maintenance work was performed around four to six weeks.

84

1  And the -- the mowing, I'm not a hundred percent the mowing,
2  but I -- I could say that it's between 10 and 14 days.
3    Q.  Okay.  So mowing was occurring approximately every
4  couple weeks?
5    A.  It sounds about right.
6      MR. PARLER:  My apologies.  I'm sorry.  Go ahead.
7  BY MR. VISCA:
8    Q.  See if I could flip that PDF.  It will be easier
9  to look at.  This is how it was produced.  Violeta Bates
10  157; can you tell me what this document is?
11    A.  That's the -- the logs that we were talking about
12  prior.
13    Q.  Remind me.  What logs?
14      MR. PARLER:  Can you rotate it, Counsel, so it's
15  upright?
16      MR. VISCA:  I tried to figure out how, but I
17  wasn't able to.  Do you know how in this --
18      MR. PARLER:  I think if you right click and then
19  drag down, it should say rotate clockwise.  I don't see
20  that.  But --
21      MR. VISCA:  Yeah.  I don't see it either.
22      THE REPORTER:  What about if you hit View?  Up
23  under Violeta production.  There's File, Edit, View.
24      MR. PARLER:  Yeah, View, if you scroll down it
25  might say rotate.

SHEILA WRIGHT

---

85

1        MR. VISCA:  I had that blocked by -- I don't see
2    that option.
3        THE REPORTER:  Maybe unclick Hide Tools.  On that
4    view it said hide tools.  What does that say?
5        MR. VISCA:  I don't think I hit tools.
6        THE REPORTER:  Oh, Show Tools?  That's so weird.
7        MR. VISCA:  I mean, I'm not going to go through --
8    give me a second.  I was trying to see if it would let
9    me edit.  Okay.  I guess I'll have to make the best of
10   it.
11 BY MR. VISCA:
12       Q.  Okay.  So you were explaining, what are these logs
13 of?
14       A.  You said you were going to request that I sent you
15 a document from the Jobber software.  This is it.
16       MR. PARLER:  What's the Bates?  Okay.
17 BY MR. VISCA:
18       Q.  Okay.  But based on the dates listed, it doesn't
19 list every single date.  It kind of jumps from different
20 dates.
21       What is the significance of the dates listed here
22 in the first column?
23       A.  Okay.  So we were getting -- we were implementing
24 the software, which would make scheduling and reporting
25 easier.  And when we started the Capital Hill contracts, the

---

86

1    best way to describe it for everybody was Pennsylvania
2    Avenue because several locations are on or at Pennsylvania
3    Avenue.  So --
4        Q.  So where it says "Pennsylvania Avenue," it doesn't
5    necessarily specify what park or parks the service is being
6    performed at?
7        A.  Correct.
8        Q.  The ones that say "Lincoln Park" would have been
9    at Lincoln Park?
10       A.  Yes.
11       Q.  So at the top for April 7, 2021, "Lincoln Park.
12 Job Details, spring cleanup, edge and mulch," do you recall
13 that specific job?
14       A.  I recall the title of the job.
15       Q.  Were you there for that job?
16       A.  I was not.
17       Q.  What is spring cleanup?
18       A.  Spring cleanup is the initial cleanup of the old
19 mulch and cleanup of any leaves and debris from the winter.
20 And you replace it with new mulch.
21       Q.  Would that include cleaning up leaves and stuff in
22 the grass?
23       A.  No.
24       Q.  Would this be only work performed by Violeta, not
25 by Davey listed on these?

---

87

1        A.  Yes.
2        Q.  And the -- under Job Details, it looks to be some
3    type of number; like, for example, the first one is 2027.
4    What's the significance of those numbers there under Job
5    Details?
6        MR. PARLER:  Let me just note an objection for the
7    record that the document's sideways.  And we tried to
8    figure it out.  But Counsel, go ahead.
9        You can answer.
10 BY MR. VISCA:
11       Q.  Go ahead.
12       A.  These numbers are just a way for -- for the
13 software to identify.  I don't even know exactly.  It's just
14 a number assigned to a job.
15       Q.  So is there any way -- for any of these other ones
16 that it just says "Pennsylvania Avenue," is there anywhere
17 to check or cross-reference to determine where exactly any
18 of these services were performed specifically?
19       A.  I'm not sure.
20       Q.  And this log is generated by that Jobber system,
21 right?
22       A.  Yes.
23       Q.  On Violeta 172, it's another text that was
24 produced.
25       MR. PARLER:  Can you scroll it so we can see the

