# EXHIBIT 13

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|---|---|---|---|---|---|---|
| 914979356 | 8,008.18 | | 00725Q | 1213689422 | 147172147 | 8 |
| Amount assigned USD | | | | | 8,008.18 | |

paid w/ red card
on 10/27/2020

Violeta Document Production 000180



| | | Amount Due |
|---|---|---|
| Invoice | | $8,008.18 |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUPS MGT COMPANY | 7905413 | 914979356 | August 27, 2020 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| NATIONAL PARK SERVICE /CAPITAL HILL | | | | |
| 1100 OHIO DR SW, WASHINGTON, DC | | | | |
| (Contract #46197176) | | | | |
| Monthly Maintenance Agreement | September | 8,008.18 | | 8,008.18 |
| **Total of current services** | | 8,008.18 | 0.00 | 8,008.18 |

*paid w/ red card on 10/27/2020*

**We work hard to earn and keep your trust.**

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

**Just Ask Us!**

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104.

**Your Local Office**

(571) 642-0104

Page 1 of 1

Please detach and return the following remittance advice with your payment



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**

1) Pay online at www.payments.davey.com

2) Mail in a check (please include remittance stub)

Please contact your local office regarding any service issues.

| Amount Due: | $8,008.18 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | August 27, 2020 |
| Invoice Number: | 914979356 |
| Customer Number: | 7905413 |

VIOLETA GROUPS MGT COMPANY
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

00079054136091497935650827202020000000800081870

Violeta Document Production 000181

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | Total |
|---|---|---|---|---|---|---|
| 916154950 | 12,095.00 | | 08800Q | 1595257041 | 148047351 | 12,095.00 |
| Amount assigned USD | | | | | 12,095.00 | |

Close

*paid w/ red card on 1/12/2022*

Violeta Document Production 000182



# Invoice

**Amount Due**

$12,095.00

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 918154950 | November 04, 2021 | **Upon Receipt** |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| **NATIONAL PARK SERVICE /CAPITAL HILL** | | | | |
| **1100 OHIO DR SW, WASHINGTON, DC** | | | | |
| (PO #140P3020F0100) (Contract #46567173) | | | | |
| Monthly Maintenance Agreement | November | 12,095.00 | | 12,095.00 |
| | | | | |
| **Total of current services** | | **12,095.00** | **0.00** | **12,095.00** |

### We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

### Just Ask Us!

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (301) 840-2037.

### Your Local Office

(301) 840-2037

Page 1 of 1

**Please detach and return the following remittance advice with your payment**



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED.

**Ways to Pay**

1) Pay online at https://payments.davey.com

2) Mail in a check (please include remittance stub)

Please contact your local office regarding any service issues.

| Amount Due: | $12,095.00 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | November 04, 2021 |
| Invoice Number: | 918154950 |
| Customer Number: | 7905413 |

VIOLETA GROUNDS MANAGEMENT
5806 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609161549507110420213000000120950067

Violeta Document Production 000183

# Thank you! Your payment was received.

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | Total |
|---|---|---|---|---|---|---|
| 916077229 | 12,095.00 | | 07771Q | 1595254188 | 148047350 | 12,095.00 |

| Amount assigned USD | | | | | 12,095.00 |

Close

Cap Hill October
paid w/ red
card on 1/12/2022

Violeta Document Production 000184



# Invoice

| Amount Due |
|---|
| **$12,095.00** |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 916077229 | October 07, 2021 | **Upon Receipt** |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| **NATIONAL PARK SERVICE /CAPITAL HILL** | | | | |
| **1100 OHIO DR SW, WASHINGTON, DC** | | | | |
| *(PO #140P3020F0100) (Contract #46567173)* | | | | |
| Monthly Maintenance Agreement | October | 12,095.00 | | 12,095.00 |
| **Total of current services** | | **12,095.00** | **0.00** | **12,095.00** |

**We work hard to earn and keep your trust.**

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

**Just Ask Us!**

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (301) 840-2037.

**Your Local Office**

(301) 840-2037

Page 1 of 1

**Please detach and return the following remittance advice with your payment**



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

| 1) Pay online at https://payments.davey.com |
| 2) Mail in a check (please include remittance stub) |
| Please contact your local office regarding any service issues. |

Ways to Pay

| Amount Due: | $12,095.00 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | October 07, 2021 |
| Invoice Number: | 916077229 |
| Customer Number: | 7905413 |

VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609160772290100720218000000120950064

Violeta Document Production 000185

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|---|---|---|---|---|---|---|
| 915295061 | 1,576.00 | | 05994J | 1339171931 | 147350647 | 1. |
| Amount assigned USD | | | | | 1,576.00 | |

*January 2021*
*paid w/ green card*
*3/10/2021*

Violeta Document Production 000186



# Invoice

| | | | Amount Due |
|---|---|---|---|
| | | | $1,576.00 |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905417 | 915295061 | January 07, 2021 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|

**NPS - HISTORIC HOMES**
**1100 OHIO DR SW, WASHINGTON DC, DC**
*(Contract #46196243)*

| | | | | |
|---|---|---|---|---|
| Monthly Maintenance Agreement | January | 1,576.00 | | 1,576.00 |
| **Total of current services** | | **1,576.00** | **0.00** | **1,576.00** |

## We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

## Just Ask Us!

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104.

## Your Local Office

(571) 642-0104

Page 1 of 1

---

Please detach and return the following remittance advice with your payment



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

| Ways to Pay | |
|---|---|
| 1) Pay online at www.payments.davey.com | |
| 2) Mail in a check (please include remittance stub) | |
| Please contact your local office regarding any service issues. | |

| Amount Due: | $1,576.00 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | January 07, 2021 |
| Invoice Number: | 915295061 |
| Customer Number: | 7905417 |

VIOLETA GROUNDS MANAGEMENT
5806 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

## Mail Payment To:

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905417709152950615010720217000000015760088

Violeta Document Production 000187

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|---|---|---|---|---|---|---|
| 915334761 | 1,576.00 | | 07761J | 1359413202 | 147379289 | 1, |
| Amount assigned USD | | | | | 1,576.00 | |

paid w/ green card
on 3/31/2021

Violeta Document Production 000188



**Invoice**

| Amount Due |
|---|
| $1,576.00 |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905417 | 915334761 | February 04, 2021 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| **NPS - HISTORIC HOMES** | | | | |
| **1100 OHIO DR SW, WASHINGTON DC, DC** | | | | |
| *(Contract #46196243)* | | | | |
| Monthly Maintenance Agreement | February | 1,576.00 | | 1,576.00 |
| **Total of current services** | | **1,576.00** | **0.00** | **1,576.00** |

**We work hard to earn and keep your trust.**

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

**Just Ask Us!**

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104.

**Your Local Office**

(571) 642-0104

Page 1 of 1

---

*Please detach and return the following remittance advice with your payment*



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**

1) Pay online
   at www.payments.davey.com

2) Mail in a check
   (please include remittance stub)

3) Please contact your local office regarding any service issues.

| Amount Due: | $1,576.00 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | February 04, 2021 |
| Invoice Number: | 915334761 |
| Customer Number: | 7905417 |

VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

00079054177091533476130204202120000000015760081

Violeta Document Production 000189

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | Total |
|---|---|---|---|---|---|---|
| 915387004 | 1,576.00 | | 09759J | 1407045167 | 147490000 | 1,576.00 |
| Amount assigned USD | | | | | 1,576.00 | |

Close

paid w/
green card
on 5/20/2021

Violeta Document Production 000190

# DAVEY

*Proven Solutions for a Growing World*

## Invoice

| Amount Due |
|---|
| **$1,576.00** |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905417 | 915387004 | March 04, 2021 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| **NPS - HISTORIC HOMES** | | | | |
| **1100 OHIO DR SW, WASHINGTON DC, DC** | | | | |
| *(Contract #46196243)* | | | | |
| Monthly Maintenance Agreement | March | 1,576.00 | | 1,576.00 |
| **Total of current services** | | **1,576.00** | **0.00** | **1,576.00** |

### We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

### Just Ask Us!

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104.