---

88

1    date up at the top, Counsel?
2        MR. VISCA:  Well, that's my question.
3        MR. PARLER:  Oh, I'm sorry.
4    BY MR. VISCA:
5        Q.  Yeah, I mean -- so the text before on 171 has a
6    January 12th, 2023.  I don't know if this is a continuation
7    of this same text thread.
8        I guess first question:  Are these texts between
9    you and Mr. Harvey?
10       A.  Yes.
11       Q.  Let me know if you need to take your time to read
12 it.  But I want to know if these two are the same text
13 thread?
14       A.  Could you please scroll up a little bit?
15       Q.  Up.  Okay.
16       A.  Okay.  So could you scroll down now to the next?
17 Now go back up, please.
18       Okay.  So this is the -- this is the beginning of
19 the -- the conversation.
20       Q.  Okay.  So these two pages of texts on 171 and 172,
21 that's one continuous thread?
22       A.  That's what it looks like.
23       Q.  There's two photographs that were produced on 173
24 and 174?
25       A.  Mm-hmm.

---

SHEILA WRIGHT

89

1    Q.  Have you seen these photographs before?
2    A.  Yes.
3    Q.  Who took these photographs?
4    A.  Nick Miller.
5    Q.  When did he take them?
6    A.  After we got to know the exact location of the
7  incident per the plaintiff's document production.
8    Q.  Meaning, Ms. Ryals, correct?
9    A.  Correct.
10   Q.  When did he go out there?  You can just give me a
11 month and year.
12   A.  I don't -- I don't remember a hundred percent, but
13 it was between February and March 2024.
14   Q.  He took these two photographs in either February
15 or March of 2024, somewhere around there?
16   A.  Yes.
17   Q.  Was anyone there with him?
18   A.  No.
19   Q.  Well, what information and documents did he have
20 or use to identify the location of the fall?
21   A.  What I recall is that I forwarded the -- the
22 document production to him and I told him that there was the
23 satellite image of the location of the incident, to please
24 go take a look at it, take pictures.
25   Q.  Other than Mrs. Ryals' production, was he given

90

1  any other specific information or documents to use to go out
2  there?
3    A.  No.
4    Q.  When he was out there, do you know if he
5  physically inspected this grass area to see if there was any
6  type of issue or hazard present as Mrs. Ryals alleges in her
7  complaint?
8    A.  Could you please repeat that?
9    Q.  Yeah.  When Mr. Miller went out there, did he
10 actually physically inspect or check the grass area to see
11 if there was any issue there such as what Mrs. Ryals
12 describes in her complaint?
13   A.  He -- he inspected it.
14   Q.  He inspected it?
15   A.  Yes.
16   Q.  How did he inspect it?
17   A.  He walked towards it and stepped on it.
18   Q.  Did he find anything?
19   A.  He said that the hole was pretty much closed,
20 there was no hole.
21   Q.  It was closed or pretty much closed?
22   A.  What I remember him saying is that it was a little
23 bit of a divot, but there was no -- excuse me -- no hole.
24   Q.  Is that the word he used, a "divot"?
25   A.  That's what I recall him saying.

91

1    Q.  How did he describe the divot?
2    A.  I don't remember exactly.  Just like there was no
3  -- no hole.
4    Q.  Did he describe how the divot felt or how deep it
5  was or seemed or anything like that?
6        MR. BARDO:  Objection.  Form.
7        MR. PARLER:  Objection.  Asked and answered.
8        THE WITNESS:  He -- I'm not sure.
9  BY MR. VISCA:
10   Q.  You don't recall?
11   A.  It looks like it was closed.
12   Q.  In these pictures, did he say whether these
13 pictures show where he found the divot?
14   A.  What I recall is that the location of the -- the
15 divot is up a little higher where your mouse is.  Right
16 around there, this lighter section.
17   Q.  So for the record, we are looking at Photo 173.
18 There's a shadow in the lower third, probably from a light
19 post that's nearby.
20       Okay.  You're saying he described the location of
21 the divot as being above this shadow?
22   A.  Yes, the lighter section.
23   Q.  Lighter section where there appears to be some
24 lighter or dead-colored grass, brownish-colored grass?
25   A.  Yes.