### Your Local Office

(571) 642-0104

Page 1 of 1

**Please detach and return the following remittance advice with your payment**



*Proven Solutions for a Growing World*

The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED



**Ways to Pay**

1) Pay online at www.payments.davey.com

2) Mail in a check (please include remittance stub)

Please contact your local office regarding any service issues.

| Amount Due: | $1,576.00 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | March 04, 2021 |
| Invoice Number: | 915387004 |
| Customer Number: | 7905417 |



MDG2015 00001790 1 MB 0.45
VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

### Mail Payment To:

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532



0007905417709153870044030420210000000015760084

Violeta Document Production 000191

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No. | Total |
|---|---|---|---|---|---|---|
| 915474432 | 1,576.00 | | 00333J | 1415866195 | 147517824 | 1,576.00 |
| Amount assigned USD | | | | | 1,576.00 | |

Close

*paid w/ green card on 5/30/2021*

Violeta Document Production 000192

# DAVEY
*Proven Solutions for a Growing World*

## Invoice

| Amount Due |
|---|
| **$1,576.00** |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905417 | 915474432 | April 08, 2021 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|

**NPS - HISTORIC HOMES**
**1100 OHIO DR SW, WASHINGTON DC, DC**
(Contract #46196243)

| | | | | |
|---|---|---|---|---|
| Monthly Maintenance Agreement | April | 1,576.00 | | 1,576.00 |
| **Total of current services** | | 1,576.00 | 0.00 | 1,576.00 |




*green*
*paid w/ 2nd card on 5/30/2021*

---

**We work hard to earn and keep your trust.**

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

**Just Ask Us!**

Have questions about our services?
Visit us online at www.davey.com
or call your local representative
Robert Craft at (571) 642-0104.

**Your Local Office**

(571) 642-0104

Page 1 of 1

**Please detach and return the following remittance advice with your payment**

---

# DAVEY
*Proven Solutions for a Growing World*

The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

| Ways to Pay | |
|---|---|
| 1) Pay online at www.payments.davey.com | |
| 2) Mail in a check (please include remittance stub) | |
| Please contact your local office regarding any service issues. | |

| Amount Due: | $1,576.00 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | April 08, 2021 |
| Invoice Number: | 915474432 |
| Customer Number: | 7905417 |



MDG2015 00000001   1 MB   0.45
VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905417709154744321040820219000000001576008 0

Violeta Document Production 000193

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | Total |
|---|---|---|---|---|---|---|
| 915575073 | 1,576.00 | | 09847J | 1437256608 | 147592158 | 1,576.00 |
| Amount assigned USD | | | | | 1,576.00 | |

Close

*paid w/ green card on 6/24/2021*

Violeta Document Production 000194

# DAVEY

*Proven Solutions for a Growing World*

## Invoice

| Amount Due |
|---|
| **$1,576.00** |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905417 | 915575073 | May 06, 2021 | **Upon Receipt** |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|

**NPS - HISTORIC HOMES**
**1100 OHIO DR SW, WASHINGTON DC, DC**
*(Contract #46196243)*

| | | | | |
|---|---|---|---|---|
| Monthly Maintenance Agreement | May | 1,576.00 | | 1,576.00 |
| **Total of current services** | | **1,576.00** | **0.00** | **1,576.00** |



*paid w/ green card on 6/24/2021*

NNNNNN  01  01  001483  001555  P

1419  14190L

---

**We work hard to earn and keep your trust.**

It's why we're committed to making things right, better
and best. And it's why we deliver what we promise and
more. Check out www.davey.com/commercial-services
to learn more.

**Just Ask Us!**

Have questions about our services?
Visit us online at www.davey.com
or call your local representative
Robert Craft at (571) 642-0104.

**Your Local Office**

(571) 642-0104

Page 1 of 1

**Please detach and return the following remittance advice with your payment**

---

# DAVEY

*Proven Solutions for a Growing World*

The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED



**Ways to Pay**

1) Pay online
at www.payments.davey.com

2) Mail in a check
(please include remittance stub)

Please contact your local office
regarding any service issues.

| | |
|---|---|
| **Amount Due:** | **$1,576.00** |
| **Due Date:** | **Upon Receipt** |
| Invoice Date: | May 06, 2021 |
| Invoice Number: | 915575073 |
| Customer Number: | 7905417 |



MDG2015 00001483 1 MB  0 45
VIOLETA GROUNDS MANAGEMENT
5806 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532



0007905417709155750731050620210000000015760080

Violeta Document Production 000195

## Thank you! Your payment was received.

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|---|---|---|---|---|---|---|
| 915334760 | 4,233.17 | | 01248Q | 1359417098 | 147379291 | 4, |
| Amount assigned USD | | | | | 4,233.17 | |

*paid w/ red card on 3/31/2021*

Violeta Document Production 000196



## Invoice

| Amount Due |
|---|
| $4,233.17 |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915334760 | February 04, 2021 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| NATIONAL PARK SERVICE /CAPITAL HILL 1100 OHIO DR SW, WASHINGTON, DC (Contract #46340686) | | | | |
| Monthly Maintenance Agreement | February | 4,233.17 | | 4,233.17 |
| **Total of current services** | | 4,233.17 | 0.00 | 4,233.17 |

### We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

### Just Ask Us!

Have questions about our services? Visit us online at www.davey.com or call your local representative Joshua Piquette at (301) 840-2037

### Your Local Office

(301) 840-2037

Page 1 of 1

**Please detach and return the following remittance advice with your payment**



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**

1) Pay online at www.payments.davey.com

2) Mail in a check (please include remittance stub)

Please contact your local office regarding any service issues.

| Amount Due: | $4,233.17 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | February 04, 2021 |
| Invoice Number: | 915334760 |
| Customer Number: | 7905413 |

**Mail Payment To:**

VIOLETA GROUNDS MANAGEMENT
5806 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8911

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609153347605020420212000000042331779

Violeta Document Production 000197

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|---|---|---|---|---|---|---|
| 915241781 | 1,576.00 | | 05588G | 1313416968 | 147318524 | 1, |
| Amount assigned USD | | | | | 1,576.00 | |

*December*
*paid w/ blue card*
*on 2/9/2021*

Violeta Document Production 000198

# DAVEY
*Proven Solutions for a Growing World*

## Invoice

**Amount Due**

**$1,576.00**

| Customer | | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | | 7905417 | 915241781 | December 03, 2020 | Upon Receipt |
| Current services | | Date of service | Cost of service | Sales tax (if applies) | Service total |

**NPS - HISTORIC HOMES**
**1100 OHIO DR SW, WASHINGTON DC, DC**
(Contract #46196243)

| | | | | |
|---|---|---|---|---|
| Monthly Maintenance Agreement | December | 1,576.00 | | 1,576.00 |
| **Total of current services** | | **1,576.00** | **0.00** | **1,576.00** |


*paid w/ blue card on 2/9/2021*

1419 141961

### We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

### Just Ask Us!

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104.