92

1    Q.  Did he do anything with regards to the divot?
2  Take any action?
3        MR. PARLER:  Objection.  In addition to
4    photographing it?
5  BY MR. VISCA:
6    Q.  Right.  In addition to photographing it, did he
7  actually do anything with the divot?
8    A.  No, it seemed to be safe.
9    Q.  Do you know if he ever went back or has Mr. Miller
10 been back since that inspection at any point to see if the
11 divot or anything was still in that specific location?
12   A.  I don't know.
13   Q.  Okay.  Have you ever been to the Park to see what
14 was in that location?
15   A.  I don't recall it.
16   Q.  When was the last time you were at Lincoln Park?
17   A.  Around February, before the -- before the
18 plaintiff's document production showing the location.
19   Q.  Why were you there?
20   A.  I was there trying to see where the hole was.
21   Q.  Did you find it?
22   A.  I did not.
23   Q.  Did you find the divot?
24   A.  I did not.
25   Q.  Did you find anything that was uneven or unusual

93

1  about the surface?
2      A.  I did not.  I'm sorry?
3      Q.  Was there anything that was uneven or unusual
4  about the surface of the turf?
5      A.  I do not recall seeing that.
6      Q.  When Mr. Miller came and described the divot he
7  saw, nobody from Violeta went back to check it out after
8  that?
9          MR. PARLER:  Objection.
10          You can answer.
11          THE WITNESS:  I do not recall --
12  BY MR. VISCA:
13      Q.  Were there any other -- I'm sorry?
14      A.  I do not recall Violeta going back to specifically
15  address it because it seemed to be safe, like it was already
16  closed.
17      Q.  How do you know it was a divot if it was closed?
18      A.  I don't know.
19          MR. PARLER:  Objection.  She -- objection.  She
20      said that that's how Nick Miller described it.
21  BY MR. VISCA:
22      Q.  Okay.  There's a bunch of invoices for Davey
23  starting -- and payments starting on Violeta 180.  What are
24  these invoices for?
25      A.  For work that Davey performed at the Capital Hill

94

1  Historical Homes project, including mowing at Lincoln Park.
2      Q.  So you're getting good.  You already know what my
3  followup question's going to be.
4          So these are invoices that Davey would submit to
5  Violeta for those services to be paid by Violeta?
6      A.  Yes.
7      Q.  Did you or someone from Violeta do anything to
8  confirm that Davey was in fact performing the services
9  associated with each of these invoices?
10          MR. PARLER:  Objection.  Asked and answered.
11          You may answer.
12          THE WITNESS:  The -- the biggest proof that we
13      would have that the work was done and to the
14      satisfaction of the government is to receive a paid
15      invoice.
16  BY MR. VISCA:
17      Q.  So if the Park Service sent money to pay for the
18  invoice, you guys just assumed they were happy with the
19  service provided for that month?
20          MR. PARLER:  Objection.
21          You can answer.
22          THE WITNESS:  Correct.
23  BY MR. VISCA:
24      Q.  At any time in 2020, did the Park Service refuse
25  to pay because of an issue with the service being provided?

95

1      A.  Not that I recall.
2      Q.  What about in 2021?
3      A.  Not that I recall.
4      Q.  Bear with me one second.  I'm just trying to
5  adjust the size of these documents so you can see it.
6          All right.  Can you see the document I'm sharing
7  on my screen with you?
8      A.  Yes, it looks like an invoice.
9      Q.  This is on back in the Park Service production,
10  this is NPS 238.  These invoices reference central mowing.
11  I'm just curious what that term means?
12      A.  It's a different contract unrelated to Lincoln
13  Park.
14      Q.  Okay.  Central mowing has nothing to do with
15  Lincoln Park?
16      A.  Correct.
17          MR. VISCA:  This is too small to read.
18  BY MR. VISCA:
19      Q.  Showing you an email for NPS 953.
20          MR. PARLER:  Can you make it bigger, please?
21      Thanks.
22          MR. VISCA:  It jumps things around for me when I
23      try to mess with the formatting.  There we go.
24  BY MR. VISCA:
25      Q.  Can you read that okay, ma'am?