### Your Local Office

(571) 642-0104

Page 1 of 1

**Please detach and return the following remittance advice with your payment**

# DAVEY
*Proven Solutions for a Growing World*

The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**

1) Pay online at www.payments.davey.com

2) Mail in a check (please include remittance stub)

Please contact your local office regarding any service issues

| Amount Due: | $1,576.00 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | December 03, 2020 |
| Invoice Number: | 915241781 |
| Customer Number: | 7905417 |

VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905417709152417813120320205000000015760084

Violeta Document Production 000199

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|---|---|---|---|---|---|---|
| 915153295 | 1,576.00 | | 01227J | 1288580533 | 147290585 | 1. |
| Amount assigned USD | | | | | 1,576.00 | |

*November*
*paid w/ green card*
*on 01/12/2021*

Violeta Document Production 000200

# DAVEY

*Proven Solutions for a Growing World*

## Invoice

| Amount Due |
|---|
| **$1,576.00** |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905417 | 915153295 | October 29, 2020 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| **NPS - HISTORIC HOMES** | | | | |
| **1100 OHIO DR SW, WASHINGTON DC, DC** | | | | |
| (Contract #46196243) | | | | |
| Monthly Maintenance Agreement | November | 1,576.00 | | 1,576.00 |
| **Total of current services** | | 1,576.00 | 0.00 | 1,576.00 |

*paid w/ card on 01/12/2021*
*green*

### We work hard to earn and keep your trust.
It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

### Just Ask Us!
Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104.

### Your Local Office
(571) 642-0104

Page 1 of 1

**Please detach and return the following remittance advice with your payment**

# DAVEY
*Proven Solutions for a Growing World*

The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**
1) Pay online at www.payments.davey.com
2) Mail in a check (please include remittance stub)
Please contact your local office regarding any service issues.

| Amount Due: | $1,576.00 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | October 29, 2020 |
| Invoice Number: | 915153295 |
| Customer Number: | 7905417 |

VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905417709151532950102920204000000015760089

Violeta Document Production 000201

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | Total |
|---|---|---|---|---|---|---|
| 915474430 | 4,233.17 | | 02376J | 1415865115 | 147517823 | 4,233.17 |
| Amount assigned USD | | | | | 4,233.17 | |

Close

*paid w/ green card on 5/30/2021*

Violeta Document Production 000202



# DAVEY
*Proven Solutions for a Growing World*

## Invoice

**Amount Due**
$4,233.17

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915474430 | April 08, 2021 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|

**NATIONAL PARK SERVICE /CAPITAL HILL**
**1100 OHIO DR SW, WASHINGTON, DC**
(Contract #46340686)

| | | | | |
|---|---|---|---|---|
| Monthly Maintenance Agreement | April | 4,233.17 | | 4,233.17 |
| **Total of current services** | | **4,233.17** | **0.00** | **4,233.17** |

*paid w/ green card on 5/30/2021* (handwritten)

### We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

### Just Ask Us!

Have questions about our services? Visit us online at www.davey.com or call your local representative Joshua Piquette at (301) 840-2037.

### Your Local Office

(301) 840-2037

Page 1 of 1

---

*Please detach and return the following remittance advice with your payment*

# DAVEY
*Proven Solutions for a Growing World*

The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**

1) Pay online at www.payments.davey.com

2) Mail in a check (please include remittance stub)

Please contact your local office regarding any service issues.

| | |
|---|---|
| Amount Due: | $4,233.17 |
| Due Date: | Upon Receipt |
| Invoice Date: | April 08, 2021 |
| Invoice Number: | 915474430 |
| Customer Number: | 7905413 |

MDG2015 00000808 1 MB 0.45
VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

### Mail Payment To:

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609154744305040820219000000042331778

Violeta Document Production 000203

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | Total |
|---|---|---|---|---|---|---|
| 915387003 | 4,233.17 | | 02398J | 1407049183 | 147490006 | 4,233.17 |
| Amount assigned USD | | | | | 4,233.17 | |

Close

*paid w/ green card on 5/20/2021*

Violeta Document Production 000204

# DAVEY
*Proven Solutions for a Growing World*

## Invoice

**Amount Due**
$4,233.17

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915387003 | March 04, 2021 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| **NATIONAL PARK SERVICE /CAPITAL HILL** | | | | |
| **1100 OHIO DR SW, WASHINGTON, DC** | | | | |
| *(Contract #46340686)* | | | | |
| Monthly Maintenance Agreement | March | 4,233.17 | | 4,233.17 |
| **Total of current services** | | **4,233.17** | **0.00** | **4,233.17** |

**We work hard to earn and keep your trust.**

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

**Just Ask Us!**

Have questions about our services? Visit us online at www.davey.com or call your local representative Joshua Piquette at (301) 840-2037.

**Your Local Office**

(301) 840-2037

Page 1 of 1

---

*Please detach and return the following remittance advice with your payment.*

# DAVEY
*Proven Solutions for a Growing World*

The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**

1) Pay online at www.payments.davey.com

2) Mail in a check (please include remittance stub)

Please contact your local office regarding any service issues.

| | |
|---|---|
| **Amount Due:** | **$4,233.17** |
| **Due Date:** | **Upon Receipt** |
| Invoice Date: | March 04, 2021 |
| Invoice Number: | 915387003 |
| Customer Number: | 7905413 |



MDG2015 00001789 1 MB 0.45
VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011



**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609153870036030420210000000042331772

Violeta Document Production 000205

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | Total |
|---|---|---|---|---|---|---|
| 915474429 | 8,008.18 | | 05662Q | 1415864141 | 147517822 | 8,008.18 |
| Amount assigned USD | | | | | 8,008.18 | |

Close

*paid w/ red card on 5/30/2021*

Violeta Document Production 000206



# Invoice

**Amount Due**
$8,008.18

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915474429 | April 08, 2021 | Upon Receipt |
| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |

**NATIONAL PARK SERVICE /CAPITAL HILL**
**1100 OHIO DR SW, WASHINGTON, DC**

| | | | | |
|---|---|---|---|---|
| Monthly Maintenance Agreement | April | 8,008.18 | | 8,008.18 |
| **Total of current services** | | 8,008.18 | 0.00 | 8,008.18 |

*paid w/ red card on 5/30/2021*

### We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

### Just Ask Us!

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104.

### Your Local Office

(571) 642-0104

Page 1 of 1

**Please detach and return the following remittance advice with your payment**



Proven Solutions for a Growing World

The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**

1) Pay online
at www.payments.davey.com

2) Mail in a check
(please include remittance stub)

Please contact your local office regarding any service issues.

| Amount Due: | $8,008.18 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | April 08, 2021 |
| Invoice Number: | 915474429 |
| Customer Number: | 7905413 |



MDG2015 00000807 1 MB 0.45
VIOLETA GROUNDS MANAGEMENT
5806 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011



**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609154744297040820219000000080081871

Violeta Document Production 000207

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|--------|---------------|---------|-------------------|-----------------|----------------|---|
| 915334759 | 8,008.18 | | 05500Q | 1359405622 | 147379281 | 8, |
| Amount assigned USD | | | | | 8,008.18 | |

paid w/ red card
on 3/31/2021

Violeta Document Production 000208



**Invoice**

| Amount Due |
| --- |
| $8,008.18 |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
| --- | --- | --- | --- | --- |
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915334759 | February 04, 2021 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
| --- | --- | --- | --- | --- |
| NATIONAL PARK SERVICE /CAPITAL HILL | | | | |
| 1100 OHIO DR SW, WASHINGTON, DC | | | | |
| Monthly Maintenance Agreement | February | 8,008.18 | | 8,008.18 |
| **Total of current services** | | 8,008.18 | 0.00 | 8,008.18 |

8191 06101

**We work hard to earn and keep your trust.**

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

**Just Ask Us!**

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104

**Your Local Office**

(571) 642-0104

Page 1 of 1

Please detach and return the following remittance advice with your payment



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

1) Pay online
at www.payments.davey.com

2) Mail in a check
(please include remittance stub)

Please contact your local office
regarding any service issues.