96

1      A.  Yes.
2      Q.  This email from Mr. Harvey addressed to yourself,
3  James Sledge and Nick.  Is that Nick Miller?
4      A.  Yes.
5      Q.  It says:  "Site visit, Lincoln Park."  I didn't
6  see a date on it.
7          Do you recall receiving this email for a site
8  visit?
9      A.  Yes.
10      Q.  When did you receive this email?
11      A.  I don't remember.  The date should be on this
12  email.
13      Q.  It's not.
14          When did this site visit occur, if you recall?
15      A.  I do not recall the exact date.
16      Q.  Would this have been sometime in 2022 or later,
17  given Mr. Harvey's involvement?
18      A.  Yes.
19      Q.  And who is James Sledge?
20      A.  I don't know James Sledge.  I'm not a hundred
21  percent sure.  I think he's a supervisor.
22      Q.  Not someone you ever dealt with from the Park
23  Service for the services?
24      A.  Not that I recall, no.
25      Q.  I'm going to show you some photos.  They're

97

1 included in some emails submitted to the National Park
2 Service. These are on NPS 1102.
3         People submitted some emails with pictures of what
4 they describe as rat holes being in Lincoln Park and here's
5 a couple pictures.
6         MR. PARLER: Can you -- I mean, in fairness to my
7 client, can you show her the emails that accompanied
8 these photographs?
9         MR. VISCA: I will show her what I feel is
10 necessary. These are not emails related to her. I
11 want to -- I'm asking specifically about what's in
12 these photographs.
13         MR. PARLER: All right. Well, let me -- I'll just
14 note an objection then.
15         MR. VISCA: All right.
16 BY MR. VISCA:
17     Q.  Well, first, in the timeframe of 2020-2021, would
18 there be instances where you would physically go out to
19 Lincoln Park in relation to the services being performed
20 there?
21     A.  I have been to Lincoln Park a couple times during
22 this time.
23     Q.  And in any of those times that you were physically
24 out there, did you ever observe conditions like this on any
25 part of the grounds at Lincoln Park?

98

1     A.  I do not recall seeing those.
2     Q.  Do you recall anyone from the Park Service ever
3 mentioning complaints or issues regarding rat holes since
4 you got into contract with them?
5     A.  No.
6     Q.  Was that something you ever heard from anyone
7 before about potential issues with rat holes at Lincoln
8 Park?
9     A.  No.
10     Q.  Anyone from Violeta or Davey communicate to you
11 observing any type of holes existing at Lincoln Park?
12     A.  I do not recall.
13     Q.  This is some emails starting on Bates NPS 1738.
14 As of last year, there was discussions in the Park Service
15 about the presence of rat holes, but --
16         MR. PARLER: Counsel, okay. I mean, you're -- the
17 screen is, like, flipping. You can't -- you're asking
18 her a question. If you're asking her questions about
19 documents, the document is moving. You can't see it.
20         MR. VISCA: I understand that. We are getting the
21 Bates page and then we are going to --
22         MR. PARLER: I know.
23 BY MR. VISCA:
24     Q.  Anyways, did you ever deal with Tara Morrison with
25 the Park Service? Do you know who that is?

99

1     A.  No.
2     Q.  What about Michael Comisso?
3     A.  I recall seeing his email -- his email looks
4 familiar, but I don't -- I don't remember receiving an email
5 from Michael Comisso.
6     Q.  Do you know who Laura Hannon is?
7     A.  No.
8     Q.  And what about the other two people, Rebecca
9 George, Catherine Dewey?
10     A.  No.
11     Q.  Take a look at this email I'm showing on the
12 screen from Bates 1597. Have you seen this email before?
13 And I'll scroll down. It's kind of connected. Let me know
14 when you're done reading.
15     A.  I have not seen this email before.
16     Q.  In this -- it has some complaints from patrons
17 related to Lincoln Park from June 20th, 2021, timeframe.
18 The title here is: "Tree Damage Highlights Lincoln Park
19 Problems." And it says: "Many of the trees in Lincoln Park
20 haven't had any attention in years, except when a limb
21 falls. Some trees are dead. The damage was another example
22 of how deferred maintenance in Lincoln Park continues to
23 pile up."
24         Were complaints such as these from patrons ever
25 communicated to you by anyone at the Park Service in this