Ways to Pay

| Amount Due: | $8,008.18 |
| --- | --- |
| Due Date: | Upon Receipt |
| Invoice Date: | February 04, 2021 |
| Invoice Number: | 915334759 |
| Customer Number: | 7905413 |

VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609153347597020420212000000008008187 2

Violeta Document Production 000209

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | Total |
|---|---|---|---|---|---|---|
| 915387002 | 8,008.18 | | 03131J | 1407052268 | 147490020 | 8,008.18 |
| Amount assigned USD | | | | | 8,008.18 | |

Close

*paid w/ green card on 5/20/2021*

Violeta Document Production 000210



## Invoice

| Amount Due |
| --- |
| **$8,008.18** |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
| --- | --- | --- | --- | --- |
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915387002 | March 04, 2021 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
| --- | --- | --- | --- | --- |

**NATIONAL PARK SERVICE /CAPITAL HILL**
**1100 OHIO DR SW, WASHINGTON, DC**

| | | | | |
| --- | --- | --- | --- | --- |
| Monthly Maintenance Agreement | March | 8,008.18 | | 8,008.18 |
| | | | | |
| **Total of current services** | | **8,008.18** | **0.00** | **8,008.18** |

NNNNNN 01 01 001788 002079 P

1419  141901

**We work hard to earn and keep your trust.**

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

**Just Ask Us!**

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104.

**Your Local Office**

(571) 642-0104

Page 1 of 1

---

**Please detach and return the following remittance advice with your payment**



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**

1) Pay online
at www.payments.davey.com

2) Mail in a check
(please include remittance stub)

Please contact your local office regarding any service issues.

| Amount Due: | $8,008.18 |
| --- | --- |
| **Due Date:** | **Upon Receipt** |
| Invoice Date: | March 04, 2021 |
| Invoice Number: | 915387002 |
| Customer Number: | 7905413 |



MDG2015 00001788 1 MB  0.45
VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

00079054136091538700280304202100000000080081875

Violeta Document Production 000211

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|---|---|---|---|---|---|---|
| 915295060 | 8,008.18 | | 07373J | 1339170620 | 147350643 | 8. |
| Amount assigned USD | | | | | 8,008.18 | |

*January 2021*
*paid w/ green*
*card on 3/10/2021*

Violeta Document Production 000212



## Invoice

| Amount Due |
| --- |
| **$8,008.18** |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
| --- | --- | --- | --- | --- |
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915295060 | January 07, 2021 | **Upon Receipt** |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
| --- | --- | --- | --- | --- |
| **NATIONAL PARK SERVICE /CAPITAL HILL** | | | | |
| **1100 OHIO DR SW, WASHINGTON, DC** | | | | |
| *(Contract #46197176)* | | | | |
| Monthly Maintenance Agreement | January | 8,008.18 | | 8,008.18 |
| | | | | |
| **Total of current services** | | **8,008.18** | **0.00** | **8,008.18** |

141001 141001

### We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

### Just Ask Us!

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104.

### Your Local Office

(571) 642-0104

Page 1 of 1

**Please detach and return the following remittance advice with your payment**



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

| | Ways to Pay |
| --- | --- |
| 1) Pay online | at www.payments.davey.com |
| 2) Mail in a check | (please include remittance stub) |
| Please contact your local office | regarding any service issues. |

| Amount Due: | **$8,008.18** |
| --- | --- |
| Due Date: | **Upon Receipt** |
| Invoice Date: | January 07, 2021 |
| Invoice Number: | 915295060 |
| Customer Number: | 7905413 |

VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

### Mail Payment To:

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

00079054136091529506070107202170000000080081879

Violeta Document Production 000213

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|--------|----------------|---------|-------------------|-----------------|----------------|---|
| 915241780 | 8,008.18 | | 06316G | 1313415100 | 147318522 | 8 |
| Amount assigned USD | | | | | 8,008.18 | |

December
paid w/ blue card
on 2/9/2021

Violeta Document Production 000214



# DAVEY
*Proven Solutions for a Growing World*

## Invoice

| Amount Due |
|---|
| **$8,008.18** |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915241780 | December 03, 2020 | **Upon Receipt** |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| **NATIONAL PARK SERVICE /CAPITAL HILL** | | | | |
| **1100 OHIO DR SW, WASHINGTON, DC** | | | | |
| *(Contract #46197176)* | | | | |
| Monthly Maintenance Agreement | December | 8,008.18 | | 8,008.18 |
| | | | | |
| **Total of current services** | | **8,008.18** | **0.00** | **8,008.18** |



paid w/ blue card
on 2/9/2021

1491 0181

---

### We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

### Just Ask Us!

Have questions about our services?
Visit us online at www.davey.com
or call your local representative
Robert Craft at (571) 642-0104.

### Your Local Office

(571) 642-0104

Page 1 of 1

---

**Please detach and return the following remittance advice with your payment**

# DAVEY
*Proven Solutions for a Growing World*

The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

| Ways to Pay | |
|---|---|
| 1) Pay online at www.payments.davey.com | |
| 2) Mail in a check (please include remittance stub) | |
| Please contact your local office regarding any service issues | |

| Amount Due: | **$8,008.18** |
|---|---|
| Due Date: | **Upon Receipt** |
| Invoice Date: | December 03, 2020 |
| Invoice Number: | 915241780 |
| Customer Number: | 7905413 |

VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609152417805120320205000000080081875

Violeta Document Production 000215

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|---|---|---|---|---|---|---|
| 915153294 | 8,008.18 | | 04595J | 1288578866 | 147290584 | 8 |
| Amount assigned USD | | | | | 8,008.18 | |

*November*
*paid w/ green card*
*on 01/12/2021*

Violeta Document Production 000216



# Invoice

**Amount Due**

$8,008.18

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915153294 | October 29, 2020 | **Upon Receipt** |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|

**NATIONAL PARK SERVICE /CAPITAL HILL**
**1100 OHIO DR SW, WASHINGTON, DC**
*(Contract #46197176)*

| Monthly Maintenance Agreement | November | 8,008.18 | | 8,008.18 |
|---|---|---|---|---|
| **Total of current services** | | **8,008.18** | **0.00** | **8,008.18** |

*paid w/ green card on 01/12/2021*



**We work hard to earn and keep your trust.**

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

**Just Ask Us!**

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104.