100

1 timeframe?
2         MR. PARLER: What timeframe?
3         THE WITNESS: I don't know.
4         MR. PARLER: 2020-2021?
5         MR. VISCA: Correct.
6         MR. PARLER: You can answer.
7         THE WITNESS: No.
8 BY MR. VISCA:
9     Q.  Were you aware in that timeframe of any such
10 complaints existing about Lincoln Park?
11     A.  No.
12     Q.  Going down to NPS Bates 1583, it's an email
13 June 19th, 2022. The top one's a forward. I just want to
14 scroll down to the bottom one here again.
15         So it's an email from a Peter May of the NPS to a
16 patron. It discusses issues with lawn mowing services, work
17 falling behind, budgetary issues with the NPS.
18         Again, my question to you is: Were you ever made
19 aware of any of these types of issues from the Park Service?
20     A.  No.
21     Q.  Were you ever made aware of these issues from
22 anyone else outside of the Park Service?
23     A.  No.
24     Q.  Looking at NPS 1701, this is a log of complaints
25 submitted by patrons. This one as to Lincoln Park, it says:

101

1  "Leash law in Lincoln Park is not enforced.  They are
2  currently replacing grass area ruined by dog use."
3      I don't have a date on this log, but are you aware
4  of any damage to the grass at Lincoln Park being caused by
5  dog use or presence of dogs?
6      A.  Would you please repeat that?
7      Q.  Since you started providing services with relation
8  to Lincoln Park, have you ever been made aware of damage
9  being caused to the grass at Lincoln Park by dogs?
10     A.  Not to my knowledge, no.
11     Q.  Is this the first you're hearing about potential
12  damage to Lincoln Park caused by dogs being there?
13     A.  Could you repeat that question?
14     Q.  Yeah.
15         Regardless of the source, at any point in time,
16  have you ever been made aware of the possibility that dogs
17  were damaging the grass at Lincoln Park?
18     A.  I don't -- I'm not sure.
19     Q.  And then, looking at NPS 1629, is -- excuse me --
20  September 2022 email discusses issues at Lincoln Park
21  related to the irrigation or sprinkler system, sprinkler
22  heads being broken, buried or missing.
23         At any point in time, were you ever made aware of
24  issues at Lincoln Park caused by defects with the irrigation
25  system?

102

1      A.  No.
2      Q.  I'm going to show you a handful of photos here
3  from plaintiff's production Bates 1175 to 1180.  I'm just
4  going to slowly scroll through the photos first.
5         Do you recognize the location shown in these
6  photographs?
7      A.  I do not.
8      Q.  I'll represent to you this is Lincoln Park.  And
9  these photographs were taken there in June of 2024.
10         MR. PARLER:  Objection to the question.
11  BY MR. VISCA:
12     Q.  The holes that are being shown in these
13  photographs, are these on the grass area or would these be
14  considered a different section, like, bedding or mulching?
15         MR. BARDO:  Objection.  Form.
16         MR. PARLER:  Objection.
17         THE WITNESS:  They look like they're on a grass
18  area.
19  BY MR. VISCA:
20     Q.  Did you have any knowledge of the existence of
21  these conditions depicted as of June 2024 at Lincoln Park?
22     A.  I do not.
23     Q.  Do you know of anything that's been or previously
24  caused any type of condition like this, appear to be holes
25  or divots at Lincoln Park this year?

103

1         MR. BARDO:  Objection.  Form.
2         THE WITNESS:  No.
3         MR. PARLER:  Objection.  Relevance.
4  BY MR. VISCA:
5      Q.  Do you know if these issues are still present?
6      A.  I'm not sure.
7      Q.  In looking at 1179 -- let's go back to 2021.  If
8  an issue like this was observed by an employee of Violeta --
9         MR. PARLER:  Can we take, like, a two-minute
10  break?  I apologize.
11         MR. VISCA:  Sure.
12         (Recess was taken.)
13  BY MR. VISCA:
14     Q.  So Ms. Wright, going back to the 2021 timeframe,
15  if a Violeta employee discovered a condition like this at
16  Lincoln Park, what would have been the protocol or procedure
17  for addressing it?
18     A.  The employees are encouraged --
19         MR. PARLER:  You're going to have to start over
20  again.  Your screen froze.
21         THE WITNESS:  Can you hear?
22  BY MR. VISCA:
23     Q.  Yeah, go ahead.
24     A.  Okay.  The employ -- Violeta's employees are
25  encouraged to always tell us whenever they see something