**Your Local Office**

(571) 642-0104

Page 1 of 1

---

Please detach and return the following remittance advice with your payment



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**

1) Pay online at www.payments.davey.com

2) Mail in a check (please include remittance stub)

Please contact your local office regarding any service issues.

| Amount Due: | $8,008.18 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | October 29, 2020 |
| Invoice Number: | 915153294 |
| Customer Number: | 7905413 |

VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609151532943102920204000000080081870

Violeta Document Production 000217

# Thank you! Your payment was received.

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|--------|---------------|---------|-------------------|-----------------|----------------|---|
| 915078633 | 8,008.18 | | 05381Q | 1251659512 | 147239920 | 8, |
| Amount assigned USD | | | | | 8,008.18 | |

paid w/ red card
on 12/02/2020

Violeta Document Production 000218



**Invoice**

| Amount Due |
|---|
| $8,008.18 |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUPS MGT COMPANY | 7905413 | 915078633 | October 01, 2020 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| NATIONAL PARK SERVICE /CAPITAL HILL | | | | |
| 1100 OHIO DR SW, WASHINGTON, DC | | | | |
| (Contract #46197176) | | | | |
| Monthly Maintenance Agreement | October | 8,008.18 | | 8,008.18 |
| | | | | |
| **Total of current services** | | 8,008.18 | 0.00 | 8,008.18 |

*paid w/ red card on 12/02/2020*

**We work hard to earn and keep your trust.**

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

**Just Ask Us!**

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104

**Your Local Office**

(571) 642-0104

Page 1 of 1

Please detach and return the following remittance advice with your payment



The Davey Tree Expert Company
1500 N. Mantua St
Kent, OH 44240

FORWARDING SERVICE REQUESTED

| Ways to Pay | |
|---|---|
| 1) Pay online at www.payments.davey.com | |
| 2) Mail in a check. (please include remittance stub) | |
| Please contact your local office regarding any service issues | |

| Amount Due: | $8,008.18 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | October 01, 2020 |
| Invoice Number: | 915078633 |
| Customer Number: | 7905413 |

VIOLETA GROUPS MGT COMPANY
5608 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609150786334100120203000000080081874

Violeta Document Production 000219



# Invoice

**Amount Due**
$8,008.18

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915575071 | May 06, 2021 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| **NATIONAL PARK SERVICE /CAPITAL HILL** | | | | |
| **1100 OHIO DR SW, WASHINGTON, DC** | | | | |
| Monthly Maintenance Agreement | May | 8,008.18 | | 8,008.18 |
| **Total of current services** | | 8,008.18 | 0.00 | 8,008.18 |



paid w/ green card
on 6/24/2021

**We work hard to earn and keep your trust.**

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

**Just Ask Us!**

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104.

**Your Local Office**

(571) 642-0104

Page 1 of 1

**Please detach and return the following remittance advice with your payment**

 

Proven Solutions for a Growing World

The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

| Ways to Pay | |
|---|---|
| 1) Pay online at www.payments.davey.com | |
| 2) Mail in a check (please include remittance stub) | |
| Please contact your local office regarding any service issues. | |

| | |
|---|---|
| Amount Due: | $8,008.18 |
| Due Date: | Upon Receipt |
| Invoice Date: | May 06, 2021 |
| Invoice Number: | 915575071 |
| Customer Number: | 7905413 |

MDG2015 00001389 1 MB  0.45
VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609155750715050620210000000008008187L

Violeta Document Production 000220

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | Total |
|--------|---------------|---------|-------------------|-----------------|----------------|-------|
| 915763912 | 12,095.00 | | 09437J | 1461013779 | 147664873 | 12,095.00 |

Amount
assigned USD

12,095.00

Close

*paid w/ blue card on 7/23/2021*

Violeta Document Production 000221

# DAVEY
*Proven Solutions for a Growing World*

## Invoice

| | | **Amount Due** |
| --- | --- | --- |
| | | $12,095.00 |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
| --- | --- | --- | --- | --- |
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915763912 | June 28, 2021 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
| --- | --- | --- | --- | --- |

**NATIONAL PARK SERVICE /CAPITAL HILL**
**1100 OHIO DR SW, WASHINGTON, DC**
*(PO #140P3020F0100) (Contract #46567173)*

| | | | | |
| --- | --- | --- | --- | --- |
| Monthly Maintenance Agreement | June | 12,095.00 | | 12,095.00 |
| **Total of current services** | | **12,095.00** | **0.00** | **12,095.00** |



paid w/ blue card on 7/23/2021

**We work hard to earn and keep your trust.**
It's why we're committed to making things right, better
and best. And it's why we deliver what we promise and
more. Check out www.davey.com/commercial-services
to learn more.

**Just Ask Us!**
Have questions about our services?
Visit us online at www.davey.com
or call your local representative
Robert Craft at (301) 840-2037.

**Your Local Office**
(301) 840-2037

Page 1 of 1

---

**Please detach and return the following remittance advice with your payment**

# DAVEY
*Proven Solutions for a Growing World*

The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**

1) Pay online
at www.payments.davey.com

2) Mail in a check
(please include remittance stub)

Please contact your local office
regarding any service issues.

| Amount Due: | $12,095.00 |
| --- | --- |
| Due Date: | Upon Receipt |
| Invoice Date: | June 28, 2021 |
| Invoice Number: | 915763912 |
| Customer Number: | 7905413 |



MDG2015 00000804 1 MB  0.45
VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609157639122062820212000000120950068

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | Total |
|---|---|---|---|---|---|---|
| 915796713 | 12,095.00 | | 00407Q | 1555911689 | 147951463 | 12,095.00 |
| Amount assigned USD | | | | | 12,095.00 | |

Close

*paid w/ green card on 11/18/2021*

Violeta Document Production 000223



## Invoice

**Amount Due**
$12,095.00

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915796713 | July 08, 2021 | **Upon Receipt** |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| **NATIONAL PARK SERVICE /CAPITAL HILL 1100 OHIO DR SW, WASHINGTON, DC** *(PO #140P3020F0100) (Contract #46567173)* | | | | |
| Monthly Maintenance Agreement | July | 12,095.00 | | 12,095.00 |
| **Total of current services** | | **12,095.00** | **0.00** | **12,095.00** |

1431  142101

### We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

### Just Ask Us!

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (301) 840-2037.

### Your Local Office

(301) 840-2037

Page 1 of 1

**Please detach and return the following remittance advice with your payment**



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**

1) Pay online at www.payments.davey.com

2) Mail in a check (please include remittance stub)

Please contact your local office regarding any service issues.

| Amount Due: | $12,095.00 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | July 08, 2021 |
| Invoice Number: | 915796713 |
| Customer Number: | 7905413 |

VIOLETA GROUNDS MANAGEMENT
5806 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609157967135070820212000000120950061

Violeta Document Production 000224

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | Total |
|--------|---------------|---------|-------------------|-----------------|----------------|-------|
| 915891633 | 12,095.00 | | 00191Q | 1562399574 | 147964388 | 12,095.00 |
| Amount assigned USD | | | | | 12,095.00 | |

Close

*paid w/ green card on 11/27/2021*

Violeta Document Production 000225



# Invoice

| Amount Due |
|---|
| **$12,095.00** |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915891633 | August 05, 2021 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| **NATIONAL PARK SERVICE /CAPITAL HILL** | | | | |
| **1100 OHIO DR SW, WASHINGTON, DC** | | | | |
| *(PO #140P3020F0100) (Contract #46567173)* | | | | |
| Monthly Maintenance Agreement | August | 12,095.00 | | 12,095.00 |
| **Total of current services** | | **12,095.00** | **0.00** | **12,095.00** |

## We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

## Just Ask Us!

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (301) 840-2037.