104

1  unsafe, something that they deem unsafe.
2         Once they bring it to our attention, the first
3  thing that we would see if there is a bucket of soil that we
4  could spare, if it was something simple.  And if not, then
5  we would report it to -- to the COR if there was
6  something --
7         THE REPORTER:  You would report it to who?
8         THE WITNESS:  To the COR.
9  BY MR. VISCA:
10     Q.  And how would it be reported?
11     A.  I would make a phone call.
12     Q.  Would it be documented anywhere in writing?
13     A.  No, mit would just -- quick call.  You know, just,
14  this is what's going on.
15     Q.  And the act of fixing it, would that be documented
16  in writing?
17     A.  No.  Just get it done.
18     Q.  Are there any other written policies or procedures
19  that we haven't already discussed that would relate to the
20  landscaping services provided at Lincoln Park in that
21  2020-2021 timeframe that you're aware of?
22         MR. BARDO:  You're asking about Violeta policies,
23  right?
24         MR. VISCA:  Right.
25         THE WITNESS:  I can't think of any -- anything

105

1    else.
2    BY MR. VISCA:
3        Q.  Are there any unwritten policies related to that
4    that you're aware of --
5            MR. PARLER: Objection. Asked and answered.
6            You can answer.
7            THE WITNESS: Yes. I just mentioned it to you.
8    BY MR. VISCA:
9        Q.  That condition I just showed you, would you agree
10   that it's important to quickly address those types of
11   hazards upon discovery?
12           MR. PARLER: Objection.
13           You can answer.
14   BY MR. VISCA:
15       Q.  For safety purposes?
16           MR. PARLER: Objection.
17           You can answer.
18           MR. BARDO: The United States joins.
19           THE WITNESS: I think it is --
20           MR. PARLER: You can answer. Mr. Bardo just put
21   an objection on as well.
22           THE WITNESS: Yes.
23   BY MR. VISCA:
24       Q.  Are you aware of any general inspections for
25   condition assessments performed of Lincoln Park since the

106

1    date of this incident in June of 2021?
2            MR. PARLER: Because of the incident; is that what
3    you're asking?
4            MR. VISCA: Yes, since becoming aware of the
5    incident.
6            MR. PARLER: Objection.
7            You can answer.
8            THE WITNESS: Would you please repeat the
9    question?
10   BY MR. VISCA:
11       Q.  Yeah. Since Violeta became aware of the incident,
12   has there been any general assessment inspections performed
13   on the Lincoln Park grounds?
14           MR. PARLER: I'm going to note an objection
15   because I think she testified about this already.
16           But you can answer.
17           THE WITNESS: We went to inspect the hole and --
18   BY MR. VISCA:
19       Q.  Other than that, I mean, just a general park
20   inspection?
21       A.  Not to my knowledge.
22       Q.  Do you know if the Park Service has done one?
23       A.  I -- I don't know.
24       Q.  Was there any performance review done by the Park
25   Service as a result of this incident for Violeta?

107

1            MR. BARDO: Objection. Foundation. Form.
2            MR. PARLER: Objection.
3            You may answer.
4            THE WITNESS: Not that I know.
5    BY MR. VISCA:
6        Q.  Do you know the last time a Violeta employee was
7    present at Lincoln Park prior to the subject incident on
8    June 10th, 2021?
9        A.  I do not know for sure.
10       Q.  What about for the last time someone from Davey
11   was out there prior to that incident?
12       A.  I do not know.
13       Q.  And what about someone from the Park Service?
14       A.  I do not know.
15       Q.  Are you aware of anyone who had knowledge of the
16   issue described by Mrs. Ryals prior to the date of incident?
17       A.  No.
18       Q.  Would you agree that whatever divot may have been
19   present as described by Mr. Miller was not noticeable in the
20   photograph he took?
21           MR. BARDO: Objection. Foundation.
22           MR. PARLER: Objection.
23           MR. BARDO: Calls for speculation.
24           MR. BOURY: Join. Boury.
25           MR. PARLER: Are we talking about the 2024