## Your Local Office

(301) 840-2037

Page 1 of 1

**Please detach and return the following remittance advice with your payment**



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

| Ways to Pay | |
|---|---|
| 1) Pay online at www.payments.davey.com | |
| 2) Mail in a check (please include remittance stub) | |
| Please contact your local office regarding any service issues. | |

| Amount Due: | $12,095.00 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | August 05, 2021 |
| Invoice Number: | 915891633 |
| Customer Number: | 7905413 |

VIOLETA GROUNDS MANAGEMENT
5806 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609158916339080520216000000120950064

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | Total |
|---|---|---|---|---|---|---|
| 915974016 | 12,095.00 | | 02564Q | 1562398292 | 147964386 | 12,095.00 |
| Amount assigned USD | | | | | 12,095.00 | |

Close

*paid w/ green card on 11/27/2021*

Violeta Document Production 000227



## Invoice

| Amount Due |
| --- |
| $12,095.00 |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
| --- | --- | --- | --- | --- |
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915974016 | September 02, 2021 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
| --- | --- | --- | --- | --- |
| **NATIONAL PARK SERVICE /CAPITAL HILL** | | | | |
| **1100 OHIO DR SW, WASHINGTON, DC** | | | | |
| (PO #140P3020F0100) (Contract #46567173) | | | | |
| Monthly Maintenance Agreement | September | 12,095.00 | | 12,095.00 |
| **Total of current services** | | **12,095.00** | **0.00** | **12,095.00** |

1423  14210t

### We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

### Just Ask Us!

Have questions about our services?
Visit us online at www.davey.com
or call your local representative
Robert Craft at (301) 840-2037.

### Your Local Office

(301) 840-2037

Page 1 of 1

**Please detach and return the following remittance advice with your payment**



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

| Ways to Pay | |
| --- | --- |
| 1) Pay online at www.payments.davey.com | |
| 2) Mail in a check (please include remittance stub) | |
| Please contact your local office regarding any service issues. | |

| Amount Due: | $12,095.00 |
| --- | --- |
| Due Date: | Upon Receipt |
| Invoice Date: | September 02, 2021 |
| Invoice Number: | 915974016 |
| Customer Number: | 7905413 |

VIOLETA GROUNDS MANAGEMENT
5606 CABBAGE SPRING RD.
MOUNT AIRY MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609159740167090220211000000120950067

Violeta Document Production 000228

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | Total |
|---|---|---|---|---|---|---|
| 915673218 | 4,233.17 | | 00159J | 1440636910 | 147601195 | 4,233.17 |
| Amount assigned USD | | | | | 4,233.17 | |

Close

paid w/ blue
on 6/29/2021

Violeta Document Production 000229



## Invoice

| | Amount Due |
|---|---|
| | **$4,233.17** |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915673218 | June 03, 2021 | **Upon Receipt** |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| **NATIONAL PARK SERVICE /CAPITAL HILL** | | | | |
| **1100 OHIO DR SW, WASHINGTON, DC** | | | | |
| *(Contract #46340686)* | | | | |
| Monthly Maintenance Agreement | June | 4,233.17 | | 4,233.17 |
| **Total of current services** | | **4,233.17** | **0.00** | **4,233.17** |



paid w/ blue card on 6/29/2021

1421 142101

### We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

### Just Ask Us!

Have questions about our services? Visit us online at www.davey.com or call your local representative Joshua Piquette at (301) 840-2037.

### Your Local Office

(301) 840-2037

Page 1 of 1

**Please detach and return the following remittance advice with your payment**



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

| Ways to Pay | 1) Pay online at www.payments.davey.com |
|---|---|
| | 2) Mail in a check (please include remittance stub) |
| | Please contact your local office regarding any service issues. |

| Amount Due: | $4,233.17 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | June 03, 2021 |
| Invoice Number: | 915673218 |
| Customer Number: | 7905413 |

VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609156732183060320215000000042331779

Violeta Document Production 000230

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | Total |
|---|---|---|---|---|---|---|
| 915575072 | 4,233.17 | | 03164J | 1437254726 | 147592157 | 4,233.17 |
| Amount assigned USD | | | | | 4,233.17 | |

Close

paid w/ green card on 6/24/2021

Violeta Document Production 000231



# DAVEY
*Proven Solutions for a Growing World*

## Invoice

| | Amount Due |
|---|---|
| | **$4,233.17** |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915575072 | May 06, 2021 | **Upon Receipt** |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|

**NATIONAL PARK SERVICE /CAPITAL HILL**
**1100 OHIO DR SW, WASHINGTON, DC**
*(Contract #46340686)*

| | | | | |
|---|---|---|---|---|
| Monthly Maintenance Agreement | May | 4,233.17 | | 4,233.17 |
| **Total of current services** | | **4,233.17** | **0.00** | **4,233.17** |

*paid w/ green card on 6/24/2021*

---

**We work hard to earn and keep your trust.**

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

**Just Ask Us!**

Have questions about our services? Visit us online at www.davey.com or call your local representative Joshua Piquette at (301) 840-2037.

**Your Local Office**

(301) 840-2037

Page 1 of 1

**Please detach and return the following remittance advice with your payment**

---

# DAVEY
*Proven Solutions for a Growing World*

The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**

1) Pay online at www.payments.davey.com

2) Mail in a check (please include remittance stub)

Please contact your local office regarding any service issues.

| Amount Due: | $4,233.17 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | May 06, 2021 |
| Invoice Number: | 915575072 |
| Customer Number: | 7905413 |



MDG2015 00001390 1 MB 0.45
VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609155750723050620210000000042331778

Violeta Document Production 000232

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|--------|----------------|---------|-------------------|-----------------|----------------|--|
| 914892441 | 8,008.18 | | 08371J | 1187044824 | 147119800 | 8. |
| Amount assigned USD | | | | | 8,008.18 | |

*paid on 09/29/2020 w/ red card*

Violeta Document Production 000233



## Invoice

| Amount Due |
| --- |
| **$8,008.18** |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
| --- | --- | --- | --- | --- |
| VIOLETA GROUPS MGT COMPANY | 7905413 | 914892441 | July 30, 2020 | **Upon Receipt** |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
| --- | --- | --- | --- | --- |
| **NATIONAL PARK SERVICE /CAPITAL HILL** <br> **1100 OHIO DR SW, WASHINGTON, DC** <br> (Contract #46197176) | | | | |
| Monthly Maintenance Agreement | August | 8,008.18 | | 8,008.18 |
| **Total of current services** | | 8,008.18 | 0.00 | 8,008.18 |

*paid on 09/29/2020 w/red card*

1419  141961

### We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

### Just Ask Us!

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104.

### Your Local Office

(571) 642-0104

Page 1 of 1

**Please detach and return the following remittance advice with your payment**



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

| Ways to Pay | |
| --- | --- |
| 1) Pay online at www.payments.davey.com | |
| 2) Mail in a check (please include remittance stub) | |
| Please contact your local office regarding any service issues. | |

| Amount Due: | $8,008.18 |
| --- | --- |
| Due Date: | Upon Receipt |
| Invoice Date: | July 30, 2020 |
| Invoice Number: | 914892441 |
| Customer Number: | 7905413 |

VIOLETA GROUPS MGT COMPANY
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609148924419073020208000000080081873

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|--------|----------------|---------|-------------------|-----------------|----------------|---|
| 914930070 | 4,304.00 | | 05001Q | 1209391600 | 147162552 | 4, |
| Amount assigned USD | | | | | 4,304.00 | |

paid on 10/22/2c
w/ red card

eu for fadômica!