108

1    photographs, Counsel? Because you've shown her a bunch
2    of photographs.
3    BY MR. VISCA:
4        Q.  I just said the photograph taken by Mr. Miller.
5    Is there more than one?
6            MR. PARLER: Okay, by Mr. Miller. I'm sorry.
7    Objection.
8            You can answer.
9            THE WITNESS: Would you please repeat the
10   question?
11   BY MR. VISCA:
12       Q.  Yeah. In the photographs you reviewed that were
13   taken by Mr. Miller, would you agree that the divot he
14   described is not visible or noticeable in that photograph?
15           MR. BOURY: Just note my objection again.
16           THE WITNESS: I'm not sure.
17   BY MR. VISCA:
18       Q.  Did you see it in the photograph?
19           MR. PARLER: I'm going to object because I think
20   it's been asked and answered.
21           But you can answer.
22           THE WITNESS: I don't -- I'm not sure.
23   BY MR. VISCA:
24       Q.  Do you know of any large events that took place by
25   Lincoln Park in 2021 prior to the date of incident?

109

1    A. I don't know.
2    Q. Have there been any communications between
3  yourself or someone from Violeta and any other third parties
4  with respect to this incident?
5    A. Could you please define "third party"?
6    Q. Anyone who is not working for Davey or the Park
7  Service or Violeta.
8    A. No.
9    Q. Would there be anything beyond that log from the
10 Jobber, the program that you're aware of that it could
11 generate with additional information that's not already
12 included in that log that we looked at?
13    A. Not that I can think of.
14    Q. Are you aware of any -- as a representative for
15 Violeta, are you aware of any facts to indicate that
16 Mrs. Ryals in any way caused her own injury at the Park that
17 day?
18        MR. PARLER: Objection.
19        You can answer.
20        THE WITNESS: Could you repeat the question?
21 BY MR. VISCA:
22    Q. Yeah. Are you aware of any facts to indicate that
23 Mrs. Ryals caused her own fall and injuries at the Park that
24 day?
25        MR. PARLER: Objection.

110

1        You can answer.
2        THE WITNESS: Just the -- just leaving the smooth
3  concrete.
4  BY MR. VISCA:
5    Q. Are you aware of anything to indicate that
6  Mrs. Ryals lied about what happened that day or her
7  injuries?
8        MR. PARLER: Objection.
9        You can answer.
10        THE WITNESS: I do not.
11 BY MR. VISCA:
12    Q. Besides the Park Service, Violeta and Davey, are
13 you aware of any other entities that were responsible for
14 maintenance or upkeep of the Lincoln Park grounds as of
15 2021?
16        MR. PARLER: Objection.
17        You can answer.
18        THE WITNESS: I'm not aware.
19 BY MR. VISCA:
20    Q. I'm showing you a copy of Violeta's Answers to
21 Interrogatories in this case. Are you familiar with this
22 document?
23    A. Yes.
24    Q. Again, I don't want to know about conversations
25 with Counsel, but did you assist in preparing the answers

111

1  with the responsive information to these interrogatories?
2    A. Would you repeat that question?
3    Q. Yeah. Did you assist with preparing the answers
4  to these interrogatories?
5    A. Yes.
6    Q. Do you recall signing -- providing your signature
7  that the information contained in this is truthful and
8  accurate?
9    A. Yes.
10    Q. Looking at Number 3, are you aware of any
11 regulations, rules or laws that forbid Mrs. Ryals from
12 exiting the pathway to walk her dog at Lincoln Park in June
13 of 2021?
14        MR. PARLER: Objection.
15        You can answer.
16        THE WITNESS: I'm not aware.
17        MR. VISCA: Let me just take two minutes to check
18 my notes. Should be just about done.
19        MR. PARLER: Okay.
20        (Recess was taken.)
21        MR. VISCA: Nothing else from me.
22        MR. BARDO: No, nothing from the Park Service.
23        MR. VISCA: Maybe they're not back yet.
24        MR. PARLER: I do have one question of Ms. Wright.
25              CROSS EXAMINATION