Violeta Document Production 000235



**DAVEY**
*Proven Solutions for a Growing World*

## Invoice

| Amount Due |
|---|
| $4,304.00 |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUPS MGT COMPANY | 7905419 | 914930070 | August 11, 2020 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| **NATIONAL PARK SERVICE** | | | | |
| **1100 OHIO DR SW, WASHINGTON DC, DC** | | | | |
| Grounds Maintenance | 08/02/2020 | 4,304.00 | | 4,304.00 |
| *(Contract #46196230)* | | | | |
| service provided from 7/10 to 7/14 | | | | |
| Historic Homes | | | | |

| **Total amount due** | | | | 4,304.00 |



paid w/
red card
on 10/22/2020

---

**We work hard to earn and keep your trust.**

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

**Just Ask Us!**

Have questions about our services? Visit us online at www.davey.com or call your local representative. Robert Craft at (571) 642-0104

**Your Local Office**

(571) 642-0104

Page 1 of 1

---

Please detach and return the following remittance advice with your payment

**DAVEY**
*Proven Solutions for a Growing World*

The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

| Ways to Pay | 1) Pay online at www.payments.davey.com |
| | 2) Mail in a check (please include remittance stub) |
| | Please contact your local office regarding any service issues. |

| Amount Due: | $4,304.00 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | August 11, 2020 |
| Invoice Number: | 914930070 |
| Customer Number: | 7905419 |

VIOLETA GROUPS MGT COMPANY
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905419309149300700080820202000000043040025

Violeta Document Production 000236

## Thank you! Your payment was received.

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|---|---|---|---|---|---|---|
| 914979357 | 1,576.00 | | 02108Q | 1213688441 | 147172146 | 1 |
| Amount assigned USD | | | | | 1,576.00 | |

*paid w/ red card on 10/27/2020*

Violeta Document Production 000237



# Invoice

| Amount Due |
| --- |
| $1,576.00 |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
| --- | --- | --- | --- | --- |
| VIOLETA GROUPS MGT COMPANY | 7905417 | 914979357 | August 27, 2020 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
| --- | --- | --- | --- | --- |
| **NPS - HISTORIC HOMES** | | | | |
| **1100 OHIO DR SW, WASHINGTON DC, DC** | | | | |
| (Contract #46196243) | | | | |
| Monthly Maintenance Agreement | September | 1,576.00 | | 1,576.00 |
| **Total of current services** | | 1,576.00 | 0.00 | 1,576.00 |

*paid w/ red card on 10/27/2020* (handwritten)

## We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

## Just Ask Us!

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104.

## Your Local Office

(571) 642-0104

Page 1 of 1

**Please detach and return the following remittance advice with your payment**



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

| Ways to Pay | |
| --- | --- |
| 1) Pay online at www.payments.davey.com | |
| 2) Mail in a check (please include remittance stub) | |
| Please contact your local office regarding any service issues | |

| Amount Due: | $1,576.00 |
| --- | --- |
| Due Date: | Upon Receipt |
| Invoice Date: | August 27, 2020 |
| Invoice Number: | 914979357 |
| Customer Number: | 7905417 |

VIOLETA GROUPS MGT COMPANY
5806 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905417709149793573082720202000000001576008 9

Violeta Document Production 000238

## Thank you! Your payment was received.

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|--------|---------------|---------|-------------------|-----------------|----------------|---|
| 914892442 | 1,576.00 | | 04616J | 1187040246 | 147119795 | 1 |
| Amount assigned USD | | | | | 1,576.00 | |

*paid on 09/29/2020 w/ red card*

Violeta Document Production 000239



## DAVEY
*Proven Solutions for a Growing World*

# Invoice

| Amount Due |
|---|
| **$1,576.00** |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUPS MGT COMPANY | 7905417 | 914892442 | July 30, 2020 | **Upon Receipt** |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| **NPS - HISTORIC HOMES** | | | | |
| **1100 OHIO DR SW, WASHINGTON DC, DC** | | | | |
| *(Contract #46196243)* | | | | |
| Monthly Maintenance Agreement | August | 1,576.00 | | 1,576.00 |
| | | | | |
| **Total of current services** | | **1,576.00** | **0.00** | **1,576.00** |

*paid on 09/29/2020 w/ red card*



**We work hard to earn and keep your trust.**

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

**Just Ask Us!**

Have questions about our services?
Visit us online at www.davey.com
or call your local representative
Robert Craft at (571) 842-0104.

**Your Local Office**

(571) 842-0104

Page 1 of 1

**Please detach and return the following remittance advice with your payment**

## DAVEY
*Proven Solutions for a Growing World*

The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**

1) Pay online at www.payments.davey.com

2) Mail in a check (please include remittance stub)

Please contact your local office regarding any service issues.

| Amount Due: | **$1,576.00** |
|---|---|
| Due Date: | **Upon Receipt** |
| Invoice Date: | July 30, 2020 |
| Invoice Number: | 914892442 |
| Customer Number: | 7905417 |

VIOLETA GROUPS MGT COMPANY
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905417709148924427073020208000000015760082

Violeta Document Production 000240

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|--------|---------------|---------|-------------------|-----------------|----------------|---|
| 914889024 | 1,576.00 | | 02189J | 1142082781 | 147017209 | 1, |
| Amount assigned USD | | | | | 1,576.00 | |

paid
08/10/2020 .
w/ red card

Violeta Document Production 000241

w/ red card    paid on 08/10/2020



DAVEY
*Proven Solutions for a Growing World*

# Invoice

| Amount Due |
|---|
| **$1,576.00** |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUPS MGT COMPANY | 7905417 | 914889024 | July 29, 2020 | Upon Receipt |
| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |

**NPS - HISTORIC HOMES**
**1100 OHIO DR SW, WASHINGTON DC, DC**
*(Contract #46196243)*

| | | | | |
|---|---|---|---|---|
| Monthly Maintenance Agreement | July | 1,576.00 | | 1,576.00 |
| **Total of current services** | | **1,576.00** | **0.00** | **1,576.00** |

**We work hard to earn and keep your trust.**
It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

**Just Ask Us!**
Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104.

**Your Local Office**
(571) 642-0104

Page 1 of 1

---

**Please detach and return the following remittance advice with your payment**



DAVEY
*Proven Solutions for a Growing World*

The Davey Tree Expert Company
1500 N. Mantua St
Kent, OH 44240

FORWARDING SERVICE REQUESTED

| Ways to Pay | |
|---|---|
| | 1.) Pay online at www.payments.davey.com |
| | 2.) Mail in a check (please include remittance stub) |
| | Please contact your local office regarding any service issues. |

| Amount Due: | $1,576.00 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | July 29, 2020 |
| Invoice Number: | 914889024 |
| Customer Number: | 7905417 |

VIOLETA GROUPS MGT COMPANY
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**
The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905417709148890246072920200000000015760082

Violeta Document Production 000242

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|---|---|---|---|---|---|---|
| 915328478 | 4,233.17 | | 05389J | 1339178427 | 147350656 | 4, |
| Amount assigned USD | | | | | 4,233.17 | |

*add'l invoice*
*Jan/ 2021*
*paid w/*
*green card*
*on 3/10/2021*

Violeta Document Production 000243



# Invoice

| Amount Due |
|---|
| **$4,233.17** |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUNDS MANAGEMENT | 7905413 | 915328478 | February 02, 2021 | **Upon Receipt** |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| **NATIONAL PARK SERVICE /CAPITAL HILL** | | | | |
| **1100 OHIO DR SW, WASHINGTON, DC** | | | | |
| *(Contract #46340686)* | | | | |
| Monthly Maintenance Agreement | January | 4,233.17 | | 4,233.17 |
| | | | | |
| **Total of current services** | | **4,233.17** | **0.00** | **4,233.17** |

1421  142101

### We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

### Just Ask Us!

Have questions about our services? Visit us online at www.davey.com or call your local representative Joshua Piquette at (301) 840-2037.