112

1  BY MR. PARLER:
2    Q. Ms. Wright, do you recall in 2021 the Park Service
3  or the government putting up fencing in Lincoln Park to
4  protect the Emancipation statue from protestors and acts of
5  vandalism by protesters?
6    A. I recall that the fence to be put up in 2020.
7    Q. In 2020?
8    A. Yes.
9    Q. And was -- was there -- were there in fact
10 protests at that time and threats to the Emancipation statue
11 of Lincoln?
12    A. I -- I recall there was a fear of -- of riots. I
13 don't -- I don't know if they actually happened.
14    Q. Okay.
15        MR. PARLER: That's all I have.
16        And I think, madam court reporter, I already
17 mentioned it that I'd like an eTran, condensed four to
18 a page. And Ms. Wright will read and sign.
19        MR. VISCA: I'll take a copy.
20        MR. BARDO: And same as last time for the United
21 States. Please don't send me a copy. I need a
22 purchase order before I can purchase a transcript.
23        MR. BOURY: And we'll take the regular and mini
24 script as previously indicated.
25        (Deposition concluded at 1:59 P.M.)

113

1              CERTIFICATE OF OATH
2   STATE OF FLORIDA
3   COUNTY OF BROWARD
4        I, TAMARA MASCI TANNEN, RPR, Notary Public, State of
5   Florida, certify that SHEILA WRIGHT personally appeared
6   before me on the 16th of August 2024 and was duly sworn.
7        Signed this 16th day of August 2024.
8
9
    TAMARA MASCI TANNEN, RPR, FPR-C
10  Notary Public
    State of Florida
11  My Commission #HH 93523
    Expires March 7, 2025
12
13
14
15
16
17
18
19
20
21
22
23
24
25

114

1          REPORTER'S DEPOSITION CERTIFICATE
2
    STATE OF FLORIDA    )
3
    COUNTY OF PALM BEACH)
4
5        I, TAMARA MASCI TANNEN, Registered Professional
    Reporter, certify that I was authorized to and did
6   stenographically report the deposition of SHEILA WRIGHT;
    that a review of the transcript was requested; and that the
7   foregoing transcript, pages 1-112, is a true and complete
    record of my stenographic notes.
8
         I FURTHER CERTIFY that I am not a relative,
9   employee, attorney or counsel of any of the parties,
    nor am I a relative or employee of any of the parties'
10  attorney or counsel connected with the action, nor am I
    financially interested in the action.
11
12       DATED this 26th day of August 2024.
13
14
15
16  TAMARA MASCI TANNEN, RPR, FPR-C
17
18
19
20
21
22
23
24
25

115

1     E R R A T A   S H E E T
2   DO NOT WRITE ON THE TRANSCRIPT - ENTER CHANGES
3   IN RE:     RYALS V UNITED STATES OF AMERICA, ET AL.
    CASE NO:   23-CV-01270-TSC
4   DATE:      AUGUST 16, 2024
    DEPONENT NAME: SHEILA WRIGHT
5
6   PAGE/LINE     CORRECTION       REASON
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17       (Use other side if necessary)
18       Under penalties of perjury, I declare that I have read
    the foregoing document and that the facts stated are true.
19
20  _____    _____
    SHEILA WRIGHT              DATE
21
22
23
24
25

116

1   DATE:  AUGUST 26, 2024
2   SHEILA WRIGHT
    C/O WILLIAM CARLOS PARLER, JR., ESQ.
3   THE LAW OFFICES OF WILLIAM C. PARLER, JR., LLC
    311 GAILRIDGE ROAD
4   TIMONIUM, MARYLAND 21093
    W.PARLER@PARLERLAW.COM
5
    IN RE:  RYALS V UNITED STATES OF AMERICA, ET AL.
6       Deposition of SHEILA WRIGHT
7        This letter is to advise you that the transcript
    taken in the above-referenced deposition has been
8   transcribed.  Please contact our office at (954)523-5326 to
    make arrangements to read and sign or sign below to waive
9   review of the transcript.
10       It is suggested that the review of this transcript
    be completed within 30 days of your receipt of this letter
11  as considered reasonable under Federal Rules*; however,
    there is no Florida Statute to this regard.
12
         The original of this transcript has been forwarded
13  to the ordering party and your errata, once received, will
    be forwarded to all ordering parties for inclusion in the
14  transcript.
15  Very truly yours,
16
    Tamara Masci Tannen, RPR
17  Waiver:
18
19  I, _____, hereby waive the reading and signing
20  of my deposition transcript.
21
    _____    _____
    DEPONENT                   DATE
22
    *Federal Civil Procedure Rule 30(e)Florida Civil Procedure
23  Rule 1.310(e).
24
25