### Your Local Office

(301) 840-2037

Page 1 of 1

**Please detach and return the following remittance advice with your payment**



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

| Ways to Pay | |
|---|---|
| 1) Pay online at www.payments.davey.com | |
| 2) Mail in a check (please include remittance stub) | |
| Please contact your local office regarding any service issues. | |

| Amount Due: | $4,233.17 |
|---|---|
| Due Date: | **Upon Receipt** |
| Invoice Date: | February 02, 2021 |
| Invoice Number: | 915328478 |
| Customer Number: | 7905413 |

VIOLETA GROUNDS MANAGEMENT
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905413609153284782013202190000000042331773

Violeta Document Production 000244

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | Total |
|---|---|---|---|---|---|---|
| 915575071 | 8,008.18 | | 05377J | 1437252818 | 147592156 | 8,008.18 |
| Amount assigned USD | | | | | 8,008.18 | |

Close

*paid w/ green card on 6/24/2021*

Violeta Document Production 000245

## Penn Ave Parks and Historical Homes

Moushey, Christopher <Christopher.Moushey@davey.com>

Sat 8/1/2020 10:29 AM

To: Sheila Wright <sheila@violetalandscape.com>
Cc: Secrist, Aline <Aline.Secrist@davey.com>

Sheila, some clarification on billing for Parks and Historical Homes:

We have to separate because Homes are over 12 months and Parks are over 11 according to the bid sheet. Our system wont let us lump together with different amounts of payments.

For just the mowing tasks:
Homes is 12 equal payments of 1,576= 18,912.00
Parks is 11 equal payments of 8,008.18 =·96, 098.16
There is also a 1 time bill for Parks for 1 cut = 4,304.00 (This was for 1 week of cutting per the bid sheet. Not sure if we have billed that to you yet. Aline can check.)

Aline can confirm but I believe our invoices come at the beginning of the month versus the end.

Thank you.

**Chris Moushey, CLP** | Mid-Atlantic Operations Manager
The Davey Tree Expert Company
10301 Richmond Highway, Lorton, VA. 22079
Phone: 703-906-3315
Fax: 571-257-9434·




http://www.landcarenetw
ork.org/certification/imag
es/landscape_icm.gif

Violeta Document Production 000246



**DAVEY**
*Proven Solutions for a Growing World*

## Invoice

| Amount Due |
| --- |
| **$1,576.00** |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
| --- | --- | --- | --- | --- |
| VIOLETA GROUPS MGT COMPANY | 7905417 | 915078634 | October 01, 2020 | **Upon Receipt** |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
| --- | --- | --- | --- | --- |
| **NPS - HISTORIC HOMES** | | | | |
| **1100 OHIO DR SW, WASHINGTON DC, DC** | | | | |
| *(Contract #46196243)* | | | | |
| Monthly Maintenance Agreement | October | 1,576.00 | | 1,576.00 |
| **Total of current services** | | **1,576.00** | **0.00** | **1,576.00** |



*paid on 12/01/20 w/ green card*

### We work hard to earn and keep your trust.

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

### Just Ask Us!

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104.

### Your Local Office

(571) 642-0104

Page 1 of 1

1419 141901

---

*Please detach and return the following remittance advice with your payment*

**DAVEY**
*Proven Solutions for a Growing World*

The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**

1) Pay online at www.payments.davey.com

2) Mail in a check (please include remittance stub)

Please contact your local office regarding any service issues.

| Amount Due: | $1,576.00 |
| --- | --- |
| Due Date: | Upon Receipt |
| Invoice Date: | October 01, 2020 |
| Invoice Number: | 915078634 |
| Customer Number: | 7905417 |

VIOLETA GROUPS MGT COMPANY
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

### Mail Payment To:

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905417709150786342100120203000000015760083

Violeta Document Production 000247

## Thank you! Your payment was received.

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|--------|----------------|---------|-------------------|-----------------|----------------|---|
| 915078634 | 1,576.00 | | 02724J | 1250376032 | 147238465 | 1. |
| Amount assigned USD | | | | | 1,576.00 | |

paid
on 12/01/2020
w/ green card

Violeta Document Production 000248

**Thank you! Your payment was received.**

| Number | Invoice Amount | Payment | Authorization No. | Auth.Refer.Code | Payment Doc No | |
|---|---|---|---|---|---|---|
| 914889022 | 1,576.00 | | 00760J | 1142081296 | 147017206 | 1. |
| Amount assigned USD | | | | | 1,576.00 | |

paid on 08/10/2020

Violeta Document Production 000249

*paid on 08/10/2020*



**Invoice**

| | Amount Due |
|---|---|
| | $1,576.00 |

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUPS MGT COMPANY | 7905417 | 914889022 | July 29, 2020 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| **NPS - HISTORIC HOMES** | | | | |
| **1100 OHIO DR SW, WASHINGTON DC, DC** | | | | |
| Monthly Maintenance Agreement | June | 1,576.00 | | 1,576.00 |
| **Total of current services** | | **1,576.00** | **0.00** | **1,576.00** |

**We work hard to earn and keep your trust.**

It's why we're committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

**Just Ask Us!**

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104

**Your Local Office**

(571) 642-0104

Page 1 of 1

**Please detach and return the following remittance advice with your payment**



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**

1) Pay online
at www.payments.davey.com

2) Mail in a check
(please include remittance stub)

Please contact your local office regarding any service issues.

| Amount Due: | $1,576.00 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | July 29, 2020 |
| Invoice Number: | 914889022 |
| Customer Number: | 7905417 |

VIOLETA GROUPS MGT COMPANY
5806 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8911

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

0007905417709148890222072920200000000015760082

Violeta Document Production 000250



# Thank you! Your payment was received.

## Number: 914889028

**Invoice Amount:** 8,008.18

**Payment:**

**Authorization No.:** 06894J

**Auth.Refer.Code:** 1155504343

**Payment Doc No:** 147049802

8,008.18

## Amount assigned USD

**Total:** 8,008.18

PRINT

Violeta Document Production 000251

paid
on 08/26/2020
red card



**Invoice**

Amount Due
**$8,008.18**

| Customer | Customer number | Invoice number | Invoice date | Payment due date |
|---|---|---|---|---|
| VIOLETA GROUPS MGT COMPANY | 7905413 | 914889026 | July 29, 2020 | Upon Receipt |

| Current services | Date of service | Cost of service | Sales tax (if applies) | Service total |
|---|---|---|---|---|
| NATIONAL PARK SERVICE /CAPITAL HILL 1100 OHIO DR SW, WASHINGTON, DC (Contract #46197176) | | | | |
| Monthly Maintenance Agreement | July | 8,008.18 | | 8,008.18 |
| **Total of current services** | - | **8,008.18** | **0.00** | **8,008.18** |

**We work hard to earn and keep your trust.**

It's why we've committed to making things right, better and best. And it's why we deliver what we promise and more. Check out www.davey.com/commercial-services to learn more.

**Just Ask Us!**

Have questions about our services? Visit us online at www.davey.com or call your local representative Robert Craft at (571) 642-0104

**Your Local Office**

(571) 642-0104

Page 1 of 1

**Please detach and return the following remittance advice with your payment.**



The Davey Tree Expert Company
1500 N. Mantua St.
Kent, OH 44240

FORWARDING SERVICE REQUESTED

**Ways to Pay**

1) Pay online at www.payments.davey.com

2) Mail in a check (please include remittance stub)

Please contact your local office regarding any service issues.

| Amount Due: | $8,008.18 |
|---|---|
| Due Date: | Upon Receipt |
| Invoice Date: | July 29, 2020 |
| Invoice Number: | 914889028 |
| Customer Number: | 7905413 |

VIOLETA GROUPS MGT COMPANY
5808 CABBAGE SPRING RD
MOUNT AIRY, MD 21771-8011

**Mail Payment To:**

The Davey Tree Expert Company
P.O. Box 94532
Cleveland, OH 44101-4532

00079054136091488902890729202000000000080081873

Violeta Document Production 000